1  BEOWULF VON PRINCE
   Schweizer Strasse 38, AT-6830 Rankweil, Austria
2  E-mail: prince.beowulf@outlook.de
   Pro Se  Plaintiff
3

4              UNITED STATES DISTRICT AND BANKRUPTCY COURTS

5                    FOR THE DISTRICT OF COLUMBIA

6                                          Case: 1:24−cv−02692 JURY DEMAND
7                                          Assigned To : Nichols, Carl J.
   BEOWULF VON PRINCE          )  Case No.:   Assign. Date : 7/25/2024
8                              )            Description: Pro Se Gen. Civ. (F−DECK)
                               )
          Plaintiff,           )  *Title of Document:*
9                              )  **Lawsuit**
       vs.                     )
10                             )
   UNITED STATES OF AMERICA,   )
11 UNITED KINGDOM of GREAT BRITAIN )
   AND NORTHERN IRELAND,       )
12 RUSSIAN FEDERATION,
   PEOPLE'S REPUBLIC OF CHINA,
13 REPUBLIC OF FRANCE
          Defendants.
14
   _____
15
   Plaintiff BEOWULF VON PRINCE, per se, alleges the following against the Defendants:
16
                        TABLE OF CONTENTS
17
I. INTRODUCTION  ................................................................. 4
II. JURISDICTION  ................................................................ 7
   A. Jurisdiction based on laws and treaties of the USA ........................... 7
   B. Nation defined by public policy vs. Nazis  ................................ 13
   C. Continued application of the Hague IV. Convention of 1907 because the
      following treaties have not been implemented  .......................... 15
      a. Treaty on the final settlement with respect to Germany from 1990  ........... 15
      b. The Agreement on German External Depts, London Febr. 27, 1953  ........... 18
      c. The exchange of notes of September 27/28, 1990  ........................ 18
      d. Convention on the settlement of matters arising out of the war and
         the occupation, with annex (The Transition Agreement) ...................... 19
      e. The State Treaty for the reestablishment of an independent and democratic
         Austria  .............................................................. 20
   D. Preliminary remarks on the claim in general  .......................... 22
      a. Preliminary remarks on the complaint  ............................... 23
      b. Claim by the Russian Federation that it is threatened by Nazis under the
         protection of NATO  ................................................... 24
      c. The war in Ukraine  .................................................. 24

TITLE OF DOCUMENT: Lawsuit                        CASE NO.:

                    1 / 128

PAGE NO. ____ OF ___   [JDC TEMPLATE]

III. PARTIES ................................................................. 25
  A. The Plaintiff - The Legal Entity of Danzig ......................... 25
    a. The Free City of Danzig ....................................... 25
      aa. Danzig as part of the German Imperial Empire under international
        occupation ................................................. 27
      bb. The difference between the Free City of Danzig and Danzig under
        international occupation .................................... 27
  B. The person of the Plaintiff as the responsible representative of the
    Free City of Danzig ............................................... 28
    a. The nationality of the Plaintiff ............................... 28
    b. The Plaintiff's inherited nationality of the Free City of Danzig ... 30
    The Plaintiff's ancestry
      1. The grandfather as a British/German colonial officer .......... 30
      2. The father, of British descent but a member of the German nobility ....... 31
      3. The father with the nationality of Danzig as "German within the meaning
        of Art. 116 (1) GG ......................................... 31
    c. The Plaintiff as a Civil Servant of the FRG with an Oath to the Basic Law .. 33
    d. The Plaintiff has never waived his rights/obligations ......... 33
    e. Confirmation of the Plaintiff as Representative of the Free City of Danzig 34
    f. The German Empire ............................................. 36
    g. The difference between "German" nationality and that of the National
      Socialist German Reich ....................................... 37
    h. No jurisdiction of the District Court in Washington DC in the
      Free City of Danzig case ..................................... 39
    i. The International Court of Justice in The Hague ............... 41
  C. On the person of the Defendants .................................. 42
    a. The United States of America ................................. 42
    b. The Russian Federation ....................................... 42
    c. The United Kingdom of Great Britain and Northern Ireland ..... 43
    d. The Republic of France ....................................... 43
    e. The People's Republic of China ............................... 43

IV. FACTS ................................................................. 44
  A. Review/ facts up to the year 2004 ................................ 44
    a. The First World War .......................................... 44
    b. Beginning of the 2nd World War ............................... 44
    c. The German Reich ............................................. 45
    d. The League of Nations/the UN ................................. 47
    e. The Nuremberg War Crimes Trials .............................. 48
      aa. Violation of the Briand-Kellogg Pact of Paris 1928.......... 48
      bb. Violations of the Hague IV. Convention of 1907 ............. 49
      cc. Crimes against humanity .................................... 49
    f. The Protocol of the proceedings of the Berlin conference –
      Potsdam Agreement of 1945 .................................... 50
    g. Federal Republic of Germany ................................. 51
      aa. Convention on the settlement of matters arising out of war and the
        occupation (The Transition Treaty) of 1952 and

TITLE OF DOCUMENT: <u>Lawsuit</u>                    CASE NO.:

PAGE NO. ____ OF ___    [JDC TEMPLATE]

the Protocol of 1954 signed at Paris ........................................... 54
bb. First Act on the Regulation of Nationality ................................. 55
cc. Second Act in the Regulation of Nationality .............................. 55
h. Treaty on the final settlement with respect to Germany –
The Two-plus-Four Treaty ....................................................... 56
i. The Unification Treaty ........................................................... 58
B. Review/ Facts as of the Year 2004 ............................................ 60
a. Transformation of the FRG into a nationalist dictatorship ............ 60
aa. Conversion by Repealing the Laws ....................................... 60
bb. No prosecution of criminal offenses, but systematic prosecution
of acts that are not criminal offenses ..................................... 60
cc. Abolition of the Separation of Powers ................................... 61
b. Examination of the nationals of the German Reich for compliance with
the Basic Law for the Federal Republic of Germany ................... 65
C. The instigators and perpetrators ............................................... 66
a. Alleged instigators of violations of the Hague IV. Convention of 1907 ..... 66
b. The perpetrators, the war criminals ........................................ 75
aa. The nationals of the National Socialist German Reich ............... 75
bb. In May 2004, the obviously politically motivated persecution of
the Plaintiff began .............................................................. 75
cc. Violations of the general rules of international law .................... 79
dd. Actual war crimes ............................................................ 82
ee. The Swiss Confederates as perpetrators ............................... 88
1. Relationship between the Plaintiff and Switzerland since
March 10, 2014 .............................................................. 88
2. Conclusion ................................................................... 94
3. The perpetrators of violations of the Hague IV. Convention,
the general rules of international law .................................. 95
ff. The Dutch as perpetrators of violations of the Hague IV. Convention ... 97
Arrest Warrant against Mr. Feike Sijbesma ............................ 101
gg. Austrians violate the Hague IV. Convention and the Austrian
State Treaty ..................................................................... 103
hh. Belgians violate the Hague IV. Convention ............................. 106

V. CONCLUSION ......................................................................... 107
a. The Koninklijke DSM N. V ....................................................... 123
b. Banks ................................................................................. 123
c. Gold holdings of the Federal Republic of Germany ....................... 126

VI. CLAIMS ................................................................................. 126

# I. INTRODUCTION

Plaintiff BEOWULF VON PRINCE is bringing this action on its own behalf and

pursuant to the Peace Treaty between German Reich and USA 1920; Treaty of Berlin – see Rec.

58

as representative of the German Reich within the borders of 1917, which is under international

occupation, i.e. the territory of Danzig

(Note in advance: The Plaintiff acted as a representative of the Free City of Danzig (Art. 100-108

of the Versailles Peace Treaty) and was therefore imprisoned. But now that the International

Court of Justice in The Hague apparently no longer recognizes the Free City of Danzig, the

Peace Treaty of Versailles is probably no longer recognized in general - see more on this under

Parties)


for breach of Convention with Respect to the Laws and Customs of War on Land, with annex of

regulations of 1907 (HLWC) -  see Rec.4

by the Defendants:

    a.   UNITED STATES OF AMERICA, as the main victorious power of the Second World

         War, represented by Mr. President Joe Biden,  as military commander-in-chief

         the other victorious powers:

    b.   UNITED KINGDOM of GREAT BRITAIN AND NORTHERN IRELAND,

         address for service in accordance with the Hague Service Convention of Nov. 15, 1965

         For the attention of the Foreign Process Section
         Room E16
         Royal Courts of Justice
         Strand
         LONDON WC2A 2LL

    c.   SOWJET UNION – now RUSSIAN FEDERATION

         address for service in accordance with the Hague Service Convention of Nov. 15, 1965

         The Ministry of Justice of the Russian Federation
         ul.Zhitnaya, 14
         Moscow, 119991
         Russian Federation

TITLE OF DOCUMENT: Lunderlinesuit                    CASE NO.:

PAGE NO. ____ OF ___   [JDC TEMPLATE]

d. PEOPLE'S REPUBLIC OF CHINA

address for service in accordance with the Hague Service Convention of Nov. 15, 1965

International Legal Cooperation Center (ILCC)
Ministry of Justice of China
33, Pinganli Xidajie
Xicheng District
BEIJING 100035
People's Republic of China

c. REPUBLIC OF FRANCE

address for service in accordance with the Hague Service Convention of Nov. 15, 1965

Ministère de la Justice
Direction des affaires civiles et du sceau
Département de l'entraide, du droit international privé et européen (DEDIPE)
13, Place Vendôme
75042 Paris Cedex 01
France

because of

Compensation for damages arising from the Allies' official order against the German Reich and violation of the general rules of international law, defined here in the Convention with respect to the laws and customs of war on land, with annex of regulations of 1907 (HLWC), which applies to all parties until the end of the World War.

These states are responsible for ensuring that the HLWC, Section Three - Occupation, is observed with regard to the Danzigers.

With the invasion of Danzig on September 1, 1939 at 4:45 a.m., the nationals of the nationalist German Reich were responsible for the violations of the HLWC.

Now it is again the nationals of the nationalist German Reich and subsequently the Swiss Confederation, the Kingdom of the Netherlands, the Kingdom of Belgium and Austria.

The alleged instigator is the founder and head of the Swiss foundation World Economic Forum (WEF) and founder of the Swiss foundation "Young Global Leaders", Mr. Klaus Schwab, a national of the nationalist German Reich. He himself publicly admits that the "Young Global

TITLE OF DOCUMENT: Lawsuit                          CASE NO.:

5 / 128

PAGE NO. ___ OF ___   [JDC TEMPLATE]

Leaders" penetrate governments. This means that the governments are not forced to represent the interests of their state, their people, but the interests of the "Young Global Leaders".

A criminal complaint and criminal charges are brought on suspicion of criminal acts under Indictment Nos. 1, 2 and 3 of the Statutes of the Nuremberg War Crimes Trials.

Related case, Case No. 1:19-cv-03529-CJN

In this case, Ms. Karin Leffer and the Plaintiff filed an action in the District Court of Columbia in Washington DC against the Federal Republic of Germany, the Kingdom of Belgium, the entire European Union and the Swiss Confederation on the grounds that no court proceedings can be conducted throughout Europe in which the procedural rights under Article 6 of the European Convention on Human Rights are respected.

In a supplementary action, the Plaintiffs prove that the Two (Federal Republic of Germany (FRG) and German Democratic Republic (GDR) - plus - Four (Powers (USA, USSR, France and Great Britain)) Treaty on the Final Settlement for Germany as a Whole has not yet been implemented and cannot be implemented without the political reorganization of the Free City of Danzig. The Plaintiffs claim that the USA is still the occupying power and responsible for restoring the rule of law and implementing the Two-Plus-Four-Treaty.

All three instances of the court confirm that the Danzigers are responsible. According to US law, the 1920 Peace Treaty between the German Reich and the United States of America, the Danzigers are under international occupation. Since the Plaintiff's grandfather died in 1914 as a member of the German monarchy, the Plaintiff is in fact the representative of the German Imperial Empire.

Second related case, Case No. 1:20-cv-03020-CJN

In this case, Dr. Hospers from the Netherlands is suing the Plaintiff to enforce an arbitration award against Koninklijke DSM N.V. and the Swiss Confederation.

This is not yet possible because the authorities and courts of the Swiss Confederation themselves no longer recognize their Constitution and their own Arbitration Act (PILA).

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

6 / 128

PAGE NO. ___ OF ___  [JDC TEMPLATE]

II. JURISDICTION, VENUE

**A. Jurisdiction based on laws and treaties of the USA**

1    The citizens of the United States of America believe that every citizen has a right to a fair trial before independent and impartial judges.

The District of Columbia does not belong to any state and is in fact an international and therefore neutral territory and the court has jurisdiction over disputes between different nationals.

2    **28 U.S. Code § 1330. Actions against foreign states**

*(a) The district courts shall have original jurisdiction without regard to amount in controversy of any nonjury civil action against a foreign state as defined in section 1603(a) of this title as to any claim for relief in personam with respect to which the foreign state is not entitled to immunity either under sections 1605–1607 of this title or under any applicable international agreement.*

3    **28 U.S. Code § 1331. Federal question**

*The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.*

4    **Re 28 U.S. Code § 1331. Federal question Applicable international treaties**

The Convention with respect to the laws and customs of war on land, with annex of regulations of 1907 (HLWC) of 1907 applies to all Defendants.

Proof: List of Multilateral Treaties in Force for the United States of America

https://www.state.gov/wp-content/uploads/2019/07/2019-Treaties-in-Force-Multilaterals-7.23.2019.pdf
Convention with respect to the laws and customs of war on land, with annex of regulations.*
Signed at The Hague July 29, 1899.
Entered into force September 4, 1900; for the United States April 9, 1902.
32 Stat. 1803; TS 403; 1 Bevans 247
Depositary: Netherlands
Notes
* Replaced by convention of October 18, 1907 (TS 539; 36 Stat.2277), as between contracting parties to the later convention. Sections II and III of the regulations are supplemented by convention of August 12, 1949 (TIAS 3365; 6 UST 3516), relative to protection of civilians in time of war, as between contracting parties to both conventions; chapter II of the regulations is complemented by convention of August 12, 1949 (TIAS 3364; 6 UST 3316), relative to the treatment of prisoners of war, as between contracting parties to both conventions.

TITLE OF DOCUMENT: <u>Lawsuit</u>                         CASE NO.:

PAGE NO. ___ OF ___  [JDC TEMPLATE]

5    The Protocol of the proceedings of the Berlin conference - Potsdam Agreement of 1945 is subject to reservation.

Proof: List of Multilateral Treaties in Force for the United States of America

https://www.state.gov/wp-content/uploads/2019/07/2019-Treaties-in-Force-Multilaterals-7.23.2019.pdf
Protocol of the proceedings of the Berlin conference.
Signed at Berlin August 2, 1945.
Entered into force August 2, 1945.
3 Bevans 1207; Foreign Relations: Conference of Berlin
(Potsdam) 1945, Vol. II, p. 1478ff
Parties: Union of Soviet Socialist Republics 1, United Kingdom, United States

6    The Soviet Union has waived further reparations on the condition that the territory of the German Democratic Republic may not be occupied by any foreign armed forces - Treaty on the final settlement with respect to Germany (Two-plus-Four Treaty) from 1990.

Proof: List of Multilateral Treaties in Force for the United States of America

https://www.state.gov/wp-content/uploads/2019/07/2019-Treaties-in-Force-Multilaterals-7.23.2019.pdf
Treaty on the final settlement with respect to Germany,
with agreed minute and related letters.
Done at Moscow September 12, 1990.
Entered into force March 15, 1991.
1696 UNTS 115
Parties: France, Germany, Federal Republic of 1, Union of Soviet Socialist Republics 2, United Kingdom, United States
Notes
1 See note under GERMANY in Section 1.
2 See note under UNION OF SOVIET SOCIALIST
REPUBLICS in Section 1

7    The Agreement on German external debts - London Debt Agreement of 1953 - reparations are still to be paid (3 powers with the FRG).

Proof: List of Multilateral Treaties in Force for the United States of America

https://www.state.gov/wp-content/uploads/2019/07/2019-Treaties-in-Force-Multilaterals-7.23.2019.pdf
Agreement on German external debts.
Signed at London February 27, 1953.
Entered into force September 16, 1953.
4 UST 443; TIAS 2792; 333 UNTS 3
Depositary: United Kingdom

TITLE OF DOCUMENT: Lawsuit                                CASE NO.:

8 / 128
PAGE NO. ____ OF ___    [JDC TEMPLATE]

8        Convention on the settlement of matters arising out of the war and the occupation, with annex (The Transition Agreement) of 1952 - transfer of sovereign rights. The Exchange of Notes of September 27/28, 1990 lists the remaining reservations. These are essentially that action may only be taken within the framework of the Basic Law and that reparations still have to be paid (3 Powers with the FRG). Reparations are to be paid either on the basis of treaties or on the basis of the state of war - see also Articles 53 and 107 of the United Nations Charter.

Proof: List of Multilateral Treaties in Force for the United States of America

https://www.state.gov/wp-content/uploads/2019/07/2019-Treaties-in-Force-Multilaterals-7.23.2019.pdf
Convention on the settlement of matters arising out of the war and the occupation, with annex.
Signed at Bonn May 26, 1952.
Entered into force May 5, 1955.
332 UNTS 219; 6 UST 4411
Parties: France, Germany, United Kingdom, United States
and
Protocol on the termination of the occupation regime in the Federal Republic of Germany, with five schedules and related letters.*
Signed at Paris October 23, 1954.
Entered into force May 5, 1955.
6 UST 4117; TIAS 3425; 331 UNTS 253
Depositary: Germany
Notes:
* Schedules II, III, and V terminated July 1, 1963, by the agreement of August 3, 1959 (TIAS 5351, p. 156). Schedule I as it relates to postal matters and telecommunications terminated November 1, 1968.
See also agreements of May 26, 1952 (TIAS 3425).
1 See note under GERMANY in Section 1.
Proof: Exchange of notes September 27/28, 1990 – see Rec. 29

9        The State treaty for the reestablishment of an independent and democratic Austria. from 1955 with the Four Powers.

Proof: List of Multilateral Treaties in Force for the United States of America

https://www.state.gov/wp-content/uploads/2019/07/2019-Treaties-in-Force-Multilaterals-7.23.2019.pdf
State treaty for the reestablishment of an independent and democratic Austria.
Signed at Vienna May 15, 1955.
Entered into force July 27, 1955.
6 UST 2369; TIAS 3298; 217 UNTS 223

TITLE OF DOCUMENT: Lawsuit                                CASE NO.:

9 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

Parties: Australia, Austria, Brazil, Czechoslovakia 1, France, Mexico, New Zealand, Poland, Union of Soviet Socialist Republics 2, United Kingdom, United States, Yugoslavia 3

Notes:

1 See note under CZECHOSLOVAKIA in Section 1.

2 See note under UNION OF SOVIET SOCIALIST REPUBLICS in Section 1.

3 See note under YUGOSLAVIA in Section 1

10    Treaty on the final settlement with respect to Germany as a whole (Two-plus-Four Treaty) from 1990 only becomes effective once the conditions have been fulfilled.

The conditions are

    a. that a constitution is promulgated for the Federal Republic of Germany in accordance with Article 146 of the Basic Law (GG), in which the territory of the state is defined, as stated in Article 23 of the Basic Law,

    b. that a border treaty under international law is concluded between Germany and Poland, and

    c. that the territory of the German Democratic Republic may not be occupied by foreign armed forces.

With the realization of these conditions, the World War shall end and all the aforementioned treaties shall no longer be effective.

11    **Jurisdiction under 28 U.S. Code § 1350 - Alien's action for tort**

> *The district courts shall have original jurisdiction of any civil action by an alien for a tort only, committed in violation of the law of nations or a treaty of the United States.*

This Court has jurisdiction under the Torture Act in cases where violence is inflicted on a national of State A by a person B, but the person B is evading a fair trial and State A is unable to bring person B before a court.

12    **Jurisdiction over crimes against internationally protected persons** (18 U.S.C. § 112, 878, 1116, 1201(a)(4))

> *Enacted to implement United States treaty obligations under two international conventions concerning terrorist acts that threaten the maintenance of normal international relations, Federal statutes specifically protect any Chief of State, head of government or Foreign Minister and their families when they are out of their own country. As a general rule, they also protect diplomatic personnel protected by the*

TITLE OF DOCUMENT: <u>Lawsuit</u>                                    CASE NO.:

      10 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

*Vienna Conventions while they are out of their own country. Federal extraterritorial criminal jurisdiction exists over the murder, kidnapping, assault or threats to murder, kidnap or assault an internationally protected person (IPP) when: (1) the victim IPP is a representative, officer, employee, or agent of the United States government; (2) the perpetrator of the offense against any IPP anywhere in the world is subsequently found in the United States; or (3) effective as of April 24, 1996, the perpetrator is a national of the United States. See JM 9-65.800, et seq.*

13    A state consists of a nation that unites according to an agreed law and pays a state authority that also enforces this law. The right of ownership of the real estate forms the territory. A state is definitively recognized by another state when both states conclude a state treaty. This presupposes that there is a state authority that guarantees compliance with the treaty. A treaty is terminated in writing or by action. The treaty is only terminated when the damage arising from it has been paid. If a state unilaterally violates a treaty, its recognition as a state is called into question.

14    As the name suggests, one of the general rules of international law is that state A recognizes the sovereignty of state B over its citizens. If state A assumes sovereign rights over citizens of state B without permission, this means that state A does not recognize state B. This is part of the right of self-defence. It is part of the right of self-defense of state B to protect its citizens from state A. If state A assumes sovereign rights over citizens of state B without authorization, this is in fact a declaration of war, and for state B it is a legal reason for war.

**Jurisdiction against foreign states**

15    Under 28 U.S. Code § 1605, no state is immune from the Washington DC court either. General exceptions to a foreign state's jurisdictional immunity

> *(a) A foreign state shall not be immune from the jurisdiction of courts of the United States or of the States in any case—*
> *(1) in which the foreign state has waived its immunity either explicitly or by implication, notwithstanding any withdrawal of the waiver which the foreign state may purport to effect except in accordance with the terms of the waiver;*
> *(2) in which the action is based upon a commercial activity carried on in the United States by the foreign state; or upon an act performed in the United States in connection with a commercial activity of the foreign state elsewhere; **or upon an act outside the territory of the United States in connection with a commercial activity***

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

11 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

*of the foreign state elsewhere and that act causes a direct effect in the United States;*

*(3) in which rights in property taken in violation of international law are in issue and that property or any property exchanged for such property is present in the United States in connection with a commercial activity carried on in the United States by the foreign state; or that property or any property exchanged for such property is owned or operated by an agency or instrumentality of the foreign state and that agency or instrumentality is engaged in a commercial activity in the United States;*

*(4) in which rights in property in the United States acquired by succession or gift or rights in immovable property situated in the United States are in issue;*

*(5) not otherwise encompassed in paragraph (2) above, in which money damages are sought against a foreign state for personal injury or death, or damage to or loss of property, occurring in the United States and caused by the tortious act or omission of that foreign state or of any official or employee of that foreign state while acting within the scope of his office or employment; except this paragraph shall not apply to—*

*(A) any claim based upon the exercise or performance or the failure to exercise or perform a discretionary function regardless of whether the discretion be abused, or*

*(B) **any claim arising out of malicious prosecution,** abuse of process, libel, slander, misrepresentation, deceit, or interference with contract rights; or*

*(6) in which the action is brought, either **to enforce an agreement made by the foreign state** with or for the benefit of a private party to submit to arbitration all or any differences which have arisen or which may arise between the parties with respect to a defined legal relationship, whether contractual or not, concerning a subject matter capable of settlement by arbitration under the laws of the United States, or to confirm an award made pursuant to such an agreement to arbitrate, if*

*(A) the arbitration takes place or is intended to take place in the United States,*

*(B) the agreement or award is or may be governed by a treaty or **other international agreement in force for the United States calling for the recognition and enforcement of arbitral awards,***

*(C) the underlying claim, save for the agreement to arbitrate, could have been brought in a United States court under this section or section 1607, or*

*(D) paragraph (1) of this subsection is otherwise applicable.*

This is confirmed on the website of the US State Department:

https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html

TITLE OF DOCUMENT: <u>Lawsuit</u>                    CASE NO.:

12 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

*Since the enactment of the FSIA in 1976, the general exceptions to the jurisdictional immunity of a foreign state have expanded, moving beyond the realm of "commercial activity." Specifically, 28 U.S.C. 1605 now provides that a foreign state shall not be immune from the jurisdiction of courts of the United States or of the states in any case in which....*

The successor trials to the Nuremberg War Crimes Trials were conducted by judges from the USA.

Jurisdiction over the theft of Nazi assets was expressly included as a jurisdiction.

## Jurisdiction under the 1958 New York Convention on the Recognition and Enforcement of Arbitral Awards

16    If war is to be avoided, an arbitral tribunal in which the parties are directly involved in the appointment of the judges must decide.

17    With the 1958 New York Convention on the Recognition and Enforcement of Arbitral Awards, states recognize the primacy of arbitral tribunals over state courts.

Anyone who avoids arbitration proceedings does not recognize any right and loses all rights.

This court therefore has jurisdiction in cases in which a party evades arbitration proceedings in international legal relationships.

Proof: List of Multilateral Treaties in Force for the United States of America

https://www.state.gov/wp-content/uploads/2019/07/2019-Treaties-in-Force-Multilaterals-7.23.2019.pdf
*Convention on the recognition and enforcement of foreign arbitral awards.*
*Done at New York June 10, 1958.*
*Entered into force June 7, 1959; for the United States December 29, 1970.*
*21 UST 2517; TIAS 6997; 330 UNTS 3*
*Depositary: United Nations*

## B. Nation defined by public policy vs. Nazis

18    Customary international law was defined in the Convention with respect to the laws and customs of war on land (HLWC).

Section I regulates who is a belligerent. A belligerent must have its own uniform, with its own ranks and insignia, and carry its weapons openly.

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

13 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

Section II regulates the permitted actions during active combat. The civilian population must be spared. Unfortified towns, i.e. towns in which there is no military presence, are to be spared. Looting is not permitted.

Section III regulates what is permitted after the occupation of the territory.

According to Art. 43, the public order is to be upheld by the occupier, i.e. the right that the citizens have given themselves. Taxes and duties may only be levied to the extent necessary for the administration of the occupied territory.

19      In the Middle Ages, Germany was divided into numerous small states and cities with their own laws. The personal statute, the personal sovereignty, was common and is regulated in the Introductory Act to the Civil Code.

Until 2011, each Swiss canton had its own code of civil procedure. In 2011, a common code of civil procedure came into force.

According to Art. 2, these may not be applied in international legal relationships. Instead, arbitration proceedings must be conducted in accordance with Chapter 12 of the Swiss Private International Law Act.

However, Switzerland no longer observes even this law.

This court therefore has jurisdiction in cases in which Nazis have seized power in a state and public policy can no longer be enforced.

20      **Definition of a "Nazi"**

The Plaintiff learned the definition of a Nazi at school.

A Nazi is not an anti-Semite, racist, nationalist or fascist. Poles were all of these in the last century, but they were not Nazis.

A Nazi twists the terms. He lies and cheats not to enrich himself, but to destroy any binding law, with the motive of provoking violence.

Mr. President of the Russian Federation Putin uses the term Nazi as the Plaintiff learned it in school. In the Federal Republic of Germany, on the other hand, the term Nazi is used as a synonym for fascists, anti-Semites, nationalists and racists.

It is used to trivialize Hitler. Hitler always talked about peace and glorified the Germans as the best. In truth, he only wanted war and destroyed everything associated with the term "German". He only wanted mass murder and the Germans were his tools. So what do the Germans call

TITLE OF DOCUMENT: <u>Lawsuit</u>                                        CASE NO.:

14 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

people who lie and deceive in order to provoke the greatest possible mass murder? Officially, there are no such people. It is claimed that such people do not exist and have never existed. Lying and cheating, breaking international treaties is sold as a democratic principle.

21      The Hitler method or the Nazi principle

How do you conquer a state? Quite simply. You infiltrate the judiciary.

A Nazi wants to destroy the state, the nation, the people of the state in order to enslave and destroy humanity completely arbitrarily and unhindered.

In terms of international law, a Nazi is an enemy agent who acts under a "false flag" against the state, against the people of the state.

22      How do you unmask a Nazi?

Nazis fear nothing more than a fair trial. No Nazi signs that he recognizes the primacy of arbitration tribunals over state courts.

By refusing to sign to recognize the precedence of arbitration tribunals over state courts, one is admitting to disregarding the Charter of the United Nations, specifically Article 33, and thus rejecting the entire post-war order.

The German Constitution stipulates that an international court of arbitration is the supreme judicial authority. Germany is therefore a neutral state.

Only those who sign that they recognize the supremacy of arbitration tribunals over state courts can obtain German nationality.

**C. Continued application of the Convention with respect to the laws and customs of war on land of 1907 because the following treaties have not been implemented**

**a. Treaty on the final settlement with respect to Germany (Two-plus-Four Treaty) from 1990**

23      https://www.auswaertiges-amt.de/blob/248554/cf11046bd657eb2515e9930892f29ad3/vertragstextbgbl-data.pdf

> *The Federal Republic of Germany, the German Democratic Republic, the French Republic, the Union of Soviet Socialist Republics, the United Kingdom of Great Britain and Northern Ireland and the United States of America,*
> *Have agreed as follows:*
> ***ARTICLE 1***
> *(1) The united Germany <u>shall</u> comprise the territory of the Federal Republic of Germany, the German Democratic Republic and the whole of Berlin. Its external*

TITLE OF DOCUMENT: <u>Lawsuit</u>                          CASE NO.:

15 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

1
2
3
4
5
6
7
8

*borders <u>shall be</u> the borders of the Federal Republic of Germany and the German Democratic Republic and <u>shall be</u> definitive from the date on which the present Treaty comes into force. <u>The confirmation of the definitive nature of the borders of the united Germany is an essential element of the peaceful order in Europe.</u>*
*(2) The united Germany and the Republic of Poland shall confirm the existing border between them in <u>a treaty that is binding under international law.</u>*
*(3) The united Germany has no territorial claims whatsoever against other states and shall not assert any in the future.*
*(4) The Governments of the Federal Republic of Germany and the German Democratic Republic <u>shall ensure</u> that the constitution <u>of the united Germany</u> does not contain any provision incompatible with these principles. <u>This applies accordingly to the provisions laid down in the preamble, the second sentence of Article 23, and Article 146 of the Basic Law for the Federal Republic of Germany.</u>*

9
10
11

24    Article 146 means that all nationals of the Free City of Danzig recognized under international law must agree - see Declaration on the German Reich and the Federal Republic of Germany.

12
13
14
15

*(5) The Governments of the French Republic, the Union of Soviet Socialist Republics, the United Kindgom of Great Britain and Northern Ireland and the United States of America take formal note of the corresponding commitments and declarations by the Governments of the Federal Republic of Germany and the German Democratic Republic and declare that their implementation will confirm the definitive nature of the united Germany's borders.*

16
17
18
19
20

**ARTICLE 2**
*The Governments of the Federal Republic of Germany and the German Democratic Republic reaffirm their declarations that only peace will emanate from German soil. According to the constitution of the united Germany, acts tending to and undertaken with the intent to disturb the peaceful relations between nations, especially to prepare for aggressive war, are unconstitutional and a punishable offence. The Governments of the Federal Republic of Germany and the German Democratic Republic declare that the united Germany will never employ any of its weapons except in accordance with its constitution and the Charter of the United Nations.*

21
22
23
24
25

**ARTICLE 5**
*(3) Following the completion of the withdrawal of the Soviet armed forces from the territory of the present German Democratic Republic and of Berlin, units of German armed forces assigned to military alliance structures in the same way as those in the rest of German territory may also be stationed in that part of Germany, but without nuclear weapon carriers. This does not apply to conventional weapon systems which may have other capabilities in addition to conventional ones but which in that part of Germany are equipped for a conventional role and designated only for such. <u>Foreign</u>*

26
27
28

TITLE OF DOCUMENT: <u>Lawsuit</u>                    CASE NO.:

16 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

*armed forces and nuclear weapons or their carriers will not be stationed in that part of Germany or deployed there.*

**ARTICLE 6**

*The right of the united Germany to belong to alliances, with all the rights and responsibilities arising therefrom, shall not be affected by the present Treaty.*

**ARTICLE 7**

*(1) The French Republic, the Union of Soviet Socialist Republics, the United Kingdom of Great Britain and Northern Ireland and the United States of America hereby terminate their rights and responsibilities relating to Berlin and to Germany as a whole. As a result, the corresponding, related quadripartite agreements, decisions and practices are terminated and all related Four Power institutions are dissolved.*

*(2) The United Germany shall have accordingly full sovereignty over its internal and external affairs.*

**ARTICLE 8**

*(1) The present Treaty is subject to ratification or acceptance as soon as possible. On the German side it will be ratified by <u>the united Germany</u>. The Treaty will therefore apply to the united Germany.*

*(2) The instruments of ratification or acceptance shall be deposited with the Government of the united Germany. That Government shall inform the Governments of the other Contracting Parties of the deposit of each instrument of ratification or acceptance.*

**ARTICLE 9**

*The present Treaty shall enter into force for the united Germany, the French Republic, the Union of Soviet Socialist Republics, the United Kingdom of Great Britain and Northern Ireland and the United States of America on the date of deposit of the last instrument of ratification or acceptance by these states.*

25    The requirements must be met in the future. A reminder was sent to comply with the conditions:

Justification on the open question of territorial borders.

The governments of the FRG and GDR have agreed that the territory of the FRG and GDR will become the territory of Germany.

However, neither the nationals of the German Reich nor the Republic of Poland can decide on the territory of the Free City of Danzig or the part of the German Imperial Empire under occupation without the consent of the people of Danzig.

The final borders must therefore be expressly confirmed by a separate international treaty with Poland in accordance with Article 1 of the Two-plus-Four Treaty.

TITLE OF DOCUMENT: <u>Lawsuit</u>                                    CASE NO.:

17 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

For this purpose, the subject of international law Germany must first be formed by a constitution of Germany. The nationals of the Free City of Danzig must have a constitutional right of veto on international treaties and laws, otherwise no international border treaty can be concluded.

In view of the war in Ukraine, the consequences of which also affect the nationals of the Free City of Danzig, the Free City of Danzig reserves the right to negotiate a territory independently.

26    The Agreement on German External Depts - the London Debt Agreement of 1953 states that a border treaty with Poland that is binding under international law can only be concluded once the Free City of Danzig has received all the required reparations.

The relevant legal basis is

**b. The Agreement on German External Depts, London Febr. 27, 1953, Article 5.2**

27    Article 5 Claims excluded from the Agreement

> *(1) Consideration of governmental claims against Germany arising out of the first World War shall be deferred until a final general settlement of this matter.*
> *(2) Consideration of claims arising out of the second World War by countries which were at war with or were occupied by Germany during that war, and by nationals of such countries, against the Reich and agencies of the Reich, including costs of German occupation, credits acquired during occupation on clearing accounts and claims against the Reichskreditkassen shall be deferred until the final settlement of the problem of reparation.*

28    Even after the conclusion of the Two-plus-Four Treaty, the provisions of the Convention on the settlement of matters arising out of the war and the occupation, with annex (The Transition Agreement) of 1952 continue to apply, as expressly stated in the Exchange of Notes of September 27-28, 1990.

The conditions must be fulfilled in the future. A reminder was issued to comply with the conditions:

**c. The exchange of notes of September 27/28, 1990**

29    In the exchange of notes of September 27/28, 1990, after the conclusion of the 2 (Federal Republic of Germany (FRG) and German Democratic Republic (GDR) + 4 (Powers) Treaty of September 12, 1990, it is expressly stated that the following provisions of the Transition Agreement will also remain in force after 1990:

> Proof: Federal Law Gazette Volume 1990 Part II No. 42, issued on November 9, 1990, page 1386

TITLE OF DOCUMENT: Lawsuit                                  CASE NO.:

18 / 128

PAGE NO. ___ OF ___    [JDC TEMPLATE]

*Announcement of the Agreement of September 27/28, 1990 on the Treaty on Relations between the Federal Republic of Germany and the Three Powers (as amended) and on the Treaty on the Settlement of Questions Arising from War and Occupation*

The exchange of notes in the list of multilateral treaties in force for the USA:

https://www.state.gov/wp-content/uploads/2019/07/2019-Treaties-in-Force-Multilaterals-7.23.2019.pdf

*Proof: Page 535: Agreement concerning the convention of May 26, 1952, as amended, on relations between the Three Powers and the Federal Republic of Germany and the convention of May 26, 1952, as amended, on settlement of matters arising out of the war and the occupation.*
***Exchange of notes at Bonn September 27 and 28, 1990.***
*Entered into force September 28, 1990.*
*TIAS; 1656 UNTS 29*
*Parties: France, Germany, Federal Republic of 1, United Kingdom, United States*
*Notes: 1 See note under GERMANY in Section 1.*

**d. Settlement of matters arising out of the war and the occupation** (The Transition Treaty) with the Protocol on the termination of the occupation regime in the Federal Republic of Germany, of Oct. 23, 1954
30

The following provisions shall remain in force:
- from the first part: Article 1(1), first sentence...
*ARTICLE 1 (1) <u>The Federal and Land authorities shall have the power, in accordance with their respective competences under the Basic Law of the Federal Republic, to repeal or amend legislation...</u>*

*...and paragraphs 3, 4 and 5, Article 2(1), Article 3(2) and (3), Article 5(1) and (3), Article 7(1) and Article 8, - from the third part: Article 3(5)(a) of the Annex, Article 6(3) of the Annex,*

*- **from the sixt part: Part Six: Article 3(1) and (3)***

*Part 6 Reparations Article 3*
*1. The Federal Republic <u>shall in the future</u> raise no objections against the measures which have been, or <u>will be</u>, carried out with regard to German external assets or other property, seized for the purpose of reparation or restitution , or <u>as a result of the state of war, or on the basis of agreements concluded , or to be concluded , by the</u>*

TITLE OF DOCUMENT: <u>Lawsuit</u>                                    CASE NO.:

19 / 128
PAGE NO. ____ OF ___    [JDC TEMPLATE]

*Three Powers with other Allied countries , neutral countries or former allies of Germany.*
*3. No claim or action shall be admissible against persons who shall have acquired or transferred title to property on the basis of the measures referred to in paragraphs 1 and 2 of this Article, or against international organisations, foreign governments or persons who have acted upon instructions of such organisations or governments.*

*- from the seventh part: Art. 1 and Art. 2,*
*- from the ninth part: Art. 1,*
*- from the tenth part: Art. 4*

**e. The State Treaty for the reestablishment of an independent and democratic Austria,** signed at Vienna May 15, 1955.

31      Austria had allowed itself to be incorporated into the German Reich without resistance in 1938 and was thus extinguished under international law. In the Moscow Declaration of 1943, it was decided that Austria would be re-established as a sovereign state in order to uphold the Versailles Peace Treaty. However, Austria was also to contribute to the reparations. Austria claimed that France and Great Britain had agreed to Austria's accession to the German Reich. Austria was therefore exempted from paying reparations. With the Austrian State Treaty, Austria was re-established as a sovereign state.

*Article 1 Re-establishment of Austria as a Free and Independent State*
*The Allied and Associated Powers recognize that Austria is re-established as a sovereign, independent and democratic State.*

32      However, sovereignty is subject to conditions.

*Article 4 Prohibition of Anschluss*
*1. The Allied and Associated Powers declare that political or economic union between Austria and Germany is prohibited. Austria fully recognizes its responsibilities in this matter and shall not enter into political or economic union with Germany in any form whatsoever.*
*2. In order to prevent such union Austria shall not conclude any agreement with Germany, nor do any act, nor take any measures likely, directly or indirectly, to promote political or economic union with Germany, or to impair its territorial integrity or political or economic independence. Austria further undertakes to prevent within its territory any act likely, directly or indirectly, to promote such union and shall prevent the existence, resurgence and activities of any organizations having as their aim political or economic union with Germany, and pan-German propaganda in favour of union with Germany.*

*Article 6 Human Rights*
*1. Austria shall take all measures necessary to secure to all persons under Austrian jurisdiction, without distinction as to race, sex, language or religion, the enjoyment*

TITLE OF DOCUMENT: <u>Lawsuit</u>                                    CASE NO.:

                    20 / 128
PAGE NO. ____ OF ___    [JDC TEMPLATE]

1
2

*of human rights and of the fundamental freedoms, including freedom of expression, of press and publication, of religious worship, of political opinion and of public meeting.*

3
4
5
6

*Article 11 Recognition of Peace Treaties*
*Austria undertakes to recognize the full force of the Treaties of Peace with Italy, Rumanian, Bulgaria, Hungary and Finland and other agreements or arrangements which have been or will be reached by the Allied and Associated Powers in respect of Germany and Japan for the restoration of peace.*

7
8
9
10
11
12
13
14
15
16

*Article 22 German Assets in Austria*
*The Soviet Union, the United Kingdom, the United States of America and France have the right to dispose of all German assets in Austria in accordance with the Protocol of the Berlin Conference of 2nd August, 1945.*
*12. After fulfillment by Austria of all obligations stipulated in the provisions of the present Article or derived from such provisions, the claims of the Allied and Associated Powers with respect to former German assets in Austria, based on the Decision of the Berlin Conference of 2nd August, 1945, shall be considered as fully satisfied.*
*13. Austria undertakes that, except in the case of educational, cultural, charitable and religious property none of the properties, rights and interests transferred to it as former German assets shall be returned to ownership of German juridical persons or where the value of the property, rights and interests exceeds 260,000 schillings, to the ownership of German natural persons. Austria further undertakes not to pass to foreign ownership those rights and properties indicated in Lists 1 and 2 of this Article which will be transferred to Austria by the Soviet Union in accordance with the Austro-Soviet Memorandum of April 15, 1955.*

17
18

33    With Austria's accession to the EU, the Russian Federation has already raised concerns as to whether the Austrian State Treaty will still be upheld.

19
20
21
22
23

34    With the insertion of Section 40a into the German Reich's Nationality Act in 1999, the status of "Germans within the meaning of Article 116 (1) of the Basic Law" was withdrawn. Accordingly, the entry into force of all essential laws was revoked and National Socialist law was once again practiced. "Judgments" were pronounced "in the name of the people" by nationals of the National Socialist German Reich, and National Socialist law was applied accordingly.

24
25
26

35    In the meantime, agreements have been reached on the mutual recognition of judgments by EU states. For example, with the Framework Decision 2002/584 JHA - EU Arrest Warrant, the EU states undertake to execute arrest warrants issued by each other without examination. An

27
28

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

21 / 128
PAGE NO. ____ OF ___    [JDC TEMPLATE]

EU arrest warrant can only be refused if the EU Commission has established persistent and serious violations of the Charter of Fundamental Rights of the EU.

36     Such serious and persistent violations have been committed by the German State of Bavaria in particular. But the EU does not recognize this. Accordingly, Austria is obliged to enforce politically and economically motivated judgments and thus violates Art. 4 and 6 of the State Treaty.

37     The Plaintiff has therefore submitted a preliminary question to the ECJ in Luxembourg. Under EU law, a preliminary question must be submitted to the ECJ in Luxembourg if a party requests an examination of compliance with EU law. However, this preliminary request is not forwarded by the Austrian courts. This is an admission that Austria has deliberately violated the State Treaty and rejoined the National Socialist German Reich.

**D. Preliminary remarks on the claim in general**

38     The Second World War began with the invasion of Danzig and did not end until the people of Danzig had received reparations. The confirmation of the borders in Europe under international law also depends on this.

39     Until 1990, it was still clear to everyone involved that the borders could be decided by the payment of reparations. The Benelux countries had also annexed German territory. These territories were bought back in 1963.

The Soviet Union would also have renounced north-east Prussia, which was under Soviet administration, by paying 80'000'000'000,- DM.

40     The Russian Federation and Ukraine are at war over territory. The World War has not yet ended and the Eastern European borders in particular have not yet been definitively confirmed under international law.

Why is Ukraine not negotiating with the Russian Federation about what it will cost if Ukraine gives up Crimea?

And why are the people of Danzig sharing in the costs of the war in Ukraine, even though they have not yet received any reparations and could and can acquire territory with reparation payments?

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

22 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

41    Due to the activities of the responsible representative of the Free City of Danzig between Danzig and Poland, Poland demands €1´300´000´000´000,- in reparations. With the indication of the responsible representative of the Free City of Danzig or representative of Danzig as part of the German Imperial Empire, which is under international occupation, that it is still possible to negotiate about today's western Polish border, the Russian Federation demands 750´000´000´000.-€ in excess ceded reparations from Poland.

Why shouldn't the Free City of Danzig or Germany acquire or lease a corridor between Ukraine and the Russian Federation on a long-term basis?

After every war there was a peace treaty in which reparations and thus borders were negotiated. Why not negotiate payments before both sides have destroyed hundreds of billions of euros and human lives? The costs of reconstruction alone amount to around 500´000´000´000,- dollars.

The Second World War only ended when the German constitution will be enforced. Until then, it is not even possible to conclude border treaties under international law.

42    The Russian Federation is waging war with the claim that it is threatened by the Nazi-dominated EU and NATO. Thus, it is right - see the evidence in the complaint.

With the constitution of Germany, the rule of law will be restored. This eliminates the argument of the Russian Federation that it is threatened by Nazis.

43    With the approval and implementation of the constitution of Germany and thus reparation payments to the Free City of Danzig, border treaties under international law can be concluded. Only then are the borders in Europe finally defined. Ukraine and the Russian Federation must also participate in the enforcement of the German constitution.

**a. Preliminary remarks on the complaint**

44    The joint government of the Federal Republic of Germany (FRG) and the German Democratic Republic (GDR) claims to its own population and to the rest of the world that the conditions of the Two-plus-Four Treaty have been fulfilled. One only has to read Article 1 of the Two-plus-Four Treaty and Articles 4 (2) and 4 (6) of the Unification Treaty (State Treaty) between the two partially sovereign states of the FRG and the GDR to realize that the conditions of Article 1 of the Two-plus-Four Treaty alone have not been fulfilled.

TITLE OF DOCUMENT: Ladwsuit                                    CASE NO.:

23 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

45    Externally, "German" politicians defend human rights and criticize the Polish judicial reform, for example. In the bilateral treaties between the USA and the FRG the "German" ambassador assures that the FRG is a democratic state under the rule of law that is subject to EU law.

46    In reality, with the German State of Bavaria leading the way, the Federal Republic of Germany is once again a National Socialist dictatorship.

**b. Claim by the Russian Federation that it is threatened by Nazis under the protection of NATO**

47    The President of the Russian Federation, Mr. Putin, reminds the General Assembly of the United Nations that it was founded as a war alliance against the Nazis. He speaks of Satanists. The Russian Federation commemorates the anniversary of the beginning of the Nuremberg War Crimes Trials.

Mr. Putin claims that the Russian Federation is threatened by Nazis under the protection of the EU and NATO. He is right about that.

**c. The war in Ukraine**

48    If you look at the election results in Ukraine in 2010, you can almost see, as if drawn with a ruler, that Ukraine is divided into western and eastern halves. In the far west, in Lviv, 90% voted for the pro-Western candidate, while in the far east, in Mariupol, almost 90% voted for the pro-Russian candidate. The majority voted pro-Russian. This was followed by protests against the pro-Russian president in the western capital Kiev, supported by the Soros Foundation. The pro-Russian president did not disperse the protests with hard rubber bullets, as France did against protesters, but fled. The eastern Ukrainians have effectively joined their president without, of course, leaving their country. Blood has therefore been shed since 2014. Negotiations are taking place in Minsk under the mediation of German Chancellor Angela Merkel, French President Macron and Russian President Putin. The result is that eastern Ukraine remains part of Ukraine but is given autonomous status. The French publish a telephone conversation between Mr. Putin and Mr. Macron in which Mr. Macron points out that their colleague Mr. Selensky is not complying with the Minsk agreement, i.e. is in breach of contract and is not a reliable negotiating partner.

Obviously, neither is Mr Macron.

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

24 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

49      Ukraine wants to join the EU and NATO with eastern Ukraine. Mr. Putin wants security guarantees. He is not getting them. He therefore begins a special operation to make it clear that he is not declaring war on Ukraine and intends to subjugate it. Peace negotiations are held. But the peace treaty, which was accepted in principle, is sabotaged by the fact that Ukraine is promised all support. This provokes a war that Ukraine cannot win, in effect mass murder. Mr. Selensky said that they are better equipped now than in 2014 and that Crimea will be occupied by Ukraine by September 2022. Then Ukraine begs for weapons, weapons to kill the "orcs" and Mr. Selensky announces that Crimea will be occupied by Ukraine by Sept. 2023. But now Ukraine is running out of idiots who want to sacrifice their lives so that the Russian language is banned in Crimea and only Ukrainian is the official language.

50      Ukraine has already lost more than it can ever gain. Ukraine has already been supported with around $150'000'000'000,-. Reconstruction is expected to cost around $400'000'000'000,-. The Russian Federation will not pay for this. The Ukrainians are not fighting in the open, but from settlements and are therefore responsible for their destruction, etc..

The alleged humanists, the alleged democrats, the alleged representatives of Western values, of a free and democratic basic order are making billions of dollars available for mass murder and destruction, but there is no money for the poorest of the poor. This is pure racism.

The arms expenditure is supposedly increased to protect democracy, but the misery in the world is only increased.

III. PARTIES

**A. The Plaintiff - The Legal Entity of Danzig**

**a. The Free City of Danzig**

51      The Free City of Danzig was created under Articles 100-108 of the Peace Treaty of Versailles and is a party to these provisions and to Articles 1-26 of the League of Nations and Articles 387-427 of the International Labor Organization of the Peace Treaty of Versailles. According to Article 102, the Free City of Danzig is under the protection of the League of Nations. The supreme executive is thus an international armed force.

52      According to Article 103 of the Versailles Peace Treaty, the Constitution is a treaty with the League of Nations. The Danzigers are the legislature within the framework of the Constitution. The supreme judiciary is an international court of arbitration.

53      The nationals of Danzig are entitled to protection from abroad, both at home and abroad. Article 76 of the Danzig Constitution: *"All nationals within and outside the territory of the state are entitled to the protection of the state."*

This means that Danzig decisions are to be enforced by all states. Appeals against them can only be lodged with an international court of arbitration on the grounds that the decision violates the Constitution of the Free City of Danzig or Article 116 of the Danzig Constitution.

> Article 116 of the Danzig Constitution: *"All laws and regulations in force in the territory of the Free City of Danzig at the time of the entry into force of this Constitution shall remain in force unless they are repealed by this Constitution or by law. The People's Parliament shall be obliged to set up a committee immediately after its meeting to examine all ordinances issued since January 10, 1920."*

54      **Article 87**: *It is the duty of every national to protect the Constitution against unlawful attacks.*

55      620'000 citizens of the Jewish faith fled via Danzig. It is said that without the Free City of Danzig there would be no State of Israel.

Without Danzig, the Nazi war of extermination would have come to nothing.

That is why the Second World War began with the invasion of Danzig.

The United Nations was created to resist the Nazis. Everyone was to receive the rights of the people of Danzig. The Universal Declaration of Human Rights was created for this purpose.

56      The Federal Republic of Germany was conceived as the legal successor to the Free City of Danzig. However, this legal succession is only confirmed under international law if the people of Danzig agree to a constitution in accordance with Article 146 of the Basic Law for the Federal Republic of Germany.

**aa. Danzig as part of the German Imperial Empire under international occupation**

57    For the United States of America, the Free City of Danzig is part of the German Imperial Empire under the occupation of the League of Nations, which is entitled to claims unjustly made under the Versailles Peace Treaty.

58    Both as the Free City of Danzig and as part of the German Imperial Empire, Danzig sided with the Allies against the Nazis. For the United States of America, the representative of the Free City of Danzig is the representative of the German Imperial Empire. The grandfather died as a representative of the German Imperial Empire in the Battle of Tanga in 1914 and the Plaintiff's father was never a member of the Weimar Republic.

    Proof: Versailles Peace Treaty

    Proof: Constitution of the Free City of Danzig

    Proof: Decision of the Permanent Court of International Justice in The Hague Series

        A/B No. 65

        https://archives.ungeneva.org/constitution-of-the-free-city-of-danzig-league-of-nations-secretariat-special-supplement-no-7-of-the-league-of-nations-official-journal-containing-the-german-text-of-the-constitution-with-translations-in-english-and-french/download

    Proof: Peace Treaty between German Reich and USA 1920; Treaty of Berlin from the list of treaties in force for the USA:
        https://www.state.gov/wp-content/uploads/2020/08/TIF-2020-Full-website-view.pdf
        United State Departement
        Treaties in Force
        Treaty establishing friendly relations.
        Signed at Berlin August 25, 1921.
        Entered into force November 11, 1921.
        42 Stat. 1939; TS 658; 8 Bevans 145; 12 LNTS 192

**bb. The difference between the Free City of Danzig and Danzig under international occupation**

59    Everyone has to respect the ordre public of the people of Danzig.

In the Constitution of the Free City of Danzig, this is guaranteed by Art. 116. In the other case, it is guaranteed by Art. 43 ordre public of the Convention on the Law of War on Land in the Hague. In both cases, the nationals of Danzig are prohibited from defending themselves by military means. According to Article 76 of the Danzig Constitution, Danzigers are entitled to protection from abroad, both at home and abroad. The same applies to Danzigers under

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

        27 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

1   international occupation. In Art. 87 of the Danzig Constitution, Danzigers are obliged to uphold

2   the Constitution, in particular Art. 116, and if necessary to take legal action against government

3   laws if public order is violated.

4   Even as occupiers, the nationals of Danzig must take legal action if the government, as the

    representative of the occupying powers, violates public policy.

5   60      The only difference under international law is therefore the recognized borders.

6   For the Free City of Danzig, the borders of the German Reich as defined in the Versailles Peace

7   Treaty apply.

8   For the Danzigers under international occupation, the German borders at the time of 1917 apply,

9   with the nationality of the German colonies, date of issue of the Nationality Act July 22, 1913.

10

    **B. The person of the Plaintiff as the responsible representative of the Free City of Danzig**

11  61      Beowulf von Prince (full name: Beowulf Adalbert von Prince), domicile Schweizer Str.

12  38, AT- 6830 Rankweil, Austria

13  The Plaintiff is the responsible representative of the Free City of Danzig or Danzig and, until the

14  formation of a government by nationals of Germany, also the representative of Germany:

15  Comment on this: The government of the Federal Republic of Germany is formed by nationals of

16  the nationalist German Reich. According to the civil service laws of the Federal Republic of

17  Germany, they cannot be civil servants of the Federal Republic of Germany. Those in

    government are instigators and accomplices in the falsification of identity documents in order to

18  deceive in legal relations. In contrast, the Plaintiff is a national of the Federal Republic of

19  Germany and a civil servant of the Federal Republic of Germany - see more on this under

20  Federal Republic of Germany.

21  **a. The nationality of the Plaintiff**

22  62      There are differing views on this.

23  Ms. Karin Leffer is wanted by warrant of arrest because she confirmed the information on

24  Danzig identity cards after notarization for purely idealistic reasons. In view of the evidence

25  before the District Court in Washington DC, Case No. 1:19-cv-03529-CJN, she applied to the

26  Coburg/Bavaria/ FRG Regional Court for the arrest warrant to be quashed so that she could stand

27

28  TITLE OF DOCUMENT: Lawsuit                              CASE NO.:

              28 / 128
    PAGE NO. _____ OF ___    [JDC TEMPLATE]

1  trial in freedom. This application was rejected on the grounds that "Ms. Karin Leffer is a

2  Reichsdeutsche and therefore faces a long prison sentence."

3  The Plaintiff thought: "What's the point? They're all Reich Germans."

4  63    The Plaintiff looked at the Nationality Act of the German Reich, date of issue July 22,

5  1913, for the first time. It cannot affect him. His father expressly made use of the First Law on

6  the Regulation of Nationality (Renunciation of Nationality of the National Socialist German

7  Reich) of Feb. 22, 1955. The Government of Lower Franconia/Bavaria/Federal Republic of

   Germany confirmed that, as a Danzig national, he was a "German within the meaning of Art. 116

8  (1) of the Basic Law (GG)" – see Exhibit No. 1, 2, 4.

9  64    He found the insertion of Section 40 a, which was added to this Nationality Act there in

10  1999:

11      " Section 40a
        Any person who on 1 August 1999 is a German national within the meaning of
12      Article 116 (1) of the Basic Law without possessing German nationality shall acquire
        German nationality on that date."
13

14  65    The Plaintiff informed the District Court in Washington DC that he believes that he is not

15  only "German within the meaning of Art. 116 (1) of the Basic Law", but that he is "in possession

16  of German nationality within the meaning of Art. 116 (1) of the Basic Law". "Within the

   meaning of Art. 116" refers to Art. 116 of the Danzig Constitution: "German law at the time of

17  Jan. 1920 is guaranteed." Thus, the Plaintiff is the owner of the German law of the Federal

18  Republic of Germany, the owner of the nationality of Germany and decides on a constitution of

19  Germany in its present borders.

20  66    The Plaintiff stated that it does not matter what the Plaintiff thinks, but what the others

21  think. If the others think that the Plaintiff is not a national of Germany within its present borders,

22  then the Plaintiff is a national of the Free City of Danzig with the European borders of

   31.12.1937. If the Versailles Peace Treaty is not recognized, then the Plaintiff must be a

23  representative of the German Imperial Empire within the European borders of 1917.

24  Justification:

25  67    According to the United Nations, the Plaintiff is a national of the Free City of Danzig –

26  see Exhibit 2

27  Comment:

28
   TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

            29 / 128
   PAGE NO. ____ OF ___    [JDC TEMPLATE]

1  Although the United States of America played a significant role in shaping the provisions of the

2  Versailles Peace Treaty, the Parliament of the United States of America did not ratify this treaty

3  and instead concluded a separate peace treaty with the German Empire within the borders of

4  1917. For the United States of America, Danzig is part of the German Imperial Empire, which

5  was under the occupation of the League of Nations and on the side of the Allies against the

6  Nazis. For the United States of America, the responsible representative of the Free City of

   Danzig is the responsible representative of the German Imperial Empire.

7  **b. The Plaintiff's inherited nationality of the Free City of Danzig**

8  **The Plaintiff's ancestry**

9  **1. The grandfather as a British/German colonial officer**

10 68     The Plaintiff's great-grandfather was a British police chief in Mauritius. When yellow

   fever broke out there, he had cared for sick people at the police station. He became infected

11 himself and died as a result. The Plaintiff's grandfather was born there and was British, but

12 became a German colonial officer and founded the present-day state of Tanzania.

13        Proof: Grandfather's book: "Against Arabs and Wahehe"

14 69     He could not acquire the nationality of one of the German states, but at best colonial

15 nationality. This is the Reich nationality according to the Reich Nationality Act of the German

16 Reich of July 22, 1913. The grandfather was elevated to the hereditary nobility and is a

17 representative of the German monarchy. His grandfather was born there and was British.

   However, he joined the German colonial service in East Africa. He was unable to acquire the

18 nationality of one of the German federal states. After a year of military service, he was able to

19 apply for Reich German nationality. This was the nationality of the German colonies.

20 After he had abolished slavery, he became a settler and was elevated to hereditary nobility. In

21 1914, the British attacked Tanga with 8,000 elite soldiers. The approximately 1'000 Askaris

22 (black African auxiliary troops) retreated until the grandfather (Bwana Sakarani, the man without

23 fear) appeared with 100 volunteers. The British were forced back onto their boats. The Plaintiff's

24 grandfather was killed in action.

25        Proof: "Genealogical Handbook of the Nobility".

26 70     **The grandfather was killed in 1914.**

27        Proof: Monument in Tanga in Tanganyika/now Tanzania

28

He died as a representative of the German Emperor. For the United States of America, the Plaintiff is the representative of the German Emperor.

**2. The father, of British descent but a member of the German nobility, became a national of Danzig, but not a national of the then still existing sovereign state of Prussia and thus not a national of the Weimar Republic.**

71     The Plaintiff's father was born in East Africa and was educated in Danzig in 1919. In 1924, he returned to his homeland, the League of Nations Mandate of Tanganyika, with a Danzig identity card. Then the Second World War broke out with the invasion of the Free City of Danzig. The British sent his father to the war zone of the German Reich in 1940. Not to enlist in the Wehrmacht to shoot as many British soldiers as possible, of course, but as a Danzig national. A Danzig national was not even allowed to accept a medal. He had to offer resistance under civil law. That's what he did. He evaded conscription into the Wehrmacht, committed undermining of the Wehrmacht at the risk of his life, was tortured and only survived with severe health problems.

Proof: UN documents: https://digitallibrary.un.org/record/1656856?ln=en

**The Plaintiff is therefore a member of the victorious powers.**

**3. The father with the nationality of Danzig as "German within the meaning of Art. 116 (1) GG**

72     The Plaintiff's father made use of the First Law on the Regulation of Nationality of February 22, 1955 (renunciation of the nationality of the German Reich). The government of Lower Franconia confirmed that he was a Danzig national and a "German within the meaning of Art. 116 (1) GG" - see Exhibit 1. He was thus officially registered as a Danzig national.

"German within the meaning of Article 116 of the Basic Law" refers to Article 116 of the Danzig Constitution: "The Weimar Constitution is repealed. German law at the time of Jan. 1920 is guaranteed."

Anyone who does not recognize the Free City of Danzig does not recognize its Constitution. Then he does not recognize the Weimar Constitution either. Then he must recognize the Constitution of the German Imperial Empire. Anyone who does not recognize the Free City of Danzig considers the people of Danzig to be part of the German Imperial Empire on the side of the Allies against the nationals of the National Socialist German Reich or the SS. Anyone who

TITLE OF DOCUMENT: Lawsuit                                          CASE NO.:

31 / 128

PAGE NO. ____ OF ____    [JDC TEMPLATE]

does not recognize the Versailles Peace Treaty considers the Plaintiff to be a representative of the German Imperial Empire.

73    In 1956, the father submitted his claims for compensation to the United Nations. The UN confirmed that he was a national of Danzig. The claims are deferred until a peace treaty is concluded.

> Proof: official documents of the United Nations and official documents of the
>
> Government of Lower Franconia - see Exhibits 1, 2 and 3
>
> Proof: Agreement on German external debts of London 1953, Art. 5.2

He was thus officially registered as a Danzig national.

74    According to Section 1 of the Nationality Act of the Free City of Danzig, this nationality is transferred to legitimate children.

> Proof: Nationality Act of the Free City of Danzig.

The Plaintiff, Mr. Beowulf von Prince, full name, Beowulf Adalbert von Prince is the legitimate son of Tom Adalbert von Prince.

> Proof: for example, genealogical handbook of the nobility

75    With the provision "in possession of German nationality within the meaning of Art. 116 (1) GG", the Free City of Danzig was confirmed as part of the Allies. The people of Danzig decide on a constitution:

> Proof: the Basic Law has already been amended 60 times. But for example, Art. 120
>
> GG still exists:
>
> *"(1) The Federation shall finance the expenditures for occupation costs and other internal and external burdens resulting from the war, as regulated in detail by federal laws."*
>
> and Art. 133:
>
> *"The Federation shall assume the rights and responsibilities of the administration of the United Economic Territory."*
>
> This is due to Art. 79 (1) sentence two GG mutatis mutandis:
>
> *The Basic Law may not be amended insofar as it concerns issues relating to peace treaties, occupation law and defense law.*

Proof: But the Basic Law expires on the day on which a constitution is adopted in accordance with Article 146 of the Basic Law. The members of parliament of the Federal Republic of Germany (FRG) can therefore not decide on issues relating to peace treaties, occupation law and defense law. This is simply logical. The nationals of the German Reich cannot unilaterally decide on a peace settlement.

76      Based on the electoral laws, no one who had renounced their nationality of the German Reich could become a member of parliament.

Proof: Electoral laws

**c. The Plaintiff as a Civil Servant of the Federal Republic of Germany with an Oath to the Basic Law**

77      The Plaintiff has become a forestry official.

Proof: Among other things, probationary period assessment

He could not become a member of parliament.

Proof: Election laws - Anyone who has renounced the nationality of the German Reich and is "German within the meaning of Art. 116 (1) of the Basic Law" cannot become a member of parliament.

But only someone who is "German within the meaning of Art. 116 (1) GG" can be a civil servant. As a Danzig national, the Plaintiff is in any case obliged to protect the ordre public. You can do that best as a civil servant.

Proof: civil service laws

**d. The Plaintiff has never waived his rights/obligations**

78      In 1990, the Plaintiff filed an action for damages under the German-Polish Border Treaty. The lawsuit remained pending until the Federal Constitutional Court Act was amended, according to which lawsuits no longer had to be accepted. The Plaintiff did not have to pursue the action further. Berlin was still occupied. The German-Polish Border Treaty was therefore only a confirmation of the administrative borders.

A border treaty under international law recognizing today's European borders can only be concluded with the consent of the people of Danzig. The nationals of the German Reich had their defined territory taken from them themselves by the Nazis.

TITLE OF DOCUMENT: Lawsuit                    CASE NO.:

33 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

1          Proof: Documents of the Federal Constitutional Court

2          Proof: Amendment to the Federal Constitutional Court Act

3          Proof: Neither the 4 Powers nor Poland nor the nationals of the German

4            Reich can determine the territory of the Free City of Danzig.

5   But this means that the Plaintiff is registered as a Danzig resident who still has to be

6   compensated.

**e. Confirmation of the Plaintiff as Representative of the Free City of Danzig**

7   79    In 2006, the Plaintiff and Ms. Karin Leffer founded the Association for the Law in order

8   to demand German law.

9          Proof: Book "Do your duty - save your existence

10  80    With the 1st Act to Adjust the Federal Law of April 19, 2006, the entry into force of

11  essential laws was repealed. In the 2nd Act to Adjust Federal Law of November 27, 2007, it was

12  confirmed in Art. 4 Adjusted Occupation Law Section 3 The rights and obligations of the

13  occupying powers remain intact that the 2 (Federal Republic of Germany (FRG) and German

14  Democratic Republic (GDR)) + 4 Powers Treaty of 1990 has not yet been realized. In order to

15  clarify which German law is required and that the political organization of the Free City of

16  Danzig must exist in order to implement the Two-plus-Four Treaty, the Plaintiff, together with

17  Ms. Karin Leffer and Mr. Manfred Heinemann, politically reorganized the Free City of Danzig

    and informed all relevant authorities of this on May 23, 2008.

18         Proof: numerous registered letters with advice of receipt

19         Proof: documents of the United Nations

20         Proof: documents of the Federal Government of the Federal Republic of Germany,

21           etc.

22  81    In violation of the principle of speciality in extradition proceedings against the Swiss

23  Confederation, the Plaintiff was held in detention from Dec. 21, 2012 to Oct. 18, 2013. The

24  arrest warrant issued by the Coburg Regional Court on Sept. 19, 2013, reads: *"Mr. von Prince*

25  *and Ms. Karin Leffer are the representatives of the Free City of Danzig. They recognize German*

26  *law only in parts."* Of course, the Plaintiff recognizes only German/Danzig law and not

27  nationalistic "German" law.

28  TITLE OF DOCUMENT: Lawsuit                  CASE NO.:

PAGE NO. ___ OF ___ [JDC TEMPLATE]

1   A violation of the principle of speciality is a violation of the general rules of international law, a

2   legal ground for war.

3   82      The Plaintiff has offered 1'344'000,-€ bail. By decision of Sept.18,2013, Mr. Judge Dr.

4   Koch rejected this offer as too low to release the Plaintiff from detention even one day earlier.

5   With this decision, Judge Dr. Koch violates the requirements and conditions of the extradition

6   decision of the Swiss Federal Office of Justice.

            Proof: Extradition decision Case No. B 224`163/TMA

7           Proof: Decision of Coburg Regional Court of Sept. 18, 2013,

8                   Case No. 2 Ns 118 Js 181/08

9           Proof: Arrest warrant of the Coburg Regional Court of Sept. 19, 2013,

10                  Case No. 1 KLs 123 Js 3979/11

11  83      The Plaintiff was arrested again on April 15, 2016. In Sept. 2016, the Freiburg Execution

12  Chamber ruled: "Mr. von Prince remains in custody. He is convinced to be a national of the Free

13  City of Danzig and considers its identity documents legitimate."

14          Proof: Freiburg Prison Enforcement Chamber Case No. 12 StVK 381/16

15          Proof: Lörrach Prison

16  84      In 2017, the Plaintiff wrote to the International Court of Justice in The Hague with the

17  letterhead and stamp of the Free City of Danzig, among other things to recall that the statutes for

18  the Nuremberg War Crimes Trials were created because of the invasion of the Free City of

19  Danzig. As a result, the International Court of Justice in The Hague changed its website and the

20  United Nations published documents of the Plaintiff's father.

            Proof: change of the website of the International Court of Justice in The Hague

21          Proof: publication of documents of the Plaintiff's father regarding his claims for

22                  damages

23  85      On Oct 01, 2019, the Plaintiff was convicted by the Coburg Regional Court for Danzig

24  ID cards, confirming him as the responsible representative of the Free City of Danzig.

25          Proof: Judgment of Oct. 01, 2019, Case No. 1 KLs 123 Js 3979/11

26  86      In Nov. 2019, the Plaintiff with Ms. Karin Leffer filed suit in Washington DC against the

27  Federal Republic of Germany, the Kingdom of Belgium, the entire EU and the Swiss

28  Confederation. Initially, on the grounds that no judicial proceedings can be conducted throughout

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

                35 / 128
PAGE NO. ____ OF ___   [JDC TEMPLATE]

Europe in which the procedural guarantees of Article 6 of the European Convention on Human Rights are respected. The Defendants disputed the jurisdiction of the Court. Therefore, a supplementary complaint was filed, proving that the Two-plus-Four Treaty is not realized and cannot be realized without the political organization of the Free City of Danzig.

**f. The German Empire**

87      The "Germans", as a sign of rejection of the Versailles Peace Treaty, held on to their Reich and State Nationality Act, date of issue July 22, 1913.

Proof: Up to this day the date of execution of the Nationality Act of the German Reich is: date of issue July 22, 1913

88      But this law was passed by the German Emperor.

Proof: Signed by the German emperor

89      With the Weimar Republic, the monarchy was abolished.

Proof: There was no longer a German emperor

90      In 1933, the Nazis eliminated the nationalities of the German states, such as Bavaria, Prussia, and so on. There was no Bavaria or Prussia, which complained against it on international level.

Proof: Equalization Act of the German Reich

There was only the Reich state nationality. The Reich state nationality was the nationality of the German colonies. But the Weimar Republic had no colonies. Thus, the German Reich had no defined territory.

Proof: as before

91      Then the Nazis replaced the "German" law, the German ordre public by arbitrary law. A nation is defined by its ordre public. Factually, with the introduction of the Nazi law, the German state people was eliminated in the sense of international law.

Proof: For example change of Section 2 of the Criminal Code, see Recital No. 128

At the time of Dec. 31, 1937, the "German" state people in the sense of international law existed only through the Danzigers. There was no inhabitant of the German Reich who filed a complaint against this on the international level.

TITLE OF DOCUMENT: <u>Lawsuit</u>                    CASE NO.:

36 / 128

PAGE NO. ____ OF ___   [JDC TEMPLATE]

The "Germans" in the territory of the German Reich at the time Dec. 31, 1937 were no longer Germans in the sense of international law, but Nazis.

Proof: as before

92    Finally, the Nazis violated the Convention with respect to the laws and customs of war on land in the Hague of 1907 (HLWC) and lost all rights.

Proof: see Charge No. 2 of the Nuremberg War Crimes Trials, Marg. No. 134

Then there was also a house to house combat for Berlin and thus Berlin was declared a fortress. A fortress enjoys no protection. What applies to the capital applies to the whole country. The Nazis cannot form an independent government and have no representation vis-à-vis foreign countries.

Proof: Article 25 of the HLWC

The nationality of the German Reich is no longer a nationality in the meaning of international law. The nationals of the German Reich can no longer establish their own state authority in the meaning of international law. They are only members of a multinational satanic sect. They have no claim to property, no share in a state property and territory and no state power.

Proof: as before

93    Comment: In Danzig, too, the Nazis had come to power through elections and replaced Section 2 of the Criminal Code, but the people of Danzig had successfully defended themselves against this by lodging a complaint – see Rec. 128.

**g. The difference between "German" nationality and that of the National Socialist German Reich**

94    As a sign that the Germans did not recognize the Versailles Peace Treaty, they adhered to their Nationality Act of 22 July 1913. This had been proclaimed by the German Emperor. The Constitution of the German Empire from 1871 was replaced by the Weimar Constitution and the monarchy was abolished. The Weimar Constitution had no scope of application. The state borders were formed by the territories of the sovereign German states. According to Section 4 of the Nationality Act, nationality was transferred from father to children. This meant that the inhabitants of the territories ceded under the Versailles Peace Treaty remained German. The Weimar Republic did not pass its own nationality law.

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

37 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

95    The German federal states were abolished in 1933. The German federal states such as Bavaria, Prussia, etc. ceased to exist under international law. There is no longer any nationality of a German federal state and no defined territory - see Condition 1 of the Two-plus-Four Treaty. There is only the so-called " imperial nationality". This was the nationality of the German colonies. But Germany no longer had any colonies.

96    There was still the German nationality, defined by the ordre public proclaimed by the German Emperor, defined in the Introductory Act to the German Civil Code.

97    But this ordre public was completely reversed by the Nazis. As a result, the "German" nation in the meaning of international law ceased to exist in the territory of the German Reich on December 31, 1937. There was now only the National Socialist German people, or Nazis for short.

98    The German people in the meaning of international law only existed in Danzig.

99    The Nazis described the attack on Danzig as a " bringing home" to the German Reich and forcibly imposed German Reich nationality on the people of Danzig.

100    But the National Socialist German Reich had absolutely nothing in common with the German Reich. The "German" right, defined and guaranteed in Art. 116 of the Danzig Constitution, was withdrawn from the Danzigers and National Socialist law, which the Danzigers had previously successfully resisted, was introduced.

101    The insertion of Section 40a in the 1999 Nationality Act therefore means that the "Germans within the meaning of Article 116(1) of the Basic Law" were declared to be nationals of the National Socialist German Reich.

102    With the correction of the Nationality Act of the German Reich following the Plaintiff's notification, the legislator confirmed that the Plaintiff is only subject to the ordre public as regulated in the Introductory Act to the Civil Code.

103    The problem is that the Nazis in the authorities and judiciary do not adhere to this.

104    The Plaintiff submitted to the District Court in Washington DC the confirmation of Danzig nationality by the government of Lower Franconia and the United Nations. Thus, the USA is not responsible for the establishment of the rule of law and the realization of the Two-plus-Four Treaty.

    Proof: Two-plus-Four Treaty

TITLE OF DOCUMENT: Lawsuit                         CASE NO.:

                38 / 128

PAGE NO. ___ OF ___    [JDC TEMPLATE]

1    Proof: Omission of Article 23 of the Basic Law

2    Proof: Any amendment to an international treaty, especially if it shifts a border, must

3       explicitly refer to the previous treaty, otherwise the old treaty will be

4       considered terminated. A unilateral termination means no recognition of

5       either the old or the new borders.

6    Proof: Article 79 (1) sentence 2 of the Basic Law by analogy: The Basic Law may

7       not be amended insofar as it concerns peace treaty, occupation law and

       defense law issues and defense issues.

8    Proof: Article 116 (1) Basic Law

9    Proof: Article 146 of the Basic Law

10 105  The District Court in Washington ruled that it did not have jurisdiction.

11 Pointing out that the grandfather was elevated to the hereditary nobility and in fact fell as a

12 representative of the German Emperor in 1914, the lawyers of the FRG and EU dubbed the

13 Plaintiff "Baron von Prince" as a sign that the Plaintiff is not a representative of the Free City of

14 Danzig for the USA, but of the German Empire.

15 **h. No jurisdiction of the District Court in Washington DC in the Free City of Danzig case**

16 106  According to Article 1 of the Two-plus-Four Treaty, a constitution must be promulgated

17 for the Federal Republic of Germany in accordance with Article 146 of the Basic Law, in which

18 the state borders are defined, as was regulated in Article 23 of the Basic Law. On 17 July 1990,

19 during the preliminary negotiations on the Two-plus-Four Treaty, the US Secretary of State,

20 James Baker, had already dropped Article 23 of the Basic Law, thereby withdrawing the power

  of representation from the nationals of the German Reich.

21 107  Apart from the Danzigers, no one can dispose of the territory of the Danzigers.

22 Even the nationals of Danzig cannot unilaterally change the Constitution of the Free City of

23 Danzig.

24 The consent to change the Danzig Constitution was given by the four powers as representatives

25 of the United Nations in Article 146 of the Basic Law. For the USA, the German Reich is still

26 recognized under international law with the Constitution of 1871.

27 108  The nationals of the German Reich lost all rights. The Saarland had its own constitution

28 and its own nationality law, as did the German Democratic Republic.

TITLE OF DOCUMENT: <u>Lawsuit</u>       CASE NO.:

PAGE NO. ____ OF ___    [JDC TEMPLATE]

Democratic Republic. Nevertheless, they remained nationals of the nationalist German Reich under international law. Nationals of the nationalist German Reich can only rid themselves of the legacy of the nationalist German Reich by assuming the nationality of another state and thus acquiring its rights.

109    A Constitution that does not regulate the legal succession of the Free City of Danzig would mean that the Versailles Peace Treaty is terminated and then this treaty would have to be renegotiated. This is not in the interests of the Europeans and the former Soviet Union.

How the legal succession of the Free City of Danzig is regulated can only be decided by the nationals of the Free City of Danzig recognized under international law.

Article 116(1): *"The holder of German nationality within the meaning of Article 116(1) is ..."* refers to Article 116 of the Danzig Constitution: *"German law at the time of Jan. 1920 is guaranteed."* The Danzigers recognized under international law are thus the ones who can adopt a constitution in accordance with Article 146 of the Basic Law.

The four powers have given their consent to this and this consent cannot be terminated unilaterally.

Therefore, the nationals of Danzig, who are recognized under international law, are solely responsible for restoring the rule of law and confirming the borders in Europe.

110    As a result of the action in Washington DC, the Plaintiff looked at the Nationality Act of the German Reich for the first time. It could not have affected him. He found the insertion of Section 40a from 1999, which declares "Germans within the meaning of Article 116(1) of the Basic Law" to be nationals of the German Reich. The Plaintiff informed the German Federal Government in Oct. 2020 that this section is null and void without his express consent and is demanding €160´000´000´000,- in damages for the Free State of Danzig and the power of disposal over German foreign trade surpluses. The Plaintiff has the say with regard to peace treaty, occupation law and defense law issues  Article 79 (2) sentence 2 GG..

111    On August 12, 2021, Section 40a was abolished without a trace. This does not restore the old legal status. Section 15 was overwritten for this purpose:

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

PAGE NO. ____ OF ___   [JDC TEMPLATE]

> *Persons who, between 30 January 1933 and 8 May 1945, in connection with persecution for the reasons (political, racial or religious) listed in Article 116 (2) sentence 1 of the Basic Law*
> *1. gave up or lost their German citizenship before 26 February 1955,....*
> *and their descendants are to be naturalized upon application,*

Accordingly, the nationals of the German Reich are not "Germans within the meaning of Article 116(1) of the Basic Law", but according to Article 116(2) and thus nationals of the nationalist German Reich, unless they express a different will.

112    The Plaintiff's father made use of the First Act on the Regulation of Questions of Nationality (Renunciation of Nationality of the German Reich) of February 22, 1955, i.e. renounced this nationality after February 26, 1955. The Plaintiff's father was not a national of one of the sovereign states of the German Reich that existed until 1933.

**It is therefore confirmed that the Plaintiff himself cannot become a citizen of the National Socialist German Reich upon application.**

**i. The International Court of Justice in The Hague**

113    The Plaintiff has sent the Constitution of Germany with the emblem of the Free City of Danzig to the International Court of Justice. According to Article 37 of the Statutes, the International Court of Justice in The Hague has jurisdiction over questions relating to the League of Nations. The International Court of Justice in The Hague is asked to examine whether the Constitution regulates the legal succession of the existing peace treaties in a sufficiently comprehensible manner. The Plaintiff refers to the Versailles Peace Treaty with the League of Nations and the United Nations as legal successors.

This Constitution is divided into three parts. In the first part, the Constitution of the Free City of Danzig is adopted with the provision from the Basic Law of the FRG, one state two nationalities. The second part establishes an International Protecting Power, which effectively adopts the relevant provisions of the United Nations Charter and is the supreme executive. It only enforces arbitration awards. In the third part, the 12th Chapter of the Swiss Private International Law Act - Arbitration is adopted almost verbatim and is the supreme judicial power of Germany.

The International Court of Justice in The Hague does not answer.

114    The Plaintiff wrote to the International Court of Justice with the emblem of the Free City of Danzig regarding the action brought by Nicaragua against the Federal Republic of Germany (Germany). There was no response.

The Plaintiff thus assumes that the Versailles Peace Treaty and thus the Free City of Danzig are no longer generally recognized. Finally, Belgium, on behalf of the EU, has also extradited the Plaintiff as a representative of the Free City of Danzig for prosecution.

It is therefore generally recognized that the results of the First World War must be renegotiated. The people of Danzig also had to pay their share of the horrendous reparation claims and paid them in full and then rebuilt a state asset. Danzig had no national debt. The Danzig Gulden was backed by gold.

Danzig was invaded and was to be completely destroyed because the people of Danzig had successfully resisted the introduction of arbitrary law. They therefore sided with the Allies against the Nazis.

**C. On the person of the Defendants**

**a. The United States of America**

115    The United States of America is a union of sovereign states.

The District of Columbia is not a state and is considered an international territory with an independent and neutral judiciary.

The United States of America was confirmed as the principal victorious power in London in 1944. It was generally recognized that without the financial support of the USA for the other states, the war would at least have lasted longer.

Comment on the current war in Ukraine. Ukraine would have been bankrupt long ago without foreign support. Isn't the Russian Federation already right when it claims that it is threatened by the EU and NATO?

**b. The Russian Federation**

116    The Russian Federation is a sovereign state and the legal successor to the Soviet Union and has adopted the international treaties of the Soviet Union.

The Soviet Union conquered Berlin and Japan capitulated because the Soviet Union invaded Japanese territory. The Russian Federation is still arguing with Japan about this today.

TITLE OF DOCUMENT: Lawsuit                          CASE NO.:

42 / 128

PAGE NO. ___ OF ___    [JDC TEMPLATE]

Mr. Putin, President of the Russian Federation, points out that the Soviet Union was not involved in the conclusion of the Versailles Peace Treaty.

By removing states from the Soviet Republic from the Black Sea to the Baltic Sea, the Soviet Union effectively fulfilled the Brest-Litovsk Peace Treaty of 1918 between the German Reich and the Soviet Union.

**c. The United Kingdom of Great Britain and Northern Ireland**

117    The United Kingdom of Great Britain and Northern Ireland is a sovereign state. It has declared war on the German Reich in fulfillment of its obligations to the Danzigers under the Versailles Peace Treaty.

The British sent the Plaintiff's father to the German Reich as a Danzig resident to resist the Nazis. The Bank of London has the Danzigers' gold holdings in custody.

**d. The Republic of France**

118    The Republic of France is a sovereign state.

France had also declared war on the German Reich in order to fulfill its obligations to the Danzigers. The battle cry of the French was: "For the freedom of Danzig.

Although the south of France cooperated with the Nazis, the French formed their own armed forces from Great Britain. In part, the French fought against the French.

In the end, the French were able to liberate Paris from the Nazis themselves and were therefore among the victorious powers.

**e. The People's Republic of China**

119    The People's Republic of China is a sovereign state and contributed to the victory against Japan.

The commanders-in-chief of these states concluded the Potsdam Agreement.  They are therefore the permanent Security Council members of the United Nations as a wartime alliance against the Nazis.

120    The Second World War began with the invasion of Danzig, under the protection of the League of Nations, for the USA under international occupation.

The World War only ends when the Danzigers have received reparations. In %, the Danzigers suffered the greatest losses and are the only ones who have not yet received any reparations.

TITLE OF DOCUMENT: <u>Lawsuit</u>                                    CASE NO.:

43 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

These states are responsible for ensuring that the Convention on Land Warfare in The Hague is observed with regard to the nationals of Danzig.

## IV. FACTS

**A. Review/ facts up to the year 2004**

**a. The First World War**

121    The First World War began with the assassination of the heir to the Austro-Hungarian throne during a state visit to Serbia. According to the general rules of international law, Austria-Hungary was responsible for prosecution. Serbia refused and violated the general rules of international law. That was a reason for war.

Russia had declared itself the protecting power of the Slavs and was allied with France and Great Britain.

The German Emperor sent a dispatch to the Russian Tsar in which he pointed out that only the Tsar could prevent a world war. Russia then attacked the German Empire.

Without being heard, Germany was unjustly held solely responsible for the First World War in the Peace Treaty of Versailles and had to cede Alsace-Lorraine to France, large areas of eastern Germany, a small part to Belgium and Denmark and also make horrendous payments in gold.

**b. Beginning of the 2nd World War**

122    World War II began with the invasion of the **Free City of Danzig** by the German Reich on Sept. 01, 1939 at 4:45 a.m. The Free City of Danzig is under the protection of the League of Nations (the legal successor to the League of Nations is the United Nations) under Article 102 of the Versailles Peace Treaty. Danzig nationals are forbidden to accept medals. According to Article 103 of the Versailles Peace Treaty, the Constitution of the Free City of Danzig shall be agreed upon between representatives of the League of Nations and the Danzigers and shall be guaranteed by the League of Nations. The Constitution of the Free City of Danzig is thus a treaty under international law. In Art. 116 the national law/ordre public is guaranteed: Art. 116 of the Danzig Constitution: *"The Weimar Constitution shall be repealed. German law at the time of Jan. 1920 shall be guaranteed."*

123    The Nazis were more afraid of nothing than of the Free City of Danzig: the state which successfully resisted the introduction of arbitrary law. The state in which the right of the

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

44 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

individual prevails over the interests of even a large majority - see the decision of the Permanent International Court of Justice in The Hague Series A/B No. 65. Danzig should be erased from the memory of mankind.

The Danzigers were the only bulwark against the Nazis. About 620´000 citizens of Jewish faith were able to escape through Danzig. It is said that without the Free City of Danzig there would be no State of Israel.

**c. The German Reich**

124    The "Germans", as a sign of rejection of the Versailles Peace Treaty, held on to their Reich and State Nationality Act, date of issue July 22, 1913.

   Proof: Up to this day the date of execution of the Nationality Act of the German Reich is: date of issue July 22, 1913

But this law was passed by the German Emperor.

   Proof: Signed by the German emperor

With the Weimar Republic, the monarchy was abolished.

   Proof: There was no longer a German emperor

125    In 1933, the Nazis eliminated the nationalities of the German states, such as Bavaria, Prussia, and so on. There was no Bavaria or Prussia, which complained against it on international level.

   Proof: Equalization Act of the German Reich

There was only the Reich state nationality. The Reich state nationality was the nationality of the German colonies. But the Weimar Republic had no colonies. Thus, the German Reich had no defined territory.

   Proof: as before

126    Then the Nazis replaced the "German" law, the German ordre public by arbitrary law. A nation is defined by its ordre public. Factually, with the introduction of the Nazi law, the German state people was eliminated in the sense of international law.

   Proof: For example change of Section 2 of the Criminal Code, see Recital No. 128

At the time of Dec. 31, 1937, the "German" state people in the sense of international law existed only through the Danzigers. There was no inhabitant of the German Reich who filed a complaint against this on the international level.

TITLE OF DOCUMENT: Lawsuit       CASE NO.:

PAGE NO. ____ OF ___ [JDC TEMPLATE]

1    The "Germans" in the territory of the German Reich at the time Dec. 31, 1937 were no longer

2    Germans in the sense of international law, but Nazis.

3           Proof: as before

4    127    Finally, the Nazis violated the Convention with respect to the laws and customs of war on

5    land in the Hague (HLWC) and lost all rights.

6           Proof: see Charge No. 2 of the Nuremberg War Crimes Trials, Rec. No. 134

     Then there was also a house-to-house combat for Berlin and thus Berlin was declared a fortress.

7    A fortress enjoys no protection. What applies to the capital applies to the whole country. The

8    Nazis cannot form an independent government and have no representation vis-à-vis foreign

9    countries.

10          Proof: Article 25 of the HLWC of 1907

11   The nationality of the German Reich is no longer a nationality in the meaning of international

12   law. The nationals of the German Reich can no longer establish their own state authority in the

13   meaning of international law. They are only members of a multinational satanic sect. They have

14   no claim to property, no share in a state property and territory and no state power.

15          Proof: as before

16   128    Comment: In Danzig, too, the Nazis had come to power through elections and replaced

     Section 2 of the Criminal Code:

17
          *"If an act is not punishable according to the provisions of the Criminal Code, but is*
18        *punishable according to popular feeling, then that act shall be punished in the*
          *manner that comes closest to the provisions of the Criminal Code."*
19
20   Against this, the Danzigers have complained at the international level. The Permanent Court of

21   International Justice in The Hague has stated,

          *"The Free City of Danzig is a state under the rule of law in which the rights of the*
22        *individual take precedence over the interests of the majority."* - see Series A/B No.
          65.
23
24   Once again, it can not be repeated often enough

25   The Hitler Method or the Nazi Principle

26   Easier than to defeat a country militarily is to subvert a state by propaganda. In terms of

27   international law, Nazis are enemy agents working against the interests of the people.

28
     TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:
          46 / 128
     PAGE NO. ____ OF ___    [JDC TEMPLATE]

Let there be no misunderstanding:

A Nazi is not a nationalist, anti-Semite, racist and fascist. So were the Poles in the last century, but not Nazis. A Nazi twists the terms. As a rule, the opposite of what is claimed is true. He does not lie and cheat to enrich himself. He lies and cheats to destroy any binding law, the principle of good faith, to provoke mass murder.

As a sign of a satanic sect, the swastika, the sign of good, was turned upside down and used as a hooked cross. The so-called self-proclaimed elite of the Nazis, the SS, celebrated their ceremonies under the symbol of the Black Sun, as a sign of worship of Satan. In the end, the SS included thirty different nationalities.

129    The SS never surrendered. The Federal Intelligence Service favored SS members for recruitment. The daughter of the Reichsführer of the SS, Heinrich Himmler, an ardent supporter of the SS to her death, was an employee of the Federal Intelligence Service BND. Mr. Walther Rauff worked as an agent for the BND from 1958 to 1963. The former SS-Standartenführer was one of the main persons responsible for the implementation of the extermination order against the European Jews. During the military dictatorship in Chile, he was instrumental in the persecution and murder of opposition members.

An SS officer was head of the Federal Office for the Protection of the Constitution. The Federal Criminal Police Office was founded by an SS officer. Employer President Schleyer was an SS Captain. The SS was paid by industry to run the concentration camps. An industry manager convicted of involvement in human experimentation was later awarded the Federal Cross of Merit. SS men served as military advisors in Argentina and Egypt. There, the concept of small, independent terror units was conveyed. In the Spanish dictatorship, they found a home and continued to cultivate ties with industry. In the judiciary of the FRG, 80% were party members of the NSDAP or SS members.

**d. The League of Nations/the UN**

**The League of Nations**

130    The League of Nations was founded according to Art. 1 - 26 of the Versailles Peace Treaty.

According to Art. 102 of the Versailles Peace Treaty - Protection of the Danzigers - the League of Nations is a war alliance for the protection of the Danzigers.

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

47 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

Proof: Articles 1-26 and Article 102 of the Versailles Peace Treaty

**The United Nations**

131    The legal successor of the League of Nations is the United Nations as a war alliance for the protection of the Danzigers.

Proof: Takeover of the real estate of the League of Nations and the League of Nations mandated territories.

Proof: Articles 53 and 107 of the Charter of the United Nation

Proof: Art. 37 of the Statutes of the International Court of Justice at The Hague.

132    The Charter of the United Nations, the United Nations in this form with the 5 veto powers shall apply until a peace treaty is concluded.

Proof: Art. 53 and 107 of the Charter of the United Nations

**e. The Nuremberg War Crimes Trials**

**aa. Violation of the Briand-Kellogg Pact, signed at Paris 1928 -**

Treaty providing for the renunciation of war as an instrument of national policy

133    The invasion of the Free City of Danzig provoked the World War. The statutes for the Nuremberg War Crimes Trials were created in London in 1944 to provide criminal atonement for the invasion of the Free City of Danzig.

Charge No.1 - Violation of the Briand-Kellogg Pact. Towards no other state could the Briand-Kellogg Pact (non-aggression pact) be violated more clearly.

Remark on this: German history books say that the Second World War would have begun with the invasion of Poland. Danzig is not mentioned.

As already described under Poland, it is debatable whether the invasion of the German Wehrmacht violated the Briand-Kellogg Pact.

List of Multilateral Treaties in Force for the United States of America
https://www.state.gov/wp-content/uploads/2020/08/TIF-2020-Full-website-view.pdf
Treaty providing for the renunciation of war as an instrument of national policy*.
Signed at Paris August 27, 1928.
Entered into force July 24, 1929.
46 Stat. 2343; TS 796; 2 Bevans 732; 94 LNTS 57
Depositary: United States

TITLE OF DOCUMENT: <u>Lawsuit</u>                    CASE NO.:

48 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

**bb. Violations of the Convention with respect to the laws and customs of war on land** (Hague Convention IV. /HLWC)

134    The nationality of the German Reich was forcibly imposed on the nationals of Danzig. Thus, the Danzigers were deprived of their national law and it was replaced by National Socialist law. The male population was forced into military service against their own protecting powers and enslaved. The Germans appropriated the state property and levied taxes to finance the war. Against no other state could there be a clearer violation of the Hague IV. Convention on Land Warfare (HLWC) - Charge No. 2 of the Nuremberg War Crimes Trials.

**cc. Crimes against humanity**

135    Those who held on to their Danzig nationality were sent to the first concentration camp of World War II, Stutthof. There, only 35% of the inmates survived. Finally, Danzig was declared a fortress and thus total extermination was ordered. The Danzigers were to serve as a living shield against the Soviets. The already initiated genocide/genocide was to be carried out completely - towards the Danzigers the first genocide was started - Charge No. 3 of the Nuremberg War Crimes Trials.

> https://en.wikipedia.org/wiki/Stutthof_concentration_camp
> *Stutthof was a Nazi concentration camp 34 km (21 mi) east of the city of Danzig (Gdańsk) in the territory of the German-annexed Free City of Danzig.*
> *Stutthof was the first German concentration camp set up outside German borders in World War II, in operation from 2 September 1939.*
> *Originally, Stutthof was a civilian internment camp under the Danzig police chief, before its subsequent massive expansion. In November 1941, it became a "labor education" camp (like Dachau), administered by the German Security Police. Finally, in January 1942, Stutthof became a regular concentration camp.*

Trials are now taking place against employees of the Stutthof concentration camp for involvement in mass murder.

136    The prosecutors of the Nuremberg War Crimes Trials acted in effect as the executive of the Free City of Danzig and the judges as an international criminal court.

> Proof: Article 102 of the Versailles Peace Treaty

137    Civil punishment is a matter for the Danzigers and has yet to be settled.

> Proof: Article 103 of the Versailles Peace Treaty

TITLE OF DOCUMENT: <u>Lawsuit</u>                         CASE NO.:

49 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

**f. The Protocol of the proceedings of the Berlin conference – Potsdam Agreement of 1945**

138    The Potsdam Agreement is not a treaty under international law, but is what the military commanders-in-chief agreed upon, in effect a military order that applies until a peace treaty is concluded – see Rec. 5, List of Multilateral Treaties still in Force for the United States of America

Proof: the Potsdam Agreement was not communicated to any parliament for a vote.

139    It is true that only the three powers negotiated at Potsdam, but nevertheless China is also part of it and France has been added.

The Potsdam Agreement states:

https://history.state.gov/historicaldocuments/frus1945Berlinv02/d1384
Truman Papers No. 1384 Communiqué1 Babelsberg, August 2, 1945
Report on the Tripartite Conference of Berlin – III Germany
*The Allied armies are in occupation of the whole of Germany and the German people have begun to atone for the terrible crimes committed under the leadership of those whom, in the hour of their success, they openly approved and blindly obeyed.*

140    The "Germans" have not yet atoned for their terrible crimes.

The food rationing in 1945

The "Germans" had used up all energy reserves for the production of weapons and ammunition instead of artificial fertilizer. The famine was foreseeable. The forced laborers held by the SS received sufficient food for 3 forced laborers only for 2. Performance was paid for with food. Those who performed less got less to eat and died of hunger and weakness. The Holocaust began only when the famine became apparent. Those who were not able to perform in the first place, such as women and children, were gassed shortly and painlessly. The Allies had problems in 1945 to ensure the feeding of the "Germans". The Netherlands wanted to annex large areas and expel the "German" population from them. Only because the 4 powers were overstrained anyway, the Netherlands had to be satisfied with a small area. Without the 4 powers, millions of Germans would have starved. After 1945, the "Germans" were given economic aid, but only so that reparations could be paid later.

https://history.state.gov/historicaldocuments/frus1945Berlinv02/d1384
Report on the Tripartite Conference of Berlin – III Germany
*It is not the intention of the Allies to destroy or enslave the German people. It is the*

TITLE OF DOCUMENT: <u>Lawsuit</u>                                        CASE NO.:

50 / 128
PAGE NO. ____ OF ___    [JDC TEMPLATE]

*intention of the Allies that the German people be given the opportunity to prepare for the eventual reconstruction of their life on a democratic and peaceful basis. If their own efforts are steadily directed to this end, it will be possible for them in due course to take their place among the free and peaceful peoples of the world.*

141    *„It is not the intention to destroy or enslave the German people.”* (as the nationals of the German Reich (the "Germans") did with the Danzigers).

Nicely expressed. If it were not an intention to annihilate or enslave the "Germans," then there would be no need to say that. So it is the intention to annihilate and enslave.

The Potsdam Agreement makes the limitation on that:

*"Unless the "Germans" preserve a free democratic state under the rule of law through steadely directed efforts of their own."*

142    The Potsdam Agreement remains in force until the implementation of the Two + Four Treaty or until the conclusion of a peace treaty.

During his state visit in 2013, the Chinese head of state first went to Potsdam, contrary to protocol and to the horror of the German government, to remind everyone that this agreement is still in force and that China is also a party to it.

**The violations against the Free State of Danzig have not yet been cured.**

**g. Federal Republic of Germany**

143    The "Germans" were not heard when reparations were first taken.

The East Germans were allowed to be murdered, beaten to death and raped en masse with impunity. Finally, they were expropriated and expelled without compensation. France de facto annexed the Saarland. The Benelux countries annexed German territory. The Germans were never asked. They lost all rights.

Danzig suffered the greatest losses in %, but was the only state yet to receive reparations.

If state A leads a war of extermination against state B and one survives from state A and 100 from state B. What does the one owe the 100? Probably everything. If 100 women survive from state A and only one from state B, what do the 100 women owe to the one? Probably everything, right?

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

51 / 128

PAGE NO. ___ OF ___    [JDC TEMPLATE]

144    The Federal Republic of Germany was conceived as the legal successor to the Free City of Danzig.

In 1949, with the promulgation of the Basic Law for the Federal Republic of Germany, the old ordre public of the German Imperial Empire was reintroduced as occupation law, which exists under international law through Article 116 of the Danzig Constitution.

In the meaning of international law, the Danzigers are the only German state people, defined by the German/Danzig ordre public in Article 116 of the Danzig Constitution. "German law at the time of Jan. 1920 is guaranteed."

Therefore, the definition of German nationality in Article 116 of the Basic Law is: "In the meaning of Article 116 Basic Law is..."

Article 116 (1) „German within the meaning of this Basic Law is a person who possesses German citizenship."

The nationals of the German Reich were generously granted the status of Danzigers as refugees and displaced persons of German nationality within the meaning of Article 116 (1) of the Basic Law.

    Proof: Article 116 of the Danzig Constitution

    Proof: Article 116 (1) of the Basic Law

145    **This corresponds to the provisions of the Potsdam Agreement.** The "Germans shall again adopt German/Danzig law and establish a free democratic constitutional state. But then they must maintain this state under the rule of law out of their own unremitting efforts.

146    The Basic Law was indeed proclaimed by the "Germans". But before that, the Allies had demanded amendments 33 times before the tacit authorization was given to act on behalf of the Allies within the framework of the Basic Law.

    Proof: The Basic Law is not a constitution: Proof: Article 146 Basic Law

    Proof: The Basic Law is not an international treaty: Proof: no signatures of the Allies

147    For example, until April 19, 2006, the effective date in the Courts Constitution Act as of 1913 was still in it. This entry into force was repealed in 2006 - see Exhibit 5, Repealed Laws.

TITLE OF DOCUMENT: Lawsuit                    CASE NO.:

        52 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

148    The territories annexed by the Benelux countries were bought in 1963 by the Federal Republic of Germany, the Danzigers, not by the nationals of the German Reich.

The nationals of the German Reich have benefited from this until now.

149    The main provisions of the Basic Law for the Federal Republic of Germany are:

> Art. 16 (1) *No German may be deprived of his citizenship.*

This means that a German may not be deprived of his share in international treaties, his ordre public, share in state assets and territory.

The nationals of the German Reich must be aware that they have let themselves be deprived of German law, that they have violated all international treaties and that they have lost any claim to property.

They must be aware of who still possessed "German" nationality, German law in 1937 and where the Second World War began.

> Art. 25 GG: *The general rules of international law shall be an integral part of federal law. They shall take precedence over the laws and directly create rights and duties for the inhabitants of the federal territory.*

150    In 1949, the general rules of international law naturally meant first and foremost the Hague IV. Convention on Land Warfare. According to Article 43, the occupier must uphold the ordre public.

In international legal relations, Danzig law/ordre public is German law, which is defined in Article 116 of the Danzig Constitution. Laws that do not comply with it are null and void.

Art. 116: *"German within the meaning of Art. 116 (1) GG is..."* - who is subject to Danzig law.

The "Germans" have to think about what "German in the meaning of Article 116" means. They must be clear about who they actually are and what they want to be.

> Art. 79 (1) sentence two mutatis mutandis: *The GG cannot be amended insofar as it concerns peace treaty, occupation law and defense law issues.*

Of course, the nationals of the German Reich cannot simply decide unilaterally on peace treaty, occupation law and defense law issues.

But the Basic Law expires on the day on which all Germans proclaim a constitution.

TITLE OF DOCUMENT: <u>Lawsuit</u>                                CASE NO.:

53 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

*Art. 146 This Basic Law shall cease to apply on the day on which a constitution freely adopted by the German people takes effect.*

Every national of the German Reich must be aware that there must be "Germans" who can proclaim a constitution for Germany. They must ask themselves nevertheless who these "Germans" are.

"Germans" in the meaning of the GG are the proprietors of the German/Danzig law.

The Germans can prove only after the withdrawal of the military part of the Free City of Danzig that they preserve the free democratic state under the rule of law from their own unremitting efforts.

The verification of compliance with the conditions of the Potsdam Agreement falls to the legislature of the Free City of Danzig, the Danzigers.

151    **In the Agreement on German external debts (the London Debt Agreement of 1953),** the Germans undertook to pay reparations.

In order for them to be responsible for their own economic success, they were granted partial sovereignty under the Basic Law.

**aa. The Convention on the Settlement of Matters Arising out of War and Occupation (Transition Treaty) of 1952 and the Protocol of 1954 signed in Paris**

152    To this purpose, the Transition Treaty (the Convention on the Settlement of Matters Arising out of War and Occupation) with the Protocol on the termination of the occupation regime of October 23, 1954, also known as Bonn and Paris Treaties of 1952 and 1954 was concluded – see Rec. 8, in which, among other things, it was expressly stated:

PART SIX REPARATIONS: Article 3

*1. The Federal Republic shall in the future raise no objections against the measures which have been, or **will be,** carried out with regard to German external assets or other property, seized for the purpose of reparation or restitution, or as a result of the state of war, or on the basis of agreements concluded, or to be concluded, by the Three Powers with other Allied countries, neutral countries or former allies of Germany.*
*3. No claim or action shall be admissible against persons who shall have acquired or transferred title to property on the basis of the measures referred to in paragraphs 1 and 2 of this Article, or against international organisations, foreign governments or persons who have acted upon instructions of such organisations or governments.*

TITLE OF DOCUMENT: Lawsuit                                CASE NO.:

54 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

**bb. First Act on the Regulation of Nationality**

153    In order to separate those entitled to reparations and those subject to reparations, the First Act on the Regulation of Nationality of 22 Feb. 1955 was created. Whoever made use of this, as the Plaintiff's father did as a Danzig national, is entitled to reparation. The rejection of nationality is an explicit expression of will. To disregard this expression of will on the part of a Danziger fulfills the elements of a crime according to Charge No. 2 of the Nuremberg War Crimes Trials.

Proof: - see Statutes of the Nuremberg War Crimes Trials

**cc. Second Act on the Regulation of Nationality**

154    Austria had been incorporated into the German Reich without resistance in 1938 and had therefore ceased to exist under international law. In the Moscow Conference in 1943 it was determined to re-establish Austria, but it was stated that the Austrians must also participate in reparation payments.

Proof: Moscow Conference 1943

155    With the State Treaty of Austria in 1955, Austria was re-established as a sovereign state. No reparations were levied by the four powers on condition that Austria complied with the terms and conditions of the State Treaty.

156    The conditions are that Austria does not enter into any connection with the "Germans", that human rights are not only on paper but are also respected and that the peace treaty with Germany is recognized.

Proof: State Treaty of Austria

157    With the 2nd Law on the Regulation of Nationality, the Austrians were summarily released by law from the Nationality Act of the German Reich.

158    However, not retroactively from 1938, but only from April 26, 1945, which means that the Germans do not want to pay the reparations alone. The Austrians should also contribute to the reparations payments.

159    In order to be able to pay the reparations from the Second World War, outstanding claims from the First World War were waived for the Germans. The last installment was repaid in 2010. However, the Second Citizenship Act was also repealed in 2010. This means that, according to the "German" view, Austrians are once again citizens of the nationalist German Reich.

TITLE OF DOCUMENT: Lawsuit                    CASE NO.:

55 / 128
PAGE NO. ____ OF ___    [JDC TEMPLATE]

Proof: Repeal of the Second Nationality Act

Proof: There is no personal declaration of intent to renounce German Reich nationality

160    With the unverified execution of Bavarian EU arrest warrants, Austria adopts nationalist law, enters into a legal relationship with Germany, and violates human rights - see Review/ Facts up to the year 2004, Rec. 168-183.

**h. Treaty on the final settlement with respect to Germany - The Two + Four Treaty**

161    In 1989, then-Chancellor Helmut Kohl beamed, "Anything is possible, even a peace treaty." Until the then Federal Finance Minister, Graf Lambsdorff, reminded him that over 50 states would then come and demand reparations. That is why Helmut Kohl then wanted to adopt the regulation from the GG.

It was agreed the 2 (Federal Republic of Germany (FRG) and German Democratic Republic (GDR)) + 4 (powers) Treaty. According to Article 7, Germany thus becomes fully sovereign.

But only when the conditions according to Article 1 of the Two + Four Treaty are realized.

Condition is it that a constitution must be proclaimed according to Article 146 GG, in which the national borders are defined, as this was regulated in Article 23 Scope GG.

The GG has already been amended 60 times. But, for example, it still says Art. 120: *"The Federation shall bear the costs of the consequences of war and occupation."* Or Art. 133: *"The Federation shall enter into the rights and responsibilities of the unified economic territory."* And Art. 146 GG is still there, too.

Why not simply overwrite the GG with constitution and delete the corresponding articles? The Saarland also had its own constitution and a nationality act, just like the GDR. But they were still nationals of the German Reich.

162    But why then do the Allies make it a requirement that a constitution be adopted under Article 146 of the Basic Law, when the deputies of the FRG cannot adopt a constitution by which they lose their nationality of the German Reich? The World War began with the invasion of the Free City of Danzig and will not end until the Danzigers have agreed to a peace settlement. Therefore the Danzigers decide how a constitution for Germany regulates the legal succession of the Free City of Danzig.

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

56 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

163     In 1990, the Two-plus-Four Treaty could not yet be realized. The nationals of the German Reich must first fulfill the conditions of the Potsdam Agreement and a representation of the Free City of Danzig recognized under international law had to be created first.

The conditions according to Article 1 of the Two + Four Treaty are to be fulfilled in the future.

> Proof: Two plus Four Treaty - "will", "will be", - *"that with their realization the final character of the borders of the united Germany is confirmed.*

Therefore, as long as the conditions of the Two-plus-Four Treaty are not realized, this treaty is not effective.

> Proof: Unification Treaty

164     Article 1 (2) of the Two-plus-Four Treaty:

> *(2) The united Germany and the Republic of Poland shall confirm the existing border between them in a treaty that is binding under international law.*

When?

Neither the Poles nor the FRG and GDR can decide on the territory of the Free City of Danzig. Only a political representation of the nationals of the Free City of Danzig, recognized by international law, can decide on it.

The nationals of the German Reich cannot dispose of any territory.

It is called the German Reich in the borders of Dec. 31, 1937. But this regulation is based on the fact that Austria was incorporated into the German Reich without resistance in 1938 and was to re-emerge as a sovereign state. In 1937, the "Germans" themselves had given up a definition of the territory of the state. The Weimar Constitution had no scope. The national territory was defined by the German federal states. These became extinct in 1933. Finally, there is no state authority for the nationals of the German Reich in a territory recognized under international law for the nationals of the German Reich.

In 1963, the territories annexed by the Benelux countries were bought. But of course not from the nationals of the German Reich, but from the proprietors of the German nationality in the meaning of Article 116 (1) GG, the Danzigers.

> Proof: The annexed territories and their inhabitants were bought for the payment of reparations - for the Danzigers.

TITLE OF DOCUMENT: <u>Lawsuit</u>                    CASE NO.:

                    57 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

Article 7 of the Two-plus-Four Trreaty:

> *(1) The French Republic, the Union of Soviet Socialist Republics, the United Kingdom of Great Britain and Northern Ireland and the United States of America hereby terminate their rights and responsibilities relating to Berlin and to Germany as a whole. As a result, the corresponding, related quadripartite agreements, decisions and practices are terminated and all related Four Power institutions are dissolved.*
> *(2) The United Germany shall have accordingly full sovereignty over its internal and external affairs.*

However, full sovereignty does not come into effect until a constitution has been promulgated in accordance with Article 146 of the Basic Law.

Only then can a border treaty recognized under international law be concluded. Only when there is a constitution recognized under international law can border treaties under international law be concluded. A constitution of Germany under international law must include the legal succession of the Free City of Danzig, otherwise the Versailles Peace Treaty is in effect annulled.

### i. The Unification Treaty

165    Since a constitution of Germany could not yet be adopted, the two partly sovereign states, the Federal Republic of Germany and the German Democratic Republic, agree on the Unification Treaty. According to Article 3, the German Democratic Republic accedes to the Basic Law for the Federal Republic of Germany. Two sentences later, Article 4 (2), both jointly withdraw from the Basic Law, declaring that the scope of the Basic Law is abolished.  Article 4 (6) confirms that a constitution still has to be adopted under Article 146 of the Basic Law.

166    As a result of the Plaintiff's activities, the Unification Treaty was amended in July 2021, confirming that the two partially sovereign states of the Federal Republic of Germany and the German Democratic Republic still formally exist and that the Two + Four Treaty has yet to be realized.

> Proof: Plaintiff's lawsuit in Washington DC; Proof: Information to the German Federal Government as to who is in charge
>
> Proof: Treaty of 31 August 1990 between the Federal Republic of Germany and the German Democratic Republic on the establishment of German unity (Unification Treaty)

https://www.cvce.eu/content/publication/1997/10/13/2c391661-db4e-42e5-84f7-bd86108c0b9c/publishable_en.pdf
Status: Last adjusted by Section 11 by order of Aug. 15, 2022 I 1401
ARTICLE 4
AMENDMENTS TO THE BASIC LAW RESULTING FROM ACCESSION
2. Article 23 shall be repealed.
6. Article 146 shall read as follows:
"Article 146
This Basic Law, which is valid for the entire German people following the achievement of the unity and freedom of Germany, shall cease to be in force on the day on which a constitution adopted by a free decision of the German people comes into force."

(https://www.cvce.eu/content/publication/1999/1/1/7fa618bb-604e-4980-b667-76bf0cd0dd9b/publishable_en.pdf
old version Article 146:
This Basic Law shall become invalid on the day when a constitution adopted in a free decision by the German people comes into force. Bonn, May 23, 1949)

167    In 1990, the then Foreign Minister of the Federal Republic of Germany informed the United Nations that there would no longer be a representation of the Federal Republic of Germany and the German Democratic Republic, but that Germany would take their place.

In 1990, it was not yet possible to adopt a constitution for Germany.

The Federal Republic of Germany was continued only as a makeshift within the framework of the Basic Law for the Federal Republic of Germany.

To this end, it was stipulated that the Federal Republic of Germany would not raise any objections to expropriations without compensation against German property.

With the Constitution of Germany, the stopgap "Federal Republic of Germany" has expired.

The nationality of Germany will not be granted to persons who have proven themselves to be stubborn Nazis.

This disempowers the Nazis, provided the Defendants enforce the Constitution of Germany.

The Germans were not allowed to participate in the negotiations for the Versailles Peace Treaty. This helped Hitler in his seizure of power. For the German Wehrmacht, the Second World War was only the continuation of the First. The German Wehrmacht always behaved correctly. The crimes were committed by the SS, which in the end included 30 different nationalities.

By the fact that now the EU allows itself to be dominated by Nazis, the guilt of the Germans is relativized.

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

                   59 / 128
PAGE NO. ____ OF ___   [JDC TEMPLATE]

**B. Review/ Facts as of the Year 2004**

**a. Transformation of the Federal Republic of Germany into a nationalist dictatorship**

168    In Coburg/Bavaria, the Nazis first seized power in 1929.

In 2004, the obviously politically motivated prosecution of the Plaintiff by Coburg authorities began. Obviously, this demonstrative political persecution was ordered and covered by the highest authorities.

**aa. Conversion by Repealing the Laws**

169    With the First Act to Adjust the Federal Law of April 19, 2006, the entry into force of essential laws was repealed - see Exhibit 5, Repealed Laws.

The Introductory Act to the Civil Code still states the entry into force. Introductory Act to the Civil Code: Art 1

*(1) The Civil Code shall enter into force on January 1, 1900 ... .*

170    With the Second Act to Adjust the Federal Law of Nov. 27, 2007 in Art. 4 Adjusted Occupation Law, Section 3: "The rights and obligations of the occupying powers are preserved." was reminded of this.

The Coburgers did not and do no longer follow the law on which they took their oath, but obviously unlawful directives.

**bb. No prosecution of criminal offenses, but systematic prosecution of acts that are not criminal offenses** (see Rec. No. 178-179)

171    With the German state of Bavaria leading the way, the Federal Republic of Germany is not simply a de facto dictatorship, but definitely a nationalist dictatorship.

According to Section 92 of the Criminal Code, anyone who interferes with the independence of the courts is liable to prosecution, as is the exercise of arbitrary power.

In order to fulfill the requirements of the Potsdam Agreement: *"to preserve the democratic state under the rule of law out of its own unremitting efforts,"* constitutional protection agencies were created at the federal and state levels.

Federal Law for the Protection of the Constitution - BverfSchG

*Section 1*
*(1) The protection of the constitution shall serve to protect the free democratic basic order, the existence and security of the Federation and the Länder.*
*Section 4 Definitions*
*(2) The free democratic basic order within the meaning of this Act shall include:*

TITLE OF DOCUMENT: <u>Lawsuit</u>                    CASE NO.:

60 / 128
PAGE NO. ____ OF ___    [JDC TEMPLATE]

> (a) the right of the people to exercise state power in elections and votes and through special legislative, executive and judicial bodies, and to elect their representatives by universal, direct, free, equal and secret suffrage,
> b) the binding of legislation to the constitutional order and the binding of executive power and the administration of justice to law and justice,
> e) the independence of the courts,
> f) the exclusion of any rule of force and arbitrariness, and
> (g) human rights as set forth in the Basic Law.

172    Bavarian Law on Police Duties

As a result of a reform of the Law on Police Duties, the police now have the following duties:

> Art. 11 General powers
> (1) The police may take the necessary measures to avert a danger to public safety or order existing in an individual case, ...
> (2) A measure in the sense of para. 1 may be taken by the police in particular, ..
> 3. to avert dangers or to eliminate conditions which threaten or injure life, health or the freedom _of the person or property, the preservation of which appears to be in the public interest...._
> _4Unconstitutional in the sense of sentence 1 No. 1 is an act aimed at disturbing or changing the constitutional order of the Federal Republic of Germany or one of its Länder in an unconstitutional manner **without** committing a criminal or administrative offense._

The police are organized as follows: Division I is responsible for administration. Division II for forensic investigations. Division III is for state protection and counter-terrorism, Division IV for organized crime, Division V for central services, Division VI for investigations and operational special units, and Division VII is the authorized body for cooperation, for example with the fire department.

It is not clear which department is responsible for common crimes such as theft, fraud and assault.

What difference there is supposed to be between the Office for the Protection of the Constitution and the Office for the Protection of the State is not discernible.

**cc.    Abolition of the Separation of Powers**

The sober facts are:

173    At least 50% of the deputies are determined by the parties on the basis of the election laws and are not directly elected. This violates Article 38 of the Basic Law and is unconstitutional.

Proof: Party Act - 1. and 2. voices

TITLE OF DOCUMENT: <u>Lawsuit</u>                                          CASE NO.:

61 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

174    Judges are not independent - violation of Article 97 of the Basic Law and thus unconstitutional.

Proof: Based on a preliminary inquiry of two suspected Romanian bank robbers about Irish courts, the EUCJ found on May 27,2019, that German prosecutors are not independent and may not issue arrest warrants. 5,000 arrest warrants had to be reissued. Didn't all police officers, prosecutors, judges and lawyers know that? In response, a judge from Thuringia asks whether he is independent. He writes that the powers are not separate but intertwined. He is judged and promoted by politicians. The EU Court of Justice is silent on this and is obviously dominated by the Nazis.

Proof: Silence of the European Court of Justice in Luxembourg to the question of a Thuringian judge, Case No. C-276/20 – 1

175    In Coburg/Bavaria it is so that one and the same person at the same court changes the position from prosecutor to judge and then again to prosecutor. For example, Dr. Koch at the Coburg Regional Court. Prosecutors are appointed as disciplinary superiors of judges. For example, Mr. Lohneis, the Chief Public Prosecutor at the Coburg Regional Court, is appointed President of the Coburg Regional Court and thus becomes the disciplinary superior. Once again, this is a violation of Article 97 of the Basic Law.

Proof: Official website of the Bavarian Ministry of Justice, for example, on Mr. Lohneis

https://www.justiz.bayern.de/presse-und-medien/pressemitteilungen/archiv/2016/3.php

or on Mr. Lückemann - first Attorney General at the Bamberg Higher Regional Court and then disciplinary superior of the judges at the Bamberg Higher Regional Court

https://www.justiz.bayern.de/presse-und-medien/pressemitteilungen/archiv/2013/108.php

176    Cases received by the court are not randomly assigned to judges - a violation of Article 101 of the Basic Law and thus unconstitutional.

Proof: According to Article 101 of the Basic Law, incoming cases must be assigned to judges on a random basis. At Coburg District and Regional Court,

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

PAGE NO. ___ OF ___    [JDC TEMPLATE]

1       incoming cases are assigned to judges alphabetically. One always stands
2       before the same judge, even if one has rejected this judge because of bias.
3   Proof: see roster allocating court business at the Coburg District and Regional
        Courts.
4   Proof: The Plaintiff was always convicted by Mr. Bauer, although the latter had been
5       rejected, among other things, for falsifying the minutes.
6   177    Court minutes are not kept verbatim - violation of Article 103 of the Basic Law and thus
7   unconstitutional.
8   Proof: Court minutes are not kept verbatim. It is only recorded that the witness
9       testified. What he testified, whether for or against the defendant is not
        recorded. This is a denial of the right to be heard, a violation of Article 103 of
10      the Basic Law. But motions must still be recorded in the minutes. But even
11      these are not recorded in the minutes and therefore there is a falsification of
12      the minutes for the purpose of deception in legal relations.
13  Proof: Mr. Bauer did, for example. Mrs. Public Prosecutor Ursula Haderlein at the
14      Coburg Regional Court and then President of the Coburg Regional Court
15      comments that the criminal offense of protocol falsification does not exist and
        refuses to prosecute. Of course, she should have prosecuted the criminal
16      offense of falsification of documents.
17  178    But neither "judgments" nor minutes are served with a signature and do not constitute
18  documents in the sense of the law. This is a violation of Sections 125, 126 of the Civil Code in
19  conjunction with Sections 275, 345 of the Code of Criminal Procedure, Sections 315, 317 of the
20  Code of Civil Procedure.
21  Mrs. Ursula Haderlein was the prosecutor responsible for the criminal prosecution for Danzig
22  identity cards. If one wants a retrial, then the case is transferred to the Bamberg Regional Court.
23  There, Mrs. Ursula Haderlein is now the disciplinary superior of the judges and Dr. Koch is the
    public prosecutor.
24
25
26
27
28
    TITLE OF DOCUMENT: <u>Lawsuit</u>                        CASE NO.:
            63 / 128
    PAGE NO. ____ OF ___  [JDC TEMPLATE]

All of this is declared legal. A few practical consequences are listed in the Exhibit – see Exhibit 6 – Crimes against Mr. Dr. Hospers.

But this is not criticized by the Office for the Protection of the Constitution and State Protection but protected.

179    The Bavarian state government is therefore not formed by directly elected deputies and is therefore unconstitutional. The Bavarian police are definitely protecting a government that is not formed by directly elected deputies and is therefore unconstitutional.

The constitutional principles for fair trials are completely disregarded and arbitrary action is taken. The Bavarian police protect judges who are not independent, who are not permitted to be exceptional judges, and their arbitrary decisions.

To eliminate these conditions would be the task of the Office for the Protection of the Constitution and the Office for the Protection of the State.

But according to amendments to the Bavarian Police Duties Law, the latter has to prosecute anti-constitutional acts, even if they are not punishable by law or order.

This provision corresponds to Section 2 of the Nationalist Criminal Code, which the Permanent Court of International Justice in The Hague has declared unlawful. *"If an act is not punishable according to the definitions of the Criminal Code but is punishable according to popular feeling, that act shall be punished as it comes closest to the provisions of the Criminal Code."*

This is in line with Nazi ideology: True is usually the opposite of what is claimed.

Accordingly, every legal act of the Plaintiff invoking the law of the Federal Republic of Germany is prosecuted as a criminal offense and every criminal act against the Plaintiff is labeled as legal. To this end, all exculpatory evidence of the Plaintiff, such as notarized contracts and land register entries, is suppressed.

Harmless offenses, such as alleged trespassing and the alleged threat to demolish his own house, are prosecuted by the State Protection Department. Even such simple offenses obviously constitute a threat to the National Socialist dictatorship if the Plaintiff acts.

180    But, of course, it is not the sole task of the Office for the Protection of the Constitution and the police to maintain lawful order, but of each individual inhabitant of the federal territory.

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

64 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

Article 25 Basic Law: „*The general rules of international law shall be an integral part of federal law. They shall take precedence over the laws and directly create rights and duties for the inhabitants of the federal territory.*"

181    Before the amendment of Section 15 of the German Reich Nationality Act, the Coburg authorities were still able to plead that they did not know that the Plaintiff is a Danzig national who is also recognized by the Federal Government under international law. But they already knew since May 23, 2008, that the Plaintiff invokes his Danzig nationality, and therefore deprived him of his liberty, while also violating the principle of speciality in extradition proceedings against the Swiss Confederation. This is a legal reason for war.

Proof: extradition decision of the Swiss Federal Office of Justice;

Case B 224`163/TMA

182    Although the Coburgers now have no excuse, the Coburgers continue to apply nationalist law against the Plaintiff, thus violating the Hague IV. Convention on Land Warfare and in sum committing the crime of genocide/genocide.

183    But the "German" Foreign Minister Mrs. Bearbock criticizes human rights violations of other states and thus deceives foreign countries about the true legal situation in the Federal Republic of Germany.

She thus proves that she is a follower of the Nazi ideology: true is always the opposite of what is claimed. She announces to change the previous foreign policy of the Federal Republic of Germany. Ms. Bearbock belongs to the "Green" Party. In the federal states of the German Democratic Republic, only 4-8% vote for the "Greens". There, people are still aware of the manipulation by the media. First everything was red and from one day to the next everything was black.

**b. Examination of the nationals of the German Reich for compliance with the Basic Law for the Federal Republic of Germany**

184    The examination whether the nationals of the German Reich maintain the democratic state under the rule of law from their own unremitting efforts is the task of the Danzigers.

The 4 powers do not withdraw in blind confidence that the "Germans" will or will not comply with the conditions of the Two-plus-Four Treaty at some point.

The Danzigers are responsible for checking whether the "Germans" comply with German/Danzig law.

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

65 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

The "Germans" are sovereign only when the conditions of the Two-plus-Four Treaty are realized.

185    The "Germans" were already deprived of their official power of representation in the preliminary negotiations for the Two-plus-Four Treaty, in which Article 23 Scope of the Basic Law was omitted.

Proof: omission of Article 23 Basic Law on July 17, 1990

186    Section 1 of the Federal Constitution Protection Act: *...of the existence and security of the Federation and the Länder....*

With the abolition of the scope of the Basic Law, Article 23 there is no defined existence of the Federal Republic of Germany.

**C. The instigators and perpetrators**

**a. Alleged instigators of violations of the Hague IV. Convention on the Law of War on Land**

187    That the two easily verifiable facts:

A) the Two-plus-Four Treaty has not been realized and

B) the FRG is again a nationalist dictatorship

are being concealed by all sides, by politicians, the media and above all by lawyers, can only be due to the influence of the World Economic Forum. Only the World Economic Forum has connections to politicians, controls the media and, via the strategic partners of the World Economic Forum with their legal departments, the lawyers.

188    Here is an example: two suspected Romanian bank robbers submitted a preliminary request to the European Court of Justice in Luxembourg (ECJ) via Irish courts as to whether German public prosecutors should be allowed to issue arrest warrants. In its ruling of May 27, 2019 (C-508/18 and C-82/19 and C-509/18), the CJEU found that German public prosecutors are not independent and are therefore not permitted to issue arrest warrants.

5,000 arrest warrants had to be reissued. Didn't all the police officers, public prosecutors, judges and lawyers know this? What is being taught at universities? Shouldn't the two alleged bank robbers be sitting in the Ministry of Justice?

189    The World Economic Forum was founded and is headed by the German Klaus Schwab. Klaus Schwab's father worked for a Swiss company in Hitler's Reich. He was able to enter and leave Switzerland with his family. If he had not been a reliable Nazi, this would certainly not have been permitted. In a book about secret societies, the author conducts an interview with the

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

66 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

head of a secret society. The leader candidly reports that the intention is to reduce humanity by 90%. He justifies this by saying that resources are limited and that future generations will also be dependent on them. So in order to ensure the prosperity of future generations, the population must be reduced now. Of course, this cannot be left to the stupid citizens. That's why the extraterrestrials meet once a year above the mountains of Geneva to discuss this. The extraterrestrials are, of course, the heads of the strategic partners of the World Economic Forum (WEF) and they don't meet above the mountains of Geneva, but in Davos. The publication of this book was banned. Mr. Klaus Schwab founded the Swiss foundation "Young Global Leaders". You have to imagine that. Mr. Klaus Schwab decides who rules the world. Mr. Klaus Schwab says quite publicly that his "Young Global Leaders" are penetrating governments, making him the de facto leader of the world. There is no doubt that he sees himself as the successor to Hitler or Reichsführer Himmler.

190    The German Foreign Minister Ms. Bearbock is one of the Young Global Leaders. The Minister of Economic Affairs, Mr. Habeck, admits to being influenced by an economist from the WEF. These two play a decisive role in determining policy in the FRG, not only the policy of their ministries, but also defense policy. Ms. Lambrecht had to step down as defence minister because she did not want to send weapons to Ukraine. The Federal Constitutional Court had to put a stop to the destruction of German industry and state assets, etc. In the German State of Thuringia, polls show that the "Greens" only have 4% of the vote. The Alternative for Germany, on the other hand, has 35%, although the AfD's lead candidate in Thuringia, for example, is constantly on trial for allegedly inciting the people, most recently because he said: "Everything for Germany."

The entire Nazi press demonizes the AfD as Nazis, always according to the Nazi principle: "The truth is always the opposite of what is claimed." The biggest liars and deceivers are those who claim to be democrats. They want people to believe that the essence of democracy is that politicians always lie. Anyone who tells the truth is either a fascist or a communist.

191    At the last WEF conference in Davos, EU Commission President von der Leyen said: "The greatest threat to humanity is not wars or the climate, but disinformation". She is therefore calling for censorship, which is already taking place on a massive scale. This is why the AfD has

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

                    67 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

the greatest support in Germany, especially among younger voters, because they inform themselves in alternative media, where the lies of the politicians of the old parties are constantly spread and how the AfD MPs expose the lies.

192     The fact that the WEF is behind the concealment of facts that are easy to verify is not just a plausible explanation. There are concrete indications.

One of the WEF's strategic partners is Koninklijke DSM. N.V. The CEO of Koninklijken DSM N.V. was Mr. Feike Sijbesma. He created a code of conduct for Koninklijke DSM N.V., the Code of Business Conduct. This code ensures compliance with the Universal Declaration of Human Rights. No form of corruption is tolerated. If this code cannot be complied with in a country, the DSM Group will look for solutions itself. All employees must sign every six months that they will report any violations of the Code of Business Conduct, including in the future. This makes them liable. The sober facts are that the Code of Business Conduct is violated to the greatest possible extent. Employees who report violations are dismissed immediately and will be economically destroyed if they make further efforts to report and remedy the violation.

193     Mr. Klaus Schwab is a regular guest at the Bilderberger Conference. This conference was opened by the spouse of the Dutch Queen, Prince Bernhardt. He was a member of the National Socialist German Workers' Party (NSDAP). Some Dutch people no longer recognize the royal family as the rightful head of state because they fled into exile in Britain as commander-in-chief, even though they were still fighting. This is generally regarded as desertion. Surrender was required before the journey into exile could take place.

194     After the end of the Second World War, the royal house would first have had to be re-confirmed by the people. The Germans had therefore appointed a head of state themselves and did not consider the Netherlands to be under occupation, unlike Belgium.

The current Dutch King Alexander is a member of the Young Global Leaders by the grace of Klaus Schwab.

195     The President of the Russian Federation, Mr. Putin, questions whether Mr. Selensky can be considered a negotiating partner of Ukraine at all, because his term of office has expired.

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

68 / 128

PAGE NO. ____ OF ___     [JDC TEMPLATE]

196    The same question naturally arises with King Alexander of the Netherlands. Is he acting as King of the Dutch or as a Young Global Leader? Who do you sign treaties with?

197    The German Foreign Minister, Ms. Bearbock from the Green Party, is also a Young Global Leader. The answer is clear. She is not acting in the interests of the Germans, but clearly in the interests of the WEF. She says: "We are at war with the Russian Federation."

You have to imagine that. The Two-plus-Four Treaty has not yet been implemented and Germany is supposed to take part in the war against the Russian Federation. In the German federal State of Thuringia, the approval ratings of the "Greens" have just reached 4%. The approval rating for the AfD, which is in favor of a diplomatic solution, is 35%. But these 4% want war against the will of the majority.

198    The WEF invites Mr. Selensky to Davos, but not the Russian Federation. The WEF is a clear supporter of war.

199    A concrete example:

Mr. Feike Sijbesma was CEO of the Dutch group, Koninklijke DSM N.V. He introduced the Code of Business Conduct, in effect the constitution of the DSM Group. This Code of Business Conduct naturally commits to the most honorable conduct. The Universal Declaration of Human Rights is guaranteed. No form of corruption is tolerated. If this cannot be enforced in a country, the Group will look for a solution itself. All employees must sign every six months that they will comply with this Code of Business Conduct and report any violations in the future, otherwise they will be held liable. In reality, the Group violates it to the greatest possible extent. By signing the power of attorney for Mr. Nordmann, Mr. Feike Sijbesma assumed responsibility for the most serious crimes, such as bodily injury leading to disability, deprivation of liberty, extortion, forgery of documents and false medical reports.

Mr. Feike Sijbesma describes himself as a Darwinist. He does not mean that it is not the biggest, the strongest or the fastest who survives, but the one who adapts. In doing so, he is distorting the concept of Darwinism. He wants to point out that it is not the best who make a career and reach the highest positions, but those who "play along". Careers are made by the weak and

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

PAGE NO. ____ OF ___    [JDC TEMPLATE]

1   underprivileged like him, who praise each other in a corrupt manner. One hand washes the other.

2   As in the mafia, those who can be blackmailed internally are part of it.

3   Those who know about the grossest violations of the Code of Business Conduct, but do not

4   report them, or preferably grossly violate the Code of Business Conduct, make a career in the

5   DSM Group.

6   Mr. Feike Sijbesma was a CO2 officer at the Dutch Central Bank and at the World Bank.

7   Mr. Feike Sijbesma is responsible for the Nitrogen Regulation, the restriction of agriculture in

8   the Netherlands. Some farmers have taken their own lives because they could no longer pay their

9   debts. Numerous farms had to be sold.

The Dutch saw their government as responsible. Until farmers protested across Europe.

10   200     Now the EU is said to have decided on the "Green Deal" in a de facto dictatorial manner.

11   In reality, the "Green Deal" was agreed in Montreal.

12   There, agriculture was blamed for all the misery in the world and not military spending. It was

13   decided that agriculture should no longer produce so much, even though millions of people are

14   starving and rainforests are being cut down as a result. As early as the 1960s, Pof. Dr. von Ditfurt

15   showed graphs showing how the CO2 content is constantly increasing. But he also showed that

16   the CO2 content increases when it becomes winter on the northern half of the earth and decreases

17   again in summer. Apart from water, CO2 is the biggest deficiency factor for plants. Due to the

18   increase in CO2, for example, the growth of forests is about 30% greater than it was 100 years

19   ago. There are saltwater algae that produce up to 40 times the biomass of a maize field. Millions

20   are being invested to pump CO2 into the ground. The entire Sahara, for example, is available for

21   growing algae in salt water basins. With just 1/3 of global military spending, the entire Sahara

22   could be planted with desalinated seawater. This would cool the climate, bind CO2, produce

23   food, satisfy hunger, protect the rainforests and also lower the sea level.

The "world" agrees in Montreal that one does the opposite of what any farmer would

24   recommend. But the whole "world" agrees that, contrary to the United Nations Charter, one must

25   press ahead with arms spending.

26

27

28

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

70 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

1 Plaintiff alleges that the participants in Montreal are Nazis, by the definition Plaintiff learned in

2 school. There are probably few participants in Montreal who can prove that they are not.

3 201    Mr. Feike Sijbesma obviously feels safe that he will not be prosecuted despite the proven

4 serious crimes. After all, the king is a Young Global Leader.

5 But if instigators of the most serious crimes who are in the highest positions are not prosecuted,

6 then the subordinate perpetrators also feel safe.

7 202    Should the countries of the African Union, for example, be surprised if Ukraine is

supported by the international organizations of the UN to finance death and destruction, while

8 Madagascar, for example, would only need a relatively small amount of financial support to

9 become a green island again, to eliminate hunger and to cool the world's climate?

10 But even through Mr. Feike Sijbesma, the carbon officer of the World Bank, Madagascar

11 receives no aid for irrigation.

12 The money that Ukraine receives to finance the war and its consequences could be used to

13 eliminate hunger in the world.

14 203    The Secretary-General of the United Nations, Mr Guterres, takes the arrest of 25 so-

15 called "Reich Germans" under Prince Reuss as an opportunity to warn the world about the

16 "Reich Germans". "Reich Germans" should probably be interpreted as Nazis. War is being

waged in Ukraine, millions of people are starving and there is a crisis all over the world, but Mr.

17 Guterres warns against 25 "Reich Germans". If you look up "Reichsdeutsche" on the Internet,

18 you read: "Reichsdeutsche reject the Federal Republic of Germany." What did Prince Reuss and

19 other high-ranking officers and a judge want? They want a peace treaty. Why do they want a

20 peace treaty? To end the rule of the Nazis.

21 So Mr. Guterres warns that a peace treaty will end the World War and restore the rule of law in

22 Germany. Mr. Prince Reuss' action can probably be compared to Count Stauffenberg's

23 assassination attempt on Hitler.

24 204    In fact, the WEF has obviously been panicking ever since the responsible representative

25 of the Free City of Danzig successfully conducted arbitration proceedings against Koninklijke

26 DSM N.V. This demonstrated how Nazi justice could be elegantly and easily circumvented.

27

28

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

PAGE NO. ____ OF ___    [JDC TEMPLATE]

205    Even in the last century, the Nazis already knew in 1943 that the war was lost when the propaganda minister Goebbels asked the Germans: "Do you want total war?" "Yes," they cheered. The Germans still believed in the final victory when the Soviets knocked on Berlin's front door with a tank barrel.

It's similar again.

The Nazis know that they have lost and want to provoke the greatest possible mass murder as quickly as possible.

But as a result, more and more critical states and people are realizing that something is wrong.

Everything is being done quickly, quickly, to plunge as many people as possible into ruin.

The coronavirus outbreak was originally planned for 2023 with a more dangerous variant. But after the lies could no longer be concealed, the coronavirus was released earlier. The American David Martin registered the patents for viruses. He found out that the American health consultant Fauci, for example, had acquired patents, as had Google. He found that 2/3 of those responsible for the coronavirus measures are members of the WEF board.

206    Mr. Elon Musk finds out through the purchase of Twitter that Twitter was censoring at the instigation of Mr. Fauci and the FBI in relation to Corona. Mr. Fauci could not remember anything at a hearing in the US Congress.

207    Mr. Feike Sibesma was a corona commissioner in the Netherlands. He had banned the sale of Ivermectin under threat of punishment. Why do you think? Ivermectin is a universal remedy for which even a Nobel Prize was awarded. Where it was used, e.g. in Guatemala or Mexico, corona was a disease of the rich. There were no overcrowded hospitals, no compulsory masks and no lockdowns.

EU Commission President Ursula von der Leyen has ordered 2'000'000'000'000 doses of coronavirus vaccine from the Pfizer Group for 450'000'000 EU residents. Under what conditions is not disclosed. Her husband works for a Pfizer subsidiary. 2,000'000'000'000 doses of vaccine, even though every package insert stated that it was not an approved vaccine and that late effects were unknown.

The former head of drug approval at Pfizer went public and warned against the vaccinations and effectively lost his job.

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

                72 / 128
PAGE NO. ____ OF ___    [JDC TEMPLATE]

It was suggested to the population that the national governments had ordered the vaccine and that the national governments had ordered everything. It was suggested that vaccination creates immunity. But then vaccinated people also fell ill. It was therefore claimed that only a second vaccination would produce complete immunity. But then people who had been vaccinated twice also fell ill. This is why booster vaccinations were recommended. In reality, it should have been explained that a "vaccination" does not produce immunity and that serious side effects can occur. Only those who had recovered or been vaccinated could take part in daily life. Then the 3 G rule applied. After that, even those who had recovered and been vaccinated still had to wear a mask that was harmful to their health.

German Chancellor Merkel imposed a lockdown in March 2021 on the grounds of the catastrophic deaths. However, 11´000 fewer people had died than in previous years.

Ms. Merkel imposed a lockdown due to an incidence of 35. In the end, the vaccination pioneer Denmark had an incidence of 5000 without putting more strain on medical staff. The Danes did not have any further tests carried out. Statistically speaking, all Danes were infected within 10 weeks. The Germans continued to carry out "free" tests.

In the end, the corona measures in Germany cost €800´000´000´000, but there was and still is no money for medical staff. No emergency clinics were set up because there was no emergency. No risk allowances were paid because there was no risk.

All coronavirus measures were counterproductive. They only contributed to weakening the immune system. A comparison between France, with its particularly strict coronavirus measures, and Sweden, which in fact imposed no restrictions, shows the negative consequences in all areas. In particular, excess mortality increased in France compared to Sweden.

208    The head of the WHO, the Ethiopian Tedros, is suspected of being partly responsible for mass murder in Ethiopia. Mr. Tedros advised against the use of Ivermectin. This is why the virus spread in India, where previously a pack of Ivermectin could be bought for €2.60 at any kiosk. After Ivermectin was used in Mexico, hospital occupancy due to corona patients fell by 85%. In Guatemala, a packet of Ivermectin with vitamins was given to anyone who wanted it. There were virtually no Covid cases in Guatemala.

TITLE OF DOCUMENT: Lit Lawsuit                                           CASE NO.:

73 / 128
PAGE NO. ____ OF ___    [JDC TEMPLATE]

209    The coronavirus measures against the nationals of the Free City of Danzig were a violation of Article 43 of the Convention on the Law of War on Land in the Hague.

Once again:

The Permanent Court of Justice in The Hague has established that the Free City of Danzig is a state under the rule of law in which the rights of the individual take precedence over the interests of a majority - see decision A/B No. 65. According to this, everyone can protect themselves as they wish, but no one can demand that a Danzig national must protect themselves. If a Danzig resident wants to get sick or die of Covid, no one can forbid him to do so, taking into account Article 43 of the Hague IV. Convention on Land Warfare of the Hague.

210    Blood has been shed in Ukraine since 2014.

Instead of using the Minsk Agreement to eliminate corruption in Ukraine and convince the eastern Ukrainians that western Ukraine is the better state, the focus is on escalation. Linguistic minorities, not just the Russian minority, are being discriminated against.

Where is the Court of Human Rights in Strasbourg? What about the International Covenant on Civil Rights? Where is the UN Human Rights Commissioner?

The United Nations Organization and its sub-organizations are suspected of being infiltrated by Nazis. Of course, not all states of the United Nations. After the United States of America, the Federal Republic of Germany is the largest financier of the United Nations Organization. To this end, the United Nations Organization has concluded agreements with the World Economic Forum and the WHO, for example, is also financed by strategic partners of the World Economic Forum. The successor as CEO at Koninklijke DSM N.V. is Ms. Matchett. She took part in a meeting with Mr. Guterres.

Could this be the reason why trust in the United Nations Organization is waning?

**The alleged instigator of the destruction of all law is Mr. Klaus Schwab, founder and director of the WEF and the Young Global Leaders. A criminal complaint and charges of incitement to violate the Convention on the Law of Land Warfare in the Hague have been filed.**

TITLE OF DOCUMENT: Lassuit                          CASE NO.:

74 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

**b. The perpetrators, the war criminals**

**aa. The nationals of the National Socialist German Reich**

211    In Oct. 2020, the Plaintiff complained that the insertion of Section 40a into the Nationality Act of the German Reich was null and void without his express consent. On August 12, 2021, this law was repealed without any further ado. This did not restore the old legal status. Section 15 was overwritten for this purpose. Accordingly, the nationals of the German Reich are nationals of the National Socialist German Reich with the last legal status of May 8, 1945. If the nationals do not want to be this, then they must express this.

However, it has been confirmed to the Plaintiff that he himself cannot become a national of the German Reich upon application.

**bb. In May 2004, the obviously politically motivated persecution of the Plaintiff began**

212    The reason for this was that Ms. Gisela Hain had asked the Plaintiff to make a plot of land available to her for the accommodation of her dogs. The Plaintiff fenced in a plot of land and erected a dog kennel. Ms. Hain used the property for months. The Plaintiff had already obtained planning permission for this plot once and had therefore developed it.

In the end, the Plaintiff wanted the cost price or the average building land price. Ms. Hain commissioned a notary. According to the notarized contract, the Plaintiff received the cost price for the duration of use, secured by a conveyance in the land register. Ms. Hain undertook to submit a building application. If the building application is not rejected for building law reasons, the average building land price becomes due.

213    Thereupon the government lawyer of the Coburg/Bavaria/ FRG District Office, Ms. Engel, reported the Plaintiff for fraud for obviously politically motivated reasons, with the subject line: "Enforcement of the Forest Act. Sold forest as a building site." The plot was not a forest and, moreover, a forest is not an obstacle to a building permit. A building permit had already been obtained once for the plot and was therefore developed. The Plaintiff had only received the cost price, secured by an entry in the land register with a right of first refusal for Ms. Hain.

Fraud only exists if someone is harmed for the benefit of another by deception in legal relations.

TITLE OF DOCUMENT: Lawsuit                                      CASE NO.:

                          75 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

No damage could have been caused. The property exists and no false value can be feigned. It is known how much this property cost the Plaintiff himself.

Ms. Engel has thus committed the criminal offense of Perversion of Justice § 339 of the German Criminal Code (StGB) - 5 years in prison and Section 344 Persecution of Innocent Persons - 10 years in prison.

214    On March 30, 2006, the Plaintiff was tried for the false accusation made by Ms. Engel. The Plaintiff invited everyone who had legs and the press as witnesses and recorded the trial electronically. As expected, the court minutes were massively falsified. No witness statements were recorded. The fact that the Plaintiff made motions was not recorded and that questions to the witnesses were not allowed by Judge Bauer. The Plaintiff demanded correction 4 times, proven by the audio recording, witness statements and press reports. No correction was made. The Plaintiff's lawyer, Mr. Olaf Pfalzgraf, filed an enforcement action. He was subsequently disbarred and it was claimed that no enforcement proceedings had been filed.

Section 267 Criminal Code Falsification of Public Deeds was committed.

215    Mr. Bauer sentenced the Plaintiff to 9 months in prison, suspended on probation. But then Mr. Bauer revoked the suspended sentence because of two penalty orders. In one case the case was dropped, in the other case the Plaintiff had filed a complaint. The Plaintiff was sentenced in absentia. Even several penalty orders do not lead to the revocation of a suspended prison sentence, Section 407 of the Code of Criminal Procedure.

Mr. Bauer has thus committed the offence of incitement to execution against innocent persons Section 345 of the German Criminal Code (StGB) - 10 years in prison. The Plaintiff was therefore also deprived of his liberty for 9 months, including his health, due to the prison conditions at Lörrach Prison. Everyone, from the simple prison guard to the prison director, knew that the Plaintiff was innocent. They had the arrest warrant, which stated that the suspended sentence had been revoked due to two penalty orders. The Plaintiff had filed a criminal complaint in prison, citing Section 407 of the Code of Criminal Procedure and a corresponding judgment, according to which several penalty orders do not lead to the revocation of a suspended sentence.

216    Ms. Gisela Hain, Baumschulenweg 33, 96450 Coburg joined the government lawyer of the Coburg District Office, Ms. Engel, and claimed that the Plaintiff had defrauded her so that

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

76 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

she could reclaim the €15,000 that the Plaintiff had received with interest. The Plaintiff had to repay €43,000, but cannot make full use of his property because it is still encumbered by Ms. Hain. Mrs. Hain is guilty of the criminal offense of False Suspicion Section 164 German Criminal Code - 5 years in prison and of Fraud Section 263 German Criminal Code.

217   The government lawyer Ms. Engel revokes the Plaintiff's broker's license without justification and the possibility of an appeal Section 339 - Perversion of Justice - 5 years in prison.

218   The clerk of the Coburg District Office, Ms. Jacob, revoked the Plaintiff's gun owner's license and filed criminal charges for illegal possession of weapons despite the complaint against the revocation. The weapons in question were hunting weapons that the Plaintiff had to acquire on official business in order to carry out his profession as a professional hunter. These hunting weapons had been officially registered for 30 years. The difference between illegal and legal possession of weapons is that illegal weapons are not registered. Even if you do not have a gun owner's license, you do not become an illegal gun owner if the guns are officially registered and the authorities are therefore aware of them. Once again Sections 339 and 344 of the German Criminal Code (StGB) have been violated.

The purpose of these measures was to deprive the Plaintiff of his employment opportunities.

219   The Plaintiff sold another plot of land that had been designated as building land by the municipality. Again, Ms. Engel from the Coburg District Office filed a criminal complaint for fraud: "Sold building plot although it was not developed." Of course it is possible to sell a building plot even if it is not developed. The municipality did not allow development via the public road. The Plaintiff purchased a development right from Mr. Jakob Schneider, Gruber Str., municipality of Grub am Forst, district of Zeickhorn.

220   However, while the Plaintiff commissioned the preparation of a development plan for his land parcel FlNr. 156/ff Gemarkung Zeickhorn, Mr. Jakob Schneider began the construction of a factory hall on the purchased development property. Only a strip of approx. 1.5 meters in width remained between the foundation of the factory building and the solid, brick enclosure to the neighboring residential building. The Plaintiff exercised his right of access to this area. The police appeared and stopped his construction. The Plaintiff received a criminal complaint for

TITLE OF DOCUMENT: <u>Lawsuit</u>                        CASE NO.:

77 / 128

PAGE NO. ___ OF ___   [JDC TEMPLATE]

trespassing. The pipes that had already been laid were torn out again. Obviously, Mr. Schneider never intended to grant the Plaintiff his development rights.

Mr. Schneider committed the criminal offences of fraud, false accusation and destruction of buildings.

221    The Plaintiff had sold the building plot FINr. 156/T in the Zeickhorn district to a German-Russian couple. This couple was summoned by the police for questioning because of the District Office's complaint of fraud, with the threat of imprisonment if they did not appear. They should testify against the Plaintiff. Only judges may summon a witness under threat of consequences. The Plaintiff filed a complaint for the criminal offense of extortion of testimony. The couple appeared at the police station. But they did not sign the protocol. The proceedings for fraud were dropped.

The couple could have built themselves a nice house. As it is, they are still renting.

222    Judge Bauer is a non-permitted exceptional judge, Art. 101 of the Basic Law, or Section 16 of the Courts Constitution Act. He therefore knows that he is always responsible for the Plaintiff. He dropped the criminal charge of trespassing. He knew that he was also hearing the case of alleged illegal possession of weapons against the Plaintiff and already knew the penalty without the Plaintiff having made any comment. He believed that the penalty for illegal possession of weapons was so high that the charge of trespassing was of no consequence. In reality, he did not want to negotiate this, because then it would have been necessary to say where the sewer line right could be exercised without actually committing the criminal offense of trespassing.

223    The Plaintiff had concluded a loan agreement with DSL Bank in 2002. The loan with a term of 10 years was repaid via a pledged share package. However, DSL Bank then sold the shares and did not place the proceeds of the sale in a trust account, but instead reported them as equity. Finally, DSL Bank wanted to sell the Plaintiff's real estate at forced auction in 2007. The Plaintiff pointed out to the judicial officer, Mr. Welsch from Coburg District Court, that the value of the shares had already reached the value of the loan and that the Plaintiff had no debts to DSL Bank. Mr. Welsch did not want to verify this and wanted to auction off the properties. At the hearing, the Plaintiff publicly presented the statement of account. The forced sale was canceled.

TITLE OF DOCUMENT: <u>Lawsuit</u>                                   CASE NO.:

PAGE NO. ____ OF ___    [JDC TEMPLATE]

224    Judge Bauer had again sentenced the Plaintiff to 10 months in prison, suspended on probation, for alleged illegal possession of weapons by concealing all evidence of innocence. The Plaintiff had to expect to be arrested and traveled to Switzerland in April 2009.

225    A VABA III GmbH then wanted to auction off the Plaintiff's real estate again. The Plaintiff asked Ms. Karin Leffer to inform the potential bidders that the forced sale was illegal. The Plaintiff filed motions against the auction, which could not be refuted, and filed criminal charges against VABA III GmbH on suspicion of fraud. Nevertheless, the auction went ahead. Mr. Fruhnert bought the Plaintiff's properties at auction. Naturally, the Plaintiff did not receive a cent of the proceeds and never received a statement of account. The Plaintiff informed Mr. Fruhnert that he would never receive a deed confirming that he is the owner. The Plaintiff informed Mr. Fruhnert that he is only renting.

**cc. Violations of the general rules of international law**

226    In July 2011, Senior Public Prosecutor Lohneis requested the Swiss Confederation to extradite the Plaintiff for the enforcement of three criminal convictions and in one case for trial for alleged illegal possession of weapons. The Swiss Federal Office of Justice FOJ Bern refused the extradition for execution and only approved the extradition for presentation for trial because the warrant of arrest for presentation already stated that the Plaintiff was innocent, Case No.: 224/163/TMA. In Switzerland, everyone has an assault rifle and a pistol. Only improper possession of weapons is illegal. Hunting weapons are not included. There is no dual criminality. This is another reason why extradition was only approved for trial and a conviction was prohibited.

227    Although extradition is only to take place so that an international arrest warrant for alleged illegal possession of weapons can be revoked, the Plaintiff refused extradition on the grounds that the extradition decision of the Swiss Federal Office of Justice would not be complied with. The Swiss Federal Supreme Court ruled that the FRG is a reliable contracting state and will comply with the terms and conditions. On December 21, 2012, the Plaintiff was arrested and extradited to the Coburg Regional Court.

228    Naturally, the Coburg authorities did not comply with the terms and conditions of the extradition. A mail and visitation ban was imposed so that in hastily conducted mass trials (in two courtrooms at the same time at 15-minute intervals, which had appealed against the penalty

TITLE OF DOCUMENT: <u>Lawsuit</u>                                    CASE NO.:

79 / 128

PAGE NO. ＿＿ OF ＿＿    [JDC TEMPLATE]

orders) everyone who had possessed a Danzig ID card could be convicted of incitement and complicity in forgery of documents. The Plaintiff and Ms. Karin Leffer were named as perpetrators. The Plaintiff underwent two psychological examinations. They wanted to commit him to a closed psychiatric ward forever.

229    The Plaintiff was sent the 56-page indictment to the prison, Case No.: 1 KLs 123 Js 3979/11 Charge: "Ms. Karin Leffer and Mr. von Prince are the representatives of the Free City of Danzig. They reject German law in part.". Of course we reject National Socialist law and demand compliance with the law of the Federal Republic of Germany, as defined in the Introductory Act to the German Civil Code.

The Plaintiff should respond to the Indictment within 3 weeks and appoint a lawyer to represent him, otherwise a duty lawyer will be assigned. The Plaintiff pointed out that he is also subject to Swiss sovereignty in German prisons and will only make statements to Swiss authorities. The Plaintiff sent the Indictment to the competent Swiss Public Prosecutor's Office in the Canton of Graubünden as a complaint against himself.

230    It goes without saying that the Plaintiff's detention complaints are not being processed. The Plaintiff therefore went on hunger strike so that his detention complaints could be processed. As a result, the detention complaints were answered, but just as naturally rejected. This paved the way for a declaratory action against the Attorney General of the Bamberg Higher Regional Court, Mr. Lückemann. However, he had obviously been appointed President of the Bamberg Higher Regional Court, and now the judges there were to decide on the violation of the extradition decision of the BJ Bern, for which their disciplinary superior Mr. Lückemann was responsible. If they decide against him, there is a risk of disciplinary consequences, including accusations of Perverting the Course of Justice.

231    Dr. Koch, Coburg Regional Court, who was the public prosecutor of the Coburg Regional Court in the case of the alleged fraud against Ms. Hain, had committed the criminal offense of Section 344 Persecution of Innocent Persons and was involved in the falsification of minutes/forgery of documents. He was now a judge at Coburg Regional Court in the case concerning alleged illegal possession of weapons. He rejected the release on bail itself in the amount of 1`344`000.-€/day as too low.

TITLE OF DOCUMENT: Lawsuit                    CASE NO.:

80 / 128

PAGE NO. ____ OF __    [JDC TEMPLATE]

232   Mr. Judge Amend, Coburg Regional Court, issued an arrest warrant in the matter of Indictment 1 KLs 123 Js 3979/11 because the Plaintiff had sued the prison director on suspicion of deprivation of liberty. This new arrest warrant enabled the prison director to refer to this arrest warrant. However, the last page of the arrest warrant states that it may not be executed as the Plaintiff will return to Switzerland. The Plaintiff was released from prison on October 18, 2013.

233   In order to remedy the violations of the terms and conditions of the extradition decision of August 20, 2012, Mr. Senior Public Prosecutor expressly submitted an application for extended extradition under the same case reference: B 224`163/TMA. In a decision dated March 10, 2014, the FOJ Bern subsequently rejected the entire extradition on the grounds that the request was not for extradition for criminal acts, but for political reasons. The proceedings of the Coburg Public Prosecutor's Office and the Coburg Regional Court 1 KLs 123 Js 3979/11 are a violation of Art. 14 of the Principle of Speciality (extradition is only granted for specifically authorized cases) of the European Convention on Extradition with Switzerland. This is a violation of the general rules of international law. Sovereignty has been violated. This is a reason for war. Switzerland should therefore bring an action against the FRG in The Hague but is not doing so. The proceedings 1 KLs 123 Js 3979/11 are purely Swiss proceedings. Switzerland is bowing to the judges from Coburg and is no longer sovereign. Switzerland itself is violating Article 61 of the Peace Treaty of Westphalia of 1648, which made Switzerland sovereign because it was no longer the Emperor who appointed the judges, but the Swiss.

234   The Public Prosecutor's Office of the Grisons/Switzerland issued an unappealable first-class acquittal, Case No. EK.2013.5653/RI of Jan. 20, 2014 in conjunction with the decision of the High Court of Aarau, Case No. SBK.2017.333/CH/rd (ST.2016.354), page 4, *"Under Swiss criminal law (Art. 320 para. 4 StPO), definitive dismissals of proceedings have the legal effect of a first-class acquittal by a court"*

235   According to Art. 54 of the Schengen Implementation Agreement, the Coburg authorities would have to discontinue the proceedings. But they don't do that.

Although there is now more evidence of innocence for Ms. Karin Leffer than there has probably ever been in any other case, the arrest warrant against Ms. Karin Leffer is not quashed. Ms. Monika Trachsel is responsible. Criminal charges will be brought against her - see under Switzerland

TITLE OF DOCUMENT: Lawsuit                               CASE NO.:

81 / 128

PAGE NO. ____ OF ___   [JDC TEMPLATE]

236    All of the more than 100 people who were wrongly convicted for Danzig ID cards would have to be rehabilitated. The proceedings would be reopened at the Bamberg Regional Court.

Ms. Ursula Haderlein is now the president of the court and thus the disciplinary superior of the judges.

However, Ms. Ursula Haderlein was a public prosecutor at the Coburg Public Prosecutor's Office in the Danzig ID card case. As the public prosecutor of the Coburg Regional Court, she had also rejected the criminal complaint regarding the falsification of the minutes of the hearing on March 30, 2006.

237    The competent judge in the case of the indictment is now Judge Huber of the Coburg Regional Court. She has been asked to inform Ms. Karin Leffer, in view of the almost innumerable proofs of innocence, who is making an accusation against Ms. Karin Leffer and on what grounds, so that Ms. Karin Leffer can comment on it. The arrest warrant should be cancelled so that Ms. Leffer can face a trial in freedom.

There is no reply. Obviously there is no proof of guilt.

238    The person in charge in the matter of Indictment 1 KLs 123 Js 3979/11 is Mr. State Security Officer (SS) Criminal Chief Inspector (KHK) Bergner from the Coburg Criminal Investigation Department. He has all the evidence of innocence and should present it. He does not do so and is guilty of "Persecution of the Innocent", Section 344.

**dd. Actual war crimes**

239    Due to the Plaintiff's complaint, the Nationality Act of the German Reich was amended on Aug. 12, 2021. It is confirmed that he is not a national of the German Reich and cannot become one even upon application.

240    It is thus confirmed that a Danzig identity card is proof of a "German within the meaning of Article 116 (1) of the Basic Law". For this reason alone, the arrest warrant against Ms. Karin Leffer should be terminated.

But there are over 100 convictions. The innocence of those convicted has also been consistently proven in the meantime and they would have to be rehabilitated in a retrial.  This would also render the arrest warrant against Ms. Karin Leffer invalid. But Ms. Ursula Haderlein is preventing a fair trial before independent and impartial judges solely through her position as

TITLE OF DOCUMENT: Lawsuit                                   CASE NO.:

82 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

disciplinary superior of the judges. Criminal charges will therefore be brought against Ms. Ursula Haderlein.

241    The Plaintiff calculated for his tenant Mr. Fruhnert that the Plaintiff had bought back the upper floor, the condominium with 81/278m², which the Plaintiff had sold in 2002 for € 165´000 and that 5 months' rent was outstanding. The Plaintiff gave notice for personal use.

However, the Bailiff Mr. Ulrich Zillig did not serve the notice so that he would not have to carry out an eviction. The Plaintiff served the notice himself. Now the Plaintiff is being prosecuted by Mr. SS KHK Bergner for trespassing. Why is a state security officer responsible for the charge of trespassing?

242    Mr. Fruhnert claims that he is registered as the owner in the land register. However, he does not provide the Plaintiff with any proof. That would be an extract from the land register showing that he is the owner.

243    As can be seen from the files, no residual debt from the loan agreement with DSL Bank from 2002 was auctioned, which proves that the Plaintiff no longer had any debts in 2007. A land charge that had been registered for Deutsche Bank in 1999 was auctioned.

244    The Plaintiff wants to know from the land registry how it can be that the land charge for Deutsche Bank, which was registered in 1999 in the amount of EUR 73´626,03 and was repaid in 2002 with a prepayment penalty of EUR 4´900,-, could be auctioned off. The Plaintiff does not receive any documents. But then the Plaintiff sees that in 2006, Ms. Veronika Schneider, a notary assessor from the Heil/Coburg notary's office, rewrote the enforceability clause (submission to immediate enforcement) of the land charge, which was registered for Deutsche Bank, to DSL Bank. Notary Veronika Schneider refers to the assignment of the land charge that was registered for Deutsche Bank and assigned to DSL Bank in 2002. A land charge says nothing about whether a loan was therefore granted and whether and how the loan was repaid. A creditor can assign a claim to another without the debtor usually having a say in the matter and therefore does not need to be informed at all.

245    However, a claim for immediate enforceability (transfer from one creditor to another) may only be made if a public deed, usually a notarial contract, with file number, shows the actual amount of the claim. The notary must then calculate his fees according to this amount. In her

TITLE OF DOCUMENT: Lawsuit                    CASE NO.:

83 / 128

PAGE NO. ___ OF ___    [JDC TEMPLATE]

transfer of enforceability from Deutsche Bank to DSL Bank, Ms. Notarassessorin expressly refers to the extract from the land register in which the land charge was assigned and not to a notarial contract of claim with a file number. If immediate forced sale had already taken place in 2002 with the entry of the assignment of the land charge, then this would not have had to take place in 2006.

246    Mr. Juridical Officer Wagner of the Coburg Land Registry informed the Plaintiff that everything had been formally done correctly and did not mention the transfer of enforceability in his reply. He enclosed the declaration of assignment from Deutsche Bank to DSL Bank as proof that the formalities had been observed.

If the Plaintiff had not looked at the land register regulations, the appeal procedure to which Mr. Wagner, the judicial officer, referred would have come to nothing. But the regulations in the land register are clear. Unlike in normal legal relations, land transactions must be checked by a notary to determine whether these transactions can be entered in the land register and whether they are registrable.

The assignment of a land charge must be checked by the notary to ensure that it is made on the correct basis. This has not been done. The notary merely confirmed that the signatures originated from the issuers.

An entry in the land register may not be made if the requested entry is subject to a reservation. However, the assignment of the land charge is subject to the reservation "insofar as we are entitled to these (claims)". There are therefore no claims and it is a reservation.

This means that an unauthorized entry was made from the outset. Without this incorrect entry, the enforceability of a claim could not be transferred. But then the notary assessor also makes the mistake of confirming the enforceability of a claim that does not exist. The land registry should have recognized this.

247    VABA III GmbH was obviously aware that the forced sale of the properties was a fraud. VABA III GmbH issued a power of attorney to a law firm GmbH. It is not possible to identify who issued the power of attorney.

Even if an issuer could be identified, the law firm should not have accepted the power of attorney if the notarial certification that the signature originates from the issuer is missing. The law firm GmbH again issues a power of attorney that cannot be assigned to a lawyer of the GmbH. Law

TITLE OF DOCUMENT: Lawsuit                              CASE NO.:

84 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

firm GmbH grants power of attorney to a Mr. Fröhlich. Who Mr. Fröhlich is supposed to be, where he lives and where he can be contacted is not stated in the power of attorney.

248    On the basis of these powers of attorney, no forced sale could be carried out. In September 2009, the value of the Plaintiff's shares was already worth around €70,000 more than the loan granted by DSL Bank. However, the term had been agreed until 2012. By mutual tacit agreement, this contract will be continued. The bank reports the proceeds of the shares as equity and can obtain cheap loans up to 95 times the value and can pass these on at higher interest rates. The Plaintiff does not have to worry about the best investment opportunity, but can assume the best return in retrospect.

249    But the land registry does not re-enter the Plaintiff in the land register or correct the land register because the Plaintiff could never be deleted from the land register as the owner.

This means that the criminal offenses of theft, fraud, receiving stolen property, trespassing and, due to the criminal complaint of trespassing, the criminal offense of false suspicion are fulfilled. The Plaintiff's criminal complaint in this regard will not be processed, but he will continue to be labeled a trespasser. This constitutes gang-related land theft.

This is clearly and unambiguously, knowingly and willfully a committed war crime.

Ms. Barausch is the director and therefore the disciplinary superior of the land registry officials, bailiffs and district judges. The Plaintiff has already accused Ms. Barausch of being strongly suspected of having instructed the officials and judges concerned to commit the criminal offense of Perversion of Justice against the Plaintiff. There is no reply and this is an admission.

Once again the persons involved.

250    At the time of the land register entry, Mr. Lohneis was the director of the Coburg District Court and thus the disciplinary superior of the land registry, the Coburg District Court with (Mr. Judge) Bauer and the Coburg Execution Court.

Then Mr. Lohneis was Chief Public Prosecutor of the Coburg Regional Court and responsible for the extradition of the Plaintiff and that under his leadership Ms. Ursula Haderlein violated the Principle of Speciality. Mr. Lohneis then became President of the Coburg Regional Court and finally President of the Bamberg Regional Court.

TITLE OF DOCUMENT: Lawsuit                                   CASE NO.:

85 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

He is suspected of having tolerated the false land register entries, of having instructed Judge Bauer to condemn the Plaintiff, of having ordered the obviously unlawful forced sale and of having violated the Swiss extradition decision. Mr. Lohneis and Mr. Bauer have since retired. It is questionable whether they would still act in the same way after the Plaintiff's nationality was confirmed. The Plaintiff has therefore decided not to prosecute.

251    Ms. Ursula Haderlein succeeded Mr. Lohneis as President of the Coburg Regional Court and then of the Bamberg Regional Court.

252    Mr. Attorney General Lückemann was Mr. Lohneis' superior and ultimately also covered for him as President of the Higher Regional Court. He is also retired and the Plaintiff waives prosecution on his part.

253    Dr. Koch worked as a public prosecutor for the prosecution of the Plaintiff in the case of Ms. Hain and then as a judge for alleged illegal possession of weapons. Dr. Koch is now employed by the General Public Prosecutor's Office in Bamberg. He is no longer actively involved in the current war crimes. Here, too, the Plaintiff waives prosecution on his part.

254    Ms. Barausch was a judge at the Coburg Regional Court and rejected the claim for damages for unlawful violation of the Plaintiff's rights in 2006 without justification. She was then a public prosecutor at the Coburg Regional Court and refused to hand over a certified copy of the judgment of March 30, 2006, Case No. 3 Ds 106 Js 7394/04 and 118 Js 181/08. According to Section 345 Code of Criminal Procedure, the time limit for an appeal against a judgment does not begin to run until a judgment bearing the judge's signature has been served. The Plaintiff could not file an appeal against the judgment without waiving his rights.

Ms. Barausch is now the director of the Coburg District Court. She is suspected of having ordered the bailiff not to deliver the Plaintiff's letters and to have instructed the land registry not to correct the land register and to have ordered the judges of the Coburg District Court to convict the Plaintiff.

255    Mr. Raffaela Trotta was also already active at the Coburg Regional Court and is now the President of the Regional Court and is suspected of covering up for Ms. Barausch. This is a suspicion, but not proof.

256    Mr. SS KHK Bergner has taken the criminal charge of alleged trespassing to himself and conceals the Plaintiff's criminal complaint on suspicion of theft, fraud, receiving stolen property

TITLE OF DOCUMENT: Lawsuit                          CASE NO.:

86 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

and trespassing. As an investigating officer, he cannot claim to believe that the Land Registry has checked the suspicion of fraud, especially when the Land Registry claims that it does not check the factual accuracy of an entry and thus the suspicion of fraud. The Plaintiff has asked Mr. SS KHK Bergner to comment on who he is, which state and which nationality he protects. He is suspected of protecting the National Socialist German Reich and its arbitrary laws. There has been no reply and this is therefore an admission.

Criminal charges and a criminal complaint on urgent suspicion of a violation of the Convention on the Law of War on Land in the Hague and thus of war crimes, punishable under Indictment No. 2 of the Statutes for the Nuremberg War Crimes Trials, are therefore brought against

Ms. Ursula Haderlein, now President of the Bamberg Regional Court, Bamberg Regional Court Wilhelmsplatz 1, D-96047 Bamberg

Mr. State Security Chief Inspector Bergner, Coburg Police Station, Neustadter Str. 1, D-96450 Coburg,

Mr. Judicial Officer Wagner at the Coburg Land Registry, Heiligkreuzstr. 1, D-96450 Coburg, unless he claims to be acting on instructions,

Ms. Barausch, Director of the Coburg District Court, Ketschendorfer Str. 1, D-96450 Coburg She is suspected of having issued instructions to the land registry, the bailiff and the judge at Coburg District Court, Ms. Schlembach, so that the Plaintiff does not receive his property and instead is once again portrayed as a criminal.

Ms. Gisela Hain, Baumschulenweg 33, D.96450 Coburg for false accusation, false unsworn statement in court, fraud and incitement to deprivation of liberty - because of Ms. Hain's age, only civil damages are claimed.

The brothers, Mr. Jochen Schneider and Mr. Bertram Schneider, Gruber Str. 7, D-96271 Grub am Forst, for fraud, false accusation and destruction of buildings. They are responsible for the fact that the Plaintiff was unable to fulfill his contractual obligations and that further properties belonging to the Plaintiff were wrongfully auctioned off. For example, plot no. 156 in the district of Zeickhorn and plot no. 887/888 in the district of Buch am Forst and thus land theft was committed.

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

87 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

**ee. The Swiss Confederates as perpetrators of a violation of the Hague IV. Convention on the Law of War on Land**

257    Although Ms. Monika Trachsel of the Bern FOJ subsequently refused to extradite the Plaintiff and thus confirmed that he had been deprived of his liberty, under Swiss law the Plaintiff should have received compensation ex officio. Only if the compensation offered is too low is it necessary to take legal action. Switzerland can hold itself harmless against the Germans. Because Switzerland does not pay compensation, the proceedings are not discontinued. There appears to be no damage to Switzerland.

**1. Relationship between the Plaintiff and Switzerland under international law since March 10, 2014**

258    If a person is extradited against his will, he remains subject to the law and sovereignty of the state that extradited him. If the extradited person makes a purchase, this is an export. If he concludes a contract, the law of the state that extradited him applies.

A person who is extradited against his will enjoys the de facto status of a diplomat in the state that has requested extradition.

Anyone who is there at the request of a state enjoys immunity from that state. This is part of the general rules of international law.

In the present case, Bavaria/Federal Republic of Germany violated the general rules of international law because it carried out unauthorized prosecution measures against the Plaintiff. This was the only reason why the Indictment, Case No.: 1 KLs 123 Js 3979/11, came into being. Although the Swiss Confederation noted this violation, it did not complain about it.

The Plaintiff was therefore unable to leave Switzerland without being arrested. For this reason, the Plaintiff has been in Switzerland at the instigation of Switzerland, established with the refusal of extradition since March 10, 2014, and has had the status of a diplomat in Switzerland since then.

259    Because the proceedings 1 KLs 123 Js 3979/11 are not discontinued, but the Plaintiff is not extradited, only Ms. Karin Leffer is tangible as a perpetrator, in a case with over 100 convicted accomplices. Ms. Karin Leffer must therefore go into exile in Switzerland.

The Plaintiff and Ms. Karin Leffer went to see Prof. Dr. Breitenmoser, Professor of European Law at the University of Basel. It took him less than 10 minutes to realize that the offence of

TITLE OF DOCUMENT: Lawsuit                                              CASE NO.:

88 / 128

PAGE NO. ____ OF ____    [JDC TEMPLATE]

Deprivation of Liberty had been committed. He referred us to a lawyer, but he didn't want to represent us and no one else could be found. Naturally, Ms. Karin Leffer and the Plaintiff continually filed lawsuits in all kinds of courts against the Federal Republic of Germany, against the Canton of Aargau as the extraditing authority, against the Swiss Confederation and filed criminal charges with the Federal Prosecutor. All of this is downright sabotaged and thus the establishment of Switzerland's sovereignty.

260    The refusal of extradition was presented to all possible authorities and courts. The asylum office said that no Swiss police officer would deport or extradite us when the refusal of extradition was presented.

261    After the Plaintiff no longer had to expect to be arrested and extradited on a daily basis, he registered a business consultancy.

The Dutch woman Dr. Hospers asked the Plaintiff to represent her.

262    Dr. Hospers suffered serious damage to her health and was dismissed. But this was already prohibited by law. According to her employment contract, she would have received her full salary until retirement if she had been unable to work.

The Plaintiff was initially only to represent Dr. Hospers organizationally. The first lawyer immediately declined to represent Dr. Hospers vis-à-vis the DSM Group due to bias. Five other lawyers also refused to represent her. So the Plaintiff had to represent Dr. Hospers in court.

The Plaintiff took from the files: the envelope in which the contract was sent to Germany, the cover letter with the address for service in Germany and the confirmation of residence in Germany. Dr. Hospers signed the contract with Koninklijke DSM N.V. there. This contract was countersigned by the dependent subsidiary of the DSM Group, DSM Nutritional Products AG in Switzerland. International legal relationships therefore exist. According to Article 2 of the Swiss Code of Civil Procedure, this may not be applied in the event of a dispute. Arbitration proceedings must therefore be conducted in accordance with Chapter 12 of the Swiss Private International Law Act (sIPRG).

The DSM Group was ordered to pay damages in 6 cases in a ruling dated Oct. 14, 2015.

263    Mr. Nordmann, a lawyer from the law firm Walder & Wyss in Basel/Switzerland, filed a 77-page and 226 recitals complaint against this decision. For formal reasons alone, this complaint should not have been accepted. But Dr. Hospers should have the complaint refuted by

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

89 / 128
PAGE NO. ____ OF ___    [JDC TEMPLATE]

a lawyer within three weeks, otherwise the complaint will be accepted. That is an impossibility. The Plaintiff had already failed to find a lawyer to represent Dr. Hospers. The Plaintiff proved to the Federal Court that he can and may represent Dr. Hospers and refuted the DSM Group's complaint in due time, recital by recital.

Only one of 226 recitals was devoted in passing to the six claims arising from the arbitral award. The main argument is that the contract should have been signed by Dr. Hospers in Switzerland. As evidence, Mr. Nordmann named Mr. Isler from the legal department of DSM Nutritional Products AG. But Mr. Isler was not present at the signing of the contract and of course he did not sign the contract. In the event of a trial, Mr. Isler would probably have made a false statement in court.

The main subject of the complaint is the political persecution of the Plaintiff because of his Danzig nationality. The Plaintiff therefore bought the claims against the DSM Group. Federal Judge Kiss did not want to take note of the change of party, so the Plaintiff rejected Federal Judge Kiss. She then resigned for personal reasons.

264    As expected, the Swiss Federal Court ruled incorrectly on March 9, 2016 without any consultation or hearing. Federal Judge Klett ruled that Dr. Hospers had signed the contract in Switzerland. The court was presented with the envelope sent to Germany, the cover letter with the address in Germany and the confirmation of residence. Nothing was suspended with regard to the claims, only that the case should have been heard in accordance with the Code of Civil Procedure.

Federal Judge Klett should have asked Mr. Isler to testify when and where Dr. Hospers signed the contract. Then Mr. Isler would either have had to make a false statement in court or confess that the court was deceived by Mr. Nordmann.

265    Naturally, the Plaintiff lodged an appeal. The Aargau Cantonal Police then broke down the Plaintiff's front door on April 15, 2016 and extradited him to Germany in handcuffs. This was already ruled out due to the Agreement on the Free Movement of Persons between Switzerland and the EU. According to this agreement, the Plaintiff has the same rights of residence as a Swiss national. If the Plaintiff had been deported, he could have turned on his heel and returned to Switzerland immediately. But the Plaintiff had notified all the authorities of his

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

90 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

refusal to be extradited. A total of 52 times. It was therefore known that an arrest warrant had been issued for the Plaintiff.

The Plaintiff was therefore not taken across the nearby highway crossing. Neither the Swiss border police nor the German federal police would have allowed this. The Plaintiff was taken to a small, usually unmanned border crossing, where the local police were waiting with an arrest warrant because they had been informed by the cantonal police that the Plaintiff would be extradited there.

266     The criminal offense of <u>Deprivation of Liberty</u> was deliberately committed. The Plaintiff should not be given the opportunity to enforce the arbitration award. To this end, the Plaintiff was not to transfer the court costs for the motions for recusal, which were accepted as well-founded appeals, as usual, but to pay them in cash, which of course was not possible in prison. Without prior organization, the appeals would not have been paid.

The Plaintiff was only arrested and extradited so that the arbitration award could not be enforced

267     It was only through fortunate circumstances that the Plaintiff was released on April 13, 2017 with severe health problems. However, the Plaintiff continued to be pursued with an arrest warrant expressly because of his Danzig nationality and therefore had to return to Switzerland. There he was now prosecuted for illegal residence and for Danzig identity cards. Once again. The criminal offense of illegal residence does not exist for a European in Switzerland and in the matter of Danzig ID cards, the competent Public Prosecutor's Office of the Canton of Graubünden had issued a first-class acquittal - see Rec. 233, which cannot be appealed, Case No. EK.2013.5653/RI, and the Swiss Federal Office of Justice therefore rejected the prosecution - criminal offense: <u>Persecution of Innocent Persons.</u>

268     On Oct. 24, 2017, the Plaintiff was to be tried. Of course, Mr. Lüdi, President of the Rheinfelden District Court, had been recused. Nevertheless, he is hearing the case. This is too much for the Plaintiff's weakened health. He had to go to hospital at night because of stomach bleeding. Four large stomach ulcers and a duodenal ulcer were diagnosed. Without the hospital visit, the stomach bleeding could have been fatal.

269    Although the motions for recusal against Mr. Lüdi had not yet been decided, the Plaintiff was arrested during a police check and handcuffed. The Plaintiff only found out why at the police station. An arrest warrant was not presented. He was told verbally that the Plaintiff had been convicted of Illegal Residence and Falsification of Documents. In other words, the same charges that had not yet been decided and without the Plaintiff having been informed of this second procedure. The Plaintiff said that he could present immediate proof of innocence. The police officers refused, saying that they were no longer officers and were stubbornly following orders to avoid being dismissed. The Plaintiff was only released by the immediate payment of over CHF 2´600,-. The Plaintiff only received a receipt for the CHF 2´600,-. The receipt had to be issued by a novice police officer. The Plaintiff was not informed of this second procedure so as not to exhaust the legal process. Obviously, the Plaintiff was to be extradited again without proceedings.

270    The Plaintiff moved to the Canton of Appenzell-Ausserrhoden. He was told to leave the canton within a week. The Plaintiff naturally lodged an appeal against this. The High Court held that this expulsion was not even an appealable decision. Nevertheless, the Plaintiff appealed to the Federal Court. Suspicious, the Plaintiff instructed a lawyer to find out whether the Plaintiff was wanted again by warrant of arrest without being informed that proceedings were being taken against him.

Upon the lawyer's reminder, he was informed that an arrest warrant had indeed been issued again.

271    During a border check on December 24, 2019, the Plaintiff was arrested again. This time for disobedience because he did not leave the Canton of Appenzell-Ausserrhoden and then because he was not in the Canton of Appenzell-Ausserrhoden on 12 Aug. 2019.

272    A multidisciplinary expert opinion confirmed that the DSM Group was responsible for Dr. Hospers' disability. According to her contract, Dr. Hospers is entitled to full salary payment until she becomes disabled.

According to the law alone, Dr. Hospers should have received her full salary for at least 6 months. However, Mr. Gasser, President of the Rheinfelden District Court, did not award Dr. Hospers a single penny in compensation, but ordered Dr. Hospers to pay CHF 18´000,- and CHF 14´000,- to the DSM Group.

TITLE OF DOCUMENT: Lawsuit                                CASE NO.:

PAGE NO. ____ OF ___    [JDC TEMPLATE]

273    The main contract, however, is the Code of Business Conduct and is also binding for every contractual partner of the DSM Group. In this case, the Rheinfelden District Court naturally also had to comply with this Code of Business Conduct, which guarantees compliance with the Universal Declaration of Human Rights, including the right to property.

Due to the obvious political persecution, Dr. Hospers moved to Kreuzlingen/Canton Thurgau. There the Kreuzlingen District Court wants to seize the court costs. Naturally, an appeal is lodged against this. Because Dr. Hospers is helpless without the Plaintiff, she moved with him to Belgium. The Plaintiff was arrested there. Dr. Hospers had given notice on her apartment in Kreuzlingen and moved to Romanshorn.

She is supposed to pay the court costs there. Dr. Hospers pointed out that she had lodged an appeal against this and that no decision had been made. The Kreuzlingen District Court claims that Dr. Hospers' appeal was rejected and that no further appeal was lodged. Dr. Hospers obtains confirmation from both Swiss Post and Belgian Post that registered letters were not served.

Dr. Hospers has to pay under threat of criminal prosecution and being brought before the police. The Rheinfelden Tax Office has recognized the costs incurred by Dr. Hospers as a result of the arbitration tribunal proceedings as deductible costs from her income.

This had to apply uniformly throughout Switzerland. However, the Romanshorn Tax Office does not recognize the costs of arbitration proceedings or the Plaintiff's payment for his work for Dr. Hospers and believes that arbitration proceedings are not legal.

The Swiss Tax Office does not recognize Swiss law, nor does the head of the Debt Collection Office. The head of the Debt Collection Office comments: If he were a civil servant he would have more rights.

274    International law situation of Dr. Hospers

Dr. Hospers signed the contract with the DSM Group in Germany. With regard to this contract, she is extraterritorial to Switzerland.

The President of the District Court, Gasser, Rheinfelden, violated the general rules of international law and elementary Swiss law vis-à-vis Dr. Hospers, followed by the Romanshorn Tax Office and the Head of the Debt Collection Office.

Since the Plaintiff is in Switzerland at the instigation of Switzerland, the contract between Dr. Hospers and the Plaintiff is subject to German law.

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

                    93 / 128
PAGE NO. ____ OF ____    [JDC TEMPLATE]

The payment made by Dr. Hospers to the Plaintiff is therefore not subject to Swiss tax law and must be recognized by the Romanshorn Tax Office as expenses incurred abroad. The Swiss tax authorities have no right to assess whether these payments are justified or necessary to secure income. In addition, Dr. Hospers signed the contract in Germany. For this reason, no Swiss authority may make a judgment on the income or costs arising from this contract. The assets are to be taxed as stated by Dr. Hospers or the Plaintiff in accordance with foreign tax authorities.

The Romanshorn Tax Office is also violating the general rules of international law and is in fact continuing to deprive Dr. Hospers of her pension.

But Dr. Hospers receives her pension in Switzerland and therefore cannot move abroad.

Mr. Attorney Nordmann boasts that the whole of Switzerland is dancing to his tune. There are obviously high-ranking instigators behind Mr. Nordmann.

**2. Conclusion**

275    The Swiss Confederation itself renounced its sovereignty and submitted to Bavarian judges, and thus to nationals of the National Socialist Reich. Switzerland violated the Neutrality Treaty and took sides in the unfinished World War in favor of the nationals of the National Socialist German Reich and to the detriment of the Danzigers.

Switzerland also violated the Convention on the Law of War on Land of the Hague against the Plaintiff.

Switzerland no longer has any civil servants as guarantors of applicable law and compliance with international treaties.

Under international law, Switzerland is no longer a state, but a criminal organization dominated by Nazis and is thus an enemy of the United Nations as a war alliance against the Nazis.

The Swiss hold the 5 veto powers of the UN responsible for their actions.

**The Plaintiff defends Switzerland's sovereignty, neutrality and Swiss law.**

TITLE OF DOCUMENT: <u>Lawsuit</u>                                CASE NO.:

94 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

**3. The perpetrators of violations of the Hague IV. Convention on the Law of War on Land and the general rules of international law**

**Criminal charges and a criminal complaint will be filed against**

276    Ms. Monika Trachsel from the Federal Office of Justice in Bern is responsible for ensuring that the proceedings are not discontinued. Ms. Karin Leffer is still wanted on an arrest warrant. Ms. Trachsel is responsible for the fact that the Plaintiff has not received compensation and could be extradited again. Federal Office of Justice, Bundesrain 20, CH-3003 Bern. She is still responsible for the fact that the crimes have not been cured.

277    Judge Klett at the Swiss Federal Court in Lausanne, Av. du Tribunal-Fédéral 29, CH-1005 Lausanne. She ruled without further hearing that Dr. Hospers had signed the contract with the DSM Group in Switzerland, despite evidence to the contrary. It therefore wrongly ruled that the case should have been heard in accordance with the Swiss Code of Civil Procedure. It also wrote that a judgment containing a formal error is valid if a new trial would not lead to a different result. Due to the DSM Group's appeal against the arbitration award, a new hearing could also lead to a different result. Nevertheless, Ms. Klett ordered the Plaintiff and Dr. Hospers to pay the court costs. The Plaintiff was knowingly deprived of his freedom. He should not be able to pay for the well-founded appeals. Finally, Ms. Klett did not submit the paid appeals to any other judge for processing. In doing so, she knowingly made a wrong judgment and thus caused further serious damage to Dr. Hospers' health. She was responsible for the deprivation of the Plaintiff's liberty, which the Plaintiff only survived due to fortunate circumstances and severe damage to his health. She is responsible for the fact that the court files are not accessible to the public.

Mrs. Klett is therefore responsible for all further violations of the Hague IV. Convention on the Law of War on Land and the general rules of international law to this day.

278    The Head of the Romanshorn Tax Office, Ms. Ursula Frei, Konsumhof 3, CH- 8590 Romanshorn.

The first duty of a state is to protect its citizens from criminals. Tax payments must therefore primarily serve to ensure that criminals are prosecuted. Anyone who supports criminals financially is participating in crime. A public official must file criminal charges if he suspects a crime in order to fulfill his first duty to citizens. However, the head of the Romanshorn Tax

TITLE OF DOCUMENT: Lawsuit                                CASE NO.:

95 / 128
PAGE NO. ___ OF ___    [JDC TEMPLATE]

Office, Ms. Ursula Frei, is forcing Dr. Hospers to finance people who have committed crimes against Dr. Hospers.

The Rheinfelden Tax Office had recognized the costs incurred by Dr. Hospers in connection with the contract between her and the DSM Group as deductible costs. The subsequent Romanshorn Tax Office had to follow suit. However, Ms. Ursula Frei refuses to deduct the costs incurred by Dr. Hospers in connection with the contract between Dr. Hospers and the DSM Group from her income. She is thus preventing Dr. Hospers from fulfilling her contractual obligations. She is taking sides in an international legal relationship. She is assuming sovereign powers in a contract that was signed in Germany. She does not recognize arbitration awards under international treaties. She takes sides in favor of the DSM Group at the expense of the Plaintiff, who is being paid by Dr. Hospers to fulfill her obligations and obtain justice. However, she also sides with the DSM Group at the expense of the Swiss Confederation. She is taking sides with the DSM Group at the expense of Dr. Hospers. She is thus also taking sides to the detriment of the Plaintiff, in favor of the nationals of the National Socialist German Reich who are liable for reparations. Ms. Frei does not acknowledge that the Plaintiff is acting on behalf of Dr. Hospers and must receive remuneration for this. She also refuses to pay taxes to the tax office responsible for the Plaintiff. In principle, Ms. Frei is denying the 5 victorious powers as the supreme executive that the Plaintiff is not fulfilling his administrative duties. Mrs. Frei interferes with the sovereign rights of the Allies at the expense of the Allies.

279     Ms. Ursula Frei is violating the Convention on the Law of War on Land in the Hague and the general rules of international law.

Apparently, Ms. Ursula Frei is no longer employed at the Romanshorn Tax Office. Apparently, she was instructed to act in violation of international law and may have left the office.

280     Mr. Nordmann, Attorney at Law, Walder & Wyss AG, Aeschenvorstadt 48, CH- 4051 Basel boasts of being the instigator of the extradition of the Plaintiff in violation of international law and thus of the deprivation of his liberty and the subsequent prosecution of the Plaintiff in violation of international law. He is responsible for the fact that Dr. Hospers, although she was no longer a party, was forced to have a duty lawyer under threat of incapacitation. Mr. Nordmann is responsible for a Swiss court imposing proceedings on a foreign woman because of a contract that was signed abroad, although Section 2 of the Swiss Code of Civil Procedure

TITLE OF DOCUMENT: Lassuit                          CASE NO.:

PAGE NO. ____ OF ___   [JDC TEMPLATE]

expressly prohibits this. He is responsible for the fact that the Rheinfelden District Court is not ruling on the basis of the contractual provisions, but in a demonstratively brutal and completely arbitrary manner. Instead of awarding Dr. Hospers minimum compensation, at least as a semblance of the rule of law, Dr. Hospers was further robbed by the state. To this day, he is responsible for the fact that the crimes have not been healed.

**ff. The Dutch as perpetrators of violations of the Hague IV. Convention on the Law of War on Land**

281    The Plaintiff has purchased claims against the Dutch Group, Koninklijke DSM N.V., and thus the obligation to comply with the Code of Business Conduct.

The Plaintiff is aware that the Code of Business Conduct is being violated to the greatest extent imaginable. The Plaintiff reported the violations to the Whistleblower Office. Mr. Nordmann responded each time, stating that he is authorized and that complaints should be addressed to him.

The Plaintiff had the detailed description of the violations translated by a translation agency at great expense so that Koninklijke DSM N.V. would have to take note of the violations and threatened to enforce the arbitration award.

Mr. Bekius is now the representative of Koninklijke DSM N.V. He wanted the arbitration ruling to be withdrawn so that negotiations could take place. Naturally, this was refused.

Finally, the Plaintiff instructed the enforcement of the arbitration award of October 14, 2015 at the registered office of Koninklijken DSM N.V. in Heerlen, the Netherlands. The debt collection company submitted the arbitration award to the court, but then the debt collection agency's lawyer suddenly resigned without explanation. Fees have been paid, however. There is an obligation to hire a lawyer. A new lawyer must take over the case within three weeks. The first one to get in touch first wanted money to look at the case and urgently advises withdrawing the arbitration award. A lawyer contacted the court immediately, without any prior costs.

Mr. Bekius informed the court that Dr. Hospers was attempting to commit fraud. He claimed that the arbitration award of October 14, 2015 had been destroyed by the Swiss Federal Court ruling of March 9, 2016. He threatened Dr. Hospers with criminal prosecution. The Plaintiff stated that he was the representative of Dr. Hospers and responsible for everything. The Plaintiff suggested

TITLE OF DOCUMENT: <u>Lawsuit</u>                                    CASE NO.:

PAGE NO. ___ OF ___    [JDC TEMPLATE]

that he file a criminal complaint against himself so that the public prosecutor's office could investigate the matter.

Mr. Bekius suddenly no longer wanted this. The Plaintiff informed the court in Heerlen that Mr. Bekius must already submit the entire case to the Federal Court in Heerlen and must not conceal the fact that two motions for recusal against the Federal Court judgment of March 9, 2016 were accepted as well-founded appeals and the court costs were paid for them and the appeals were not refuted.

The Plaintiff pointed out that he has undertaken to continue to sue if the proceedings are not terminated with the arbitration award of Oct. 14, 2015.

The lawyer, who acted immediately without a deposit, informed the court that he was only representing Dr. Hospers and that he was resigning his mandate following the Plaintiff's notification.

282     The DSM Group makes the political persecution of the Plaintiff on account of his Danzig nationality the main subject of the complaint against the Arbitral Award of October 14, 2015.

Under the responsibility of the Dutch CEO, Mr. Feike Sijbesma, Koninklijke DSM N.V. is thus taking sides in the unfinished World War in favor of the nationals of the National Socialist German Reich, to the detriment of the Danzigers and the 5 veto powers.

Mr. Feike Sijbesma is a Dutch national and is responsible for the most serious crimes against the Dutch woman Dr. Hospers and should therefore answer to a court in the Netherlands.

But as the attempt to enforce the Arbitral Award of Oct. 14, 2015 has already failed because the lawyers were obviously threatened, not only Koninklijke DSM. N.V. enjoys immunity, but it can be assumed that Mr. Feike Sijbesma in particular can be sure of being allowed to commit the most serious crimes without any consequences.

283     Dr. Hospers is not an isolated case. The case of Dr. Hospers proves that systematic action is being taken here. Starting with the personnel office of the DSM Group, Ms. Eglin, the psychiatrist Dr. Hodzic, the Disability Office and the Federal Court.

Lawyers are threatened. Even the duty lawyer appointed by the district court was threatened by Mr. Nordmann with professional consequences because he submitted the 77-page complaint of the DSM Group against the Arbitral Award of 14 Oct. 2015 as a reply to the Rheinfelden District Court.

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

                    98 / 128
PAGE NO. ____ OF ___     [JDC TEMPLATE]

So it is common knowledge that Mr. Feike Sijbesma is responsible for crimes and yet he is making a career out of it.

The suspicion arises that Mr. Feike Sibesma is making a career precisely because he is willing to be responsible for crimes.

How is this possible?

The explanation is obvious.

284    The Dutch royal family, now King Alexander, is not a legitimate king of the Netherlands according to the Dutch Constitution. The royal family, Queen Wilhelmina, fled when the Germans invaded, even though the Dutch were still fighting. This is known as desertion. According to the constitution, the Dutch king is not permitted to do this.

Under international law, the Netherlands was therefore without a head of state, which is why Hitler appointed a German as head of state. After the war, Queen Wilhelmina would have had to be confirmed as queen again. Was this not done because it was feared that another king would be appointed?

By way of comparison, the Belgian king remained and was the official head of state under German occupation. For better or worse, he had to come to terms with the Germans. That's why the Belgians deposed him in 1945 and confirmed his son as the new king.

The father of the current King Alexander, Prince Bernhardt, was a member of the National Socialist German Workers' Party (NSDAP). He founded the Bilderberger Group. One of the regular participants is the founder of the World Economic Forum and the Young Global Leaders, Klaus Schwab.

King Alexander is one of the Young Global Leaders.

Mr. Feike Sijbesma is on the board of the WEF, etc.

Mr. Feike Sijbesma and Mr. Klaus Schwab certainly know each other.

King Alexander is the supreme judge. He is responsible for prosecuting Dutch people who commit crimes against Dutch people.

But King Alexander is also a Young Global Leader by the grace of Klaus Schwab.

Mr. Klaus Schwab says publicly that his Young Global Leaders penetrate governments.

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

99 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

Klaus Schwab does not make a foundation for "Young Global Democratics, but leaders according to Hitler's idea. What the Führer/leader orders is done and the population is forced to follow the order.

It is quite clear that the WEF and the Young Global Leaders are striving for a dictatorship that rules the world.

The Prussian kings saw themselves as the first servants of their state, their people. In Germany, the traditional principles of the civil service should apply, i.e. the self-image that civil servants serve the people and do not lord it over the citizens.

As a king, you can only serve and protect your people, as it says in the Dutch passport.

King Alexander is responsible for protecting his citizens. He is also responsible for ensuring that Koninklijke DSM N.V. complies with the Code of Business Conduct. Instead, he is responsible for threatening lawyers who take legal action against Koninklijke DSM N.V.. As chief judge, he is responsible for ensuring that courts do not take action against Koninklijke DSM N.V.

The Plaintiff has taken over the protection of the Dutch woman and is publicly exposing the crimes.

The Plaintiff has taken on the role of the King without intending to do so.

The President of the Russian Federation, Mr. Putin, points out that the presidency of Mr. Selenskyj has expired and whether he can conclude a peace treaty at all.

The same question naturally arises with regard to the Dutch royal family, which must first be reconfirmed in accordance with the Constitution.

In this context, the question arises as to whether the Netherlands was entitled to annex German territories that were bought back in 1963.

Due to the flight of the Dutch queen in 1940, the Germans had appointed a Dutch head of state. This meant that the Dutch themselves were legally responsible for his actions.

The Dutch mainly complained about the bombing of Rotterdam. But the Dutch had declared Rotterdam a fortress. This meant that the bombing of Rotterdam was in accordance with the Convention on the Law of War on Land in the Hague. After the Dutch realized this, they withdrew this declaration. But too late. The first of three bomber fleets was already on its way. But the two other bomber fleets never took off.

TITLE OF DOCUMENT: Lawsuit                                CASE NO.:

100 / 128

PAGE NO. ____ OF ___  [JDC TEMPLATE]

What right did the Dutch have to demand reparations? Especially when they themselves are now responsible for the fact that Koninklijke DSM N.V., with the Dutchman Mr. Feike Sijbesma as CEO, took sides in the unfinished war in favour of the Nazis.

The Plaintiff had asked the Dutch Attorney General's Office for safe conduct so that he could sue Koninklijke DSM N.V. in the Netherlands. This request was rejected.

**Arrest Warrant against Mr. Feike Sijbesma**

- see details in Exhibit 6

285    Mr. Feike Sijbesma was born in Nieuw-Loosdrecht in the Netherlands. He is a national of the Kingdom of the Netherlands.

He was CEO of Koninklijke DSM N.V. from 2007 to 2020. Since 2020, he has been Honorary Chairman of Koninklijke DSM N.V.. His successors as CEO are Ms. Geraldine Matchett and Mr. Dimitri de Vreeze.

He is also

- Member of the Supervisory Board of the Dutch Central Bank
- Co-Chairman of the Global Center of Adaptation (GCA)
- Scaling Up Nutrition Movement (SUN), member of the Lead Group and Founder/Co-Chair of the SUN Business Network (appointed by United Nations Secretary-General Ban Ki-moon in 2016), and also supports Unicef's GenU.
- Senior Advisor to the Ocean Cleanup
- Senior Advisor African Improved Foods (AIF)

Mr. Feike Sijbesma himself created the Code of Business Conduct of Koninklijke DSM N.V.. This Code of Business Conduct ensures compliance with the Universal Declaration of Human Rights. Every employee must sign it every six months to report any violations, also in the future. This creates personal liability for the CEO in particular.

Mr. Feike Sijbesma is suspected of being the instigator of subsequent criminal acts in order to cover up a bodily injury that led to disability.

TITLE OF DOCUMENT: <u>Lawsuit</u>                                             CASE NO.:

PAGE NO. ___ OF ___    [JDC TEMPLATE]

He is suspected of instigating criminal offenses such as forgery of documents, false medical reports, coercion/extortion and, finally, obstruction of justice, extortion, prosecution of innocent persons and execution against innocent persons/deprivation of liberty in order to prevent the enforcement of an arbitral award against Koninklijke DSM N.V. in which it is proven that the Code of Business Conduct was violated.

As CEO of Koninklijke DSM N.V., the motive for instigating the aforementioned offenses was to spare Koninklijke DSM N.V. compensation payments for bodily injury that led to disability. But also that it was discovered that the Code of Business Conduct of Koninklijke DSM N.V. was violated and that Mr. Feike Sijbesma as CEO was also particularly responsible for the fact that the Code of Business Conduct could be violated.

Mr. Feike Sijbesma has appointed Mr. Philippe Nordmann to represent the DSM Group. Mr. Klaus Schwab is the founder and director of the World Economic Forum, of which Mr. Feike Sijbesma is also a member of the Board of Trustees. There is a suspicion of collusion between Mr. Feike Sijbesma and Mr. Klaus Schwab. Koninklijke DSM N.V. also wanted to profit from the illegal war of aggression against the Free City of Danzig, which has not ended, and is therefore treated in the same way as nationals of the German Reich.

Mr. Feike Sijbesma may enjoy immunity from certain states. States that do not issue a national arrest warrant against Mr. Feike Sijbesma are suspected of siding with war criminals against the state for which the United Nations was once founded.

A state that does not issue a national arrest warrant against Mr. Feike Sijbesma must be classified as an enemy state under Articles 53 and 107 of the Charter of the United Nations and therefore cannot be a member of the UN.

Enforcement against the entire assets of Koninklijke DSM N. V. is therefore also requested.

Mr. Feike Sijbesma can avert this arrest warrant by declaring in a public document that he had no knowledge of the aforementioned crimes and that, in accordance with his own obligation under the Code of Business Conduct of Koninklijke DSM N. V., he will immediately ensure that those responsible are brought to justice.

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

102 / 128

PAGE NO. ___ OF ___ [JDC TEMPLATE]

**gg. Austrians as perpetrators of violations of the Hague IV. Convention on the Law of War on Land and the Austrian State Treaty**

286    The Austrians were not granted the waiver not to have to participate in reparations but were subject to the conditions contained in the State Treaty.

Apart from the reparations to be paid directly by the GDR to the Soviet Union, the Potsdam Agreement applies, according to which Germans may not have a higher standard of living than the average European. This is why wages in the Federal Republic of Germany are too low in relation to production and foreign trade surpluses arise from which the Germans do not benefit. This is why pensions in Austria are 30% higher than in Germany, with the same benefits.

287    According to the State Treaty, the Austrians themselves are responsible for not entering into any connection with the Germans. It is not credible that the Austrian government and lawyers do not know that the Nazis are again acting completely arbitrarily with the German State of Bavaria as a forerunner. Nevertheless, Austrians are also enforcing German decisions without any checks.

Austrian police officers searched for Ms. Karin Leffer because of the arrest warrant issued by the Coburg/Bavaria/BRD Regional Court, which was not issued by independent judges. It is very likely that the Austrians would also have extradited the Plaintiff.

According to the State Treaty, human rights must not only be on paper, but must be respected.

288    With the corona measures, Austria has seriously violated human rights. The sale of Ivermectin was banned. People were effectively forced to be vaccinated.

The Plaintiff is demonstrably immune and, despite a recent test confirming that the Plaintiff is not infected, was nevertheless unable to buy ink cartridges and therefore had to travel to Switzerland. Doctors in the public sector who did not want to vaccinate were dismissed. Finally, compulsory vaccination was ordered. Anyone who did not get vaccinated had committed an administrative offense.

Since the Plaintiff neither needed a vaccination nor had committed an administrative offense, the Plaintiff took a second home in Switzerland.

289    The existence and sovereignty of Austria depends on compliance with the State Treaty, and this is only complete once a peace treaty has been concluded with the nationals of the German Reich. The Austrian government should keep a very close eye on what is happening in

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

103 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

Germany and whether the Two-plus-Four Treaty has been implemented. The Austrians must be interested in how the reparations issues have been settled, because the Germans have not refrained from involving the Austrians in them.

The Austrian government must have taken note of the fact that the Second Law on the Regulation of Nationality was repealed and that Austrians were once again nationals of the National Socialist German Reich according to Section 4 of the Nationality Act of the German Reich.

290    The Swiss then appealed to the District Court of Feldkirch/Vorarlberg/Austria to have the Plaintiff pay outstanding invoices.

The Plaintiff filed a counterclaim against the Swiss on the grounds that it was simply not mathematically possible for the Plaintiff to always pay all invoices, but that his claims were not being enforced.

The Plaintiff informed the Feldkirch District Court of some of his unpaid bills, starting with his father's outstanding loss of earnings as a result of the Second World War, the uncompensated deprivations of liberty and currently the theft of his real estate.

In addition, the Plaintiff prepared a preliminary request for the courts in Austria for the European Court of Justice in Luxembourg, in which it is proven that Bavaria is once again a National Socialist dictatorship and that this is the reason why the Plaintiff cannot have his claims enforced.

To this end, the Plaintiff demands the transfer of the Bavarian Saalforstämter located in Austria to his ownership as the party entitled to reparations.

The Plaintiff quotes the Feldkirch District Court from the State Treaty and proves that either Bavaria must be released from the EU or Austria must leave. He points out that Austria must recognize and enforce reparation claims against the Germans. The Feldkirch District Court does not forward the claim to the European Court of Justice and does not take a position on its claim by the Bavarian Saalforstämter and does not recognize the counterclaim.

The Feldkirch District Court refuses to offset the Swiss invoices against the CHF 2,600 extorted by deprivation of liberty, for example.

The Feldkirch District Court, on behalf of all Austrians, fully recognizes that they are once again nationals of the National Socialist German Reich and are actively participating in the Nazi war against the rest of the world.

291    The Plaintiff has offered a second chance to distance from the Germans.

A house is being offered for sale, but the owner, who is in need of help because of his age, is to remain in it until his death. A buyer had already been found for the house once before. However, this purchase was sabotaged by the homeowner's guardian appointed by the court. As a result, a loan from BAWAG increased in price from around €350´000,- to around €500´000,-. The house has a value of €2´000´000,-.

The house is of interest to the Plaintiff. The Plaintiff makes a purchase offer and wants to pay with assignments from his numerous different claims. These include assignments from claims for damages due to violations of the Hague IV. Convention on the Law of War on Land committed by the Germans. Austria has recognized that it must enforce against German assets in Austria. Austria's existence also depends on this. The guardian appointed by the court, Attorney Preisl, rejects the offer without explanation. Instead, he immediately deducts €70´000,- from the homeowner and demands a monthly payment to BAWAG Bank.

By recognizing assignments, especially assignments of claims against the Germans, which can be easily enforced in Austria, the Austrians would have distanced themselves from the Germans and the State Treaty would have been essentially preserved.

It must therefore be assumed that Austria is also ruled by the Nazis.

Austria is once again part of the National Socialist German Reich of its own free will and has to contribute to reparations, which were also paid in the form of unused interest income from foreign trade surpluses.

Once again, it is only the Plaintiff who has defended Austrian interests.

BAWAG Bank is probably the instigator in thwarting the sale of the house.

BAWAG Bank also profits from the interest paid on foreign trade surpluses.

Persons involved:

Judge Wolfgang Schwarz, District Court Feldkirch, Churerstrasse 13, AT-6800 Feldkirch

He knowingly and willfully refuses to forward/report to the ECJ that the German State of

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

105 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

Bavaria is once again a National Socialist dictatorship so that the ECJ can take an official position on the Bavarian dictatorship. He agrees that the Austrians are following the Bavarian dictatorship and approves of its crimes. As a representative of the Austrians, he obviously rejects the State Treaty of Austria and reaffirms his nationality as a national of the National Socialist German Reich. He recognizes the past and present crimes against the Danzigers as a legitimate right. In doing so, he makes himself complicit in war crimes.

**hh.     On the Belgians as perpetrators of violations of the Hague IV. Convention on the Law of War on Land**

292     The European Court of Justice in Luxembourg ruled on May 27, 2019, following a preliminary request under EU law from two suspected Romanian bank robbers via Irish courts, that German public prosecutors may not issue arrest warrants because they are not independent. The same applies to Bavarian judges.

As the Plaintiff was apparently to be extradited from Switzerland again without trial, he traveled to Belgium in order to take legal action before the European Court of Justice (ECJ) from there. The Plaintiff expected to be arrested in Belgium and saved all his evidence of innocence in his laptop. He had the most important ones to hand in writing. He was in the process of renting an apartment in order to have a place of residence to avoid being arrested. The Plaintiff was arrested as soon as he arrived in Belgium. Among other things, he submitted his father's renunciation of German nationality, in which the government of Lower Franconia confirmed that he was a Danzig national and a "German within the meaning of Article 116 (1) of the Basic Law". The Plaintiff could not become anything else. In addition, the official documents of the United Nations, in which it is confirmed that the Plaintiff's father is a Danzig national, and the Nationality Act of the Free City of Danzig. In addition, the completed complaint to the Court of Human Rights, which proved that the European Convention on Human Rights had been massively violated. But the duty lawyer appointed by the court was on vacation. To cut a long story short, the Plaintiff was extradited. The Plaintiff was vindicated by the German legislature, including by amending the German Reich's Nationality Act. It was confirmed that the two partially sovereign states of the Federal Republic of Germany and the German Democratic Republic still existed. Nevertheless, the Coburg authorities continue to treat the Plaintiff as an

TITLE OF DOCUMENT: <u>Lawsuit</u>                                    CASE NO.:

                    106 / 128
PAGE NO. ____ OF ___   [JDC TEMPLATE]

enemy of the state and cannot sue for damages there. The Plaintiff therefore filed an action for a declaratory judgment on the issue of liability.

In principle, the Kingdom of Belgium is liable. But the Bavarians should not have issued an EU arrest warrant. An EU arrest warrant can only be refused if the EU Commission has identified serious and persistent breaches of EU law. Such violations have existed for a long time and the EU Commission should have criticized this long ago. Then the entire proceedings, Indictment 1 KLs 123 Js 3979/11, are purely Swiss proceedings and Switzerland bears responsibility for them. The aim is therefore to establish who is liable and to what extent. To this end, the Plaintiff again submitted a prepared request to the ECJ. After all, it is not primarily about compensation, but about restoring a Europe of justice, freedom and security. To this end, the Plaintiff himself has submitted a preliminary question to the CJEU and filed a complaint with the European Court of Justice. The Plaintiff has also informed all EU institutions.

The case should now be heard in Belgium without any comments having been made on the complaint. The Plaintiff called the Belgian court in Eupen. The court clerk confirmed that a default judgment would have to be issued. At the last minute, the Plaintiff was informed by email that the court hearing would be postponed because two judges had recused themselves from the case.

The Plaintiff asked the court to summon Ms. Karin Leffer and the person in charge of this case, Mr. State Security (SS) Detective Chief Inspector (KHK) Bergner, as witnesses. The court must confirm that Ms. Karin Leffer will be given free passage so that she can come without being arrested first.

An answer is still pending.

V. CONCLUSION

**The World War is not over**

293    The World War began with the Nazi invasion of Danzig and is not over until the people of Danzig have received reparations. Until then, the Hague IV. Convention on the Law of War on Land applies, with the five powers responsible for ensuring that it is observed.

294    Danzig was founded as the first area of law, freedom and security.

TITLE OF DOCUMENT: <u>Lawsuit</u>                                    CASE NO.:

PAGE NO. ____ OF ___    [JDC TEMPLATE]

According to the Versailles Peace Treaty, the Free City of Danzig is under the protection of the League of Nations. Both the Germans and the USA never recognized the Versailles Peace Treaty. In the Versailles Peace Treaty, the Germans were wrongly portrayed as being solely responsible for the First World War without being heard. They had to cede approx. 1/3 of the territory and make horrendous reparation payments. The people of Danzig also had to pay their share and paid it in full. The President of the Russian Federation, Mr. Putin, emphasizes that the Soviet Union did not participate in the Versailles Peace Treaty. The USA and the German Reich concluded a separate peace treaty in Berlin in 1920.

According to the peace treaty between the German Reich and the United States of America, the Danzigers are part of the German Reich, which is under international occupation.

The Danzigers had the task of reporting violations of public order. They fulfilled this task. The Federal Republic of Germany was conceived as the legal successor to Danzig and the EU was to become a de facto Greater Danzig, as an area of law, freedom and security.

In the process, the people of Danzig once again have the task of claiming violations of public policy. One could say that the people of Danzig are the Allies' control/detection authority.

The Danzigers have once again fulfilled their tasks.

295    The Potsdam Agreement still applies. Proof of this is that the Germans cannot profit from their foreign trade surpluses, which have been accumulated over 65 years and now amount to around €6'000'000'000'000,- on which around €240'000'000'000,-/year, €20'000'000'000,-/month is paid. This is due to the Potsdam Agreement, according to which Germans are not allowed to have a higher standard of living than the average European. This is why, for example, pensions in Austria are around 30% higher than in Germany for the same benefits.

296    As already mentioned, the Danzigers are responsible for complaints if the Hague IV. Convention on the Law of Land Warfare is not observed. The Danzigers prove that the Hague IV. Convention is being seriously and persistently violated. It is proven that the EU is ruled by Nazis.

297    Nazis are not anti-Semites, racists and nationalists. So were the Poles in the last century, but they were not Nazis. A Nazi twists the terms. A Nazi does not lie and cheat to enrich himself, but to destroy any binding law with the motive of provoking violence, i.e. the greatest possible

TITLE OF DOCUMENT: Lawsuit                                CASE NO.:

108 / 128
PAGE NO. ____ OF ___   [JDC TEMPLATE]

mass murder or war. In terms of international law, Nazis are enemy agents who take over a state under a false flag.

A Nazi is easily unmasked. One asks him to sign that he recognizes the primacy of arbitration courts over state courts. This has always been in line with the general rules of international law and is bindingly agreed in Article 33 of the United Nations Charter.

298    The Two-plus-Four Treaty was intended to end the World War. A condition of this treaty is that a constitution must be proclaimed by Germany.

The Saarland and the German Democratic Republic had a constitution and a nationality law. Nevertheless, they remained subject to reparations under international law. It is logical that the nationals of the German Reich cannot simply evade reparation claims by calling themselves something else.

Nationals of the German Reich can only acquire a claim to a share of state assets and territory by assuming a different nationality.

**The Versailles Peace Treaty is no longer recognized**

299    The constitution of Germany must therefore be promulgated by "Germans" who are not obliged to pay reparations. These are the Danzigers.

The Plaintiff has sent the Constitution of Germany, with the letterhead and emblem of the Free City of Danzig, to the International Court of Justice with the request to examine whether the Constitution of Germany regulates the legal succession to the Peace Treaty of Versailles in a sufficiently comprehensible manner. The submitted constitution is divided into three parts. In the first part, the Constitution of the Free City of Danzig is adopted, in the second part an International Protecting Power is created and is in fact the supreme executive. The third part regulates arbitration. International courts of arbitration are the supreme judiciary of Germany. The International Protecting Power enforces arbitral awards.

According to Art. 37 of the Statutes, the International Court of Justice is responsible for matters relating to the League of Nations. The International Court of Justice in The Hague does not respond to letters from the Free City of Danzig. Belgium also extradited the Plaintiff as representative of the Free City of Danzig for prosecution.

Obviously, the Versailles Peace Treaty is no longer generally recognized.

TITLE OF DOCUMENT: Lawsuit                          CASE NO.:

109 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

300    The nationals of Danzig were also wrongly forced to pay their share of the horrendous claims under the Versailles Peace Treaty and had already paid them in full.

Now that the Free City of Danzig is obviously no longer recognized, the Versailles Peace Treaty must be renegotiated.

301    The German Reich in the borders of 1920, the Weimar Republic was abolished by the Nazis in 1933. Subsequently, the German nation was eliminated in accordance with international law as defined by ordre public. Austria was integrated into the National Socialist German Reich in 1938 without resistance and thus became extinct under international law. In 1939, only the people of Danzig existed as a German nation under international law. For this reason, Danzig was declared a mortal enemy by the Nazis and was to be completely destroyed. For the USA, this was an attack by the Nazis on the part of the German Reich that was under international occupation.

The Nazis waged a forbidden house-to-house combat for Berlin. That is why the National Socialist German Reich was completely extinguished. The nationals of the National Socialist Reich have the status under international law of May 8, 1945, which means that they have no representation under international law, no state and have lost all rights. They are de facto slaves. In contrast, the nationals of Danzig have survived, represented by the Plaintiff. They have never allowed their rights, their ordre public to be taken away from them, even at the risk of their lives.

302    The Plaintiff's grandfather was British, but a German colonial officer. After he ended slavery in East Africa, he was elevated to hereditary nobility and became a settler. At the beginning of the Second World War in 1914, the British attacked Tanga with 8,000 elite soldiers and drove back the approximately 1,000 Askaris (today one would say a pan-African peacekeeping force) until the Plaintiff's grandfather (Bwana Sakarani, the Man Without Fear) appeared with 100 volunteers and forced the British back onto their boats. He fell in the process. The Plaintiff's father was only in Danzig for training and did not become a national of the Weimar Republic. As a minor, he returned to his home country, where he was born, with a Danzig identity card, in the meantime the League of Nations Mandate territory of Tanganyika, until he was sent to the German Reich by the British to resist the Nazis in 1940. Nationality is transferred from the father to the children. If the Free City of Danzig is not recognized, then the Plaintiff is a representative of the German monarchy of the German Imperial Empire. Therefore,

TITLE OF DOCUMENT: Lawsuit                                CASE NO.:

110 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

the Constitution of the German Imperial Empire from 1871 becomes effective again. Modified, of course.

There are still international treaties of the German Imperial Empire from 1871 that have never lost their validity. The German Imperial Empire is therefore still a recognized subject of international law.

Due to two lost world wars, Germany cannot be anything other than an absolutely neutral state. That is why the second part of the constitution, an international protecting power, remains in place. If every state joins, the Charter of the United Nations becomes effective and arms expenditure can be reduced to a minimum for the benefit of humanity. The third part, international arbitration, also remains in place and the United Nations Charter becomes effective. Only those who sign that they recognize the precedence of arbitral awards over state courts and thus prove that they have understood that they cannot evade arbitration proceedings can become nationals of Germany.

**A new peace treaty must be negotiated**

303    With the Two-plus-Four Treaty, the Soviet Union waived further reparations on the condition that no foreign armed forces would be stationed in the territory of the German Democratic Republic and that the current borders in Europe would be confirmed by a border treaty with Poland. All 4 powers agreed that the Danzigers would settle their claims with the Germans through a constitution of Germany.

In doing so, however, the four powers also shifted the responsibility from the Potsdam Agreement to the Danzigers, that all Germans were to share equally in the reparations. Now, however, a war is being waged in Ukraine over territory and the nationals of Danzig are indirectly involved.

304    Until 1990, every Pole was aware that the East German territories could be bought back, just as the territories annexed by the Benelux states were bought back in 1963.

Due to the activities of the Plaintiff as representative of the Free City of Danzig, Poland demanded reparations, most recently in the amount of €1´300´000´000´000.

The Plaintiff had pointed out that Poland had violated the Versailles Peace Treaty in 1920 and had annexed what is now Western Ukraine and harassed the minorities. Stalin reversed this annexation in 1945 and the East German population was expropriated and expelled without

TITLE OF DOCUMENT: <u>Lawsuit</u>                    CASE NO.:

111 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

compensation so that the Polish-speaking population from what is now Western Ukraine could be resettled in East Germany.

In an area where previously around 15´000´000 East Germans lived, around 3´000´000 Polish-speaking, now Western Ukrainians were resettled.

That is why the Russian Federation is now demanding €750´000´000´000 in excess reparations.

Poland is now pointing out that the current border between Poland and Ukraine has not yet been confirmed in a treaty recognized under international law.

TREATY BETWEEN THE USSR AND THE POLISH REPUBLIC ON THE SOVIET-POLISH STATE BORDER OF AUGUST 16, 1945 (MOSCOW)

*Art. 3 Until the final decision on territorial issues at the conclusion of peace, the part of the Soviet-Polish border, ....*

Although Poland and Ukraine concluded a treaty on good neighborliness in 1992 and confirmed the existing border, they did so in the belief that the current borders would be confirmed in the constitution of Germany and a border treaty with Poland.

305    The Versailles Peace Treaty has effectively been terminated by all sides and must be renegotiated. The peace treaty between the German Reich and the USA was fair and remains in force. Germany, as the legal successor to Danzig, therefore remains under international occupation. An International Protecting Power is the guarantor of protection and that Germany is and remains completely neutral. Anyone can join the International Protecting Power. If all states join, arms expenditure can be reduced to a minimum. Ukraine can also join, provided, of course, that its dispute with the Russian Federation is settled by an international court of arbitration if necessary. The eastern Ukrainians must be compensated by the Ukrainians and the western Ukrainians by the eastern Ukrainians. If Azerbaijan wants Nagorno-Karabakh without the Armenians, then Azerbaijan must compensate the inhabitants of Nagorno-Karabakh. What are the Israelis arguing about with the Palestinians? They have the uninhabited Sinai Desert at their disposal. With the money spent on armaments, the Sinai desert could easily be turned into a flourishing landscape, etc.

306    Once the emerging problems have been recognized, the inhabitants of the German Democratic Republic are given blanket nationality by Germany for the time being, with the proviso that all unresolved issues must first be clarified.

TITLE OF DOCUMENT: Larsuit                                    CASE NO.:

112 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

307    It is very likely that the German Democratic Republic will become the new sovereign state of Germany. Germany becomes, or is, the owner of the German gold reserves and the German foreign trade surpluses.

Germany does not conclude treaties with states that do not comply with treaties.

Germany therefore withdraws from the European Union and reclaims the net contributions paid. The Federal Republic of Germany remains liable for reparations. The state treaty between the German Democratic Republic, future Germany and the Federal Republic of Germany must be renegotiated. The party members of the old parties such as the CDU/CSU, the SPD and the Greens will not receive a ID card from Germany until further notice. These parties are largely responsible for the fact that the Federal Republic of Germany is no longer a state under the rule of law.

The East German territories must be bought back by the Federal Republic of Germany. All politicians of the Federal Republic of Germany have always assured their East German compatriots of this, otherwise a fair distribution of assets would have had to take place as early as 1945.

In other words, the expelled East Germans must be fully compensated.

The Federal Republic of Germany is free to share the costs with Austria, Switzerland and the Netherlands.

Poland is free to demand from Ukraine the property of the Poles expelled by Stalin from what is now western Ukraine.

The Russian Federation has already announced that it will reclaim €750′000′000′000,- in excess reparations from Poland. The Russian Federation can use this money to buy the eastern Ukrainian territories.

Anyone from eastern Ukraine who prefers to live in western Ukraine will be fully compensated by the Russian Federation for all costs incurred.

In return, any Ukrainian living in western Ukraine who prefers to live in eastern Ukraine can be fully compensated for the costs incurred.

If more eastern Ukrainians want to live in western Ukraine than vice versa, then real estate prices in eastern Ukraine will fall and real estate prices in western Ukraine will rise and vice versa.

That is the most natural thing in the world.

TITLE OF DOCUMENT: Lawsuit                                CASE NO.:

PAGE NO. ___ OF ___    [JDC TEMPLATE]

If the President of Ukraine, Mr. Zelenskyi, wants the eastern Ukrainians to vote for him, then he should make real estate available to them, which the eastern Ukrainians must pay for in return. In the event of a dispute, an international court of arbitration will decide, Article 33 of the United Nations Charter. And this arbitration ruling must be enforced by an international force if necessary.

Those who have fled from Ukraine receive citizens' benefits in the Federal Republic of Germany, as if they had paid into the social security system. What's the point? The Plaintiff is supposed to contribute to the costs of the war and still has claims from the Second World War. Not only is the Plaintiff still being deprived of his share of state assets and territory, but on the contrary he is also being robbed by the state power exercised by the Nazis.

What about the Plaintiff's right of self-defense?

Why doesn't Mr. Selensky eliminate the Nazis in the EU? Why doesn't Mr. Selensky secure the property rights of the Plaintiff and, if necessary, bomb the property of the Nazis in return?

Why should citizens pay for asylum seekers because their governments are responsible for their flight? Whoever is responsible for damage must pay.

The 5 Powers are liable to the Plaintiff.

**Causer of liability**

308    Europe is again ruled by the Nazis. The entire post-war order created by the five powers, with the Charter of the United Nations, the Universal Declaration of Human Rights, the European Convention on Human Rights, etc., is now only on paper and has nothing to do with reality. The main goal of saving humanity from the hostage of war was not achieved. The Nazis are once again creating enemy images and an arms race is once again taking place to the detriment of humanity. With just 1/3 of global arms expenditure, the Sahara could be greened and all of humanity's problems solved. There would be enough food, $CO_2$ could be captured, the climate would be cooled and sea levels would be lowered. In Montreal, it was graciously decided by laypeople for the whole world that agriculture is responsible for the misery of mankind and not military spending.

309    The Nazis have never abandoned their plans but have continued to pursue their goals. Under the guise of the WEF and the Young Global Leaders, they penetrate governments.

TITLE OF DOCUMENT: Lasuit                              CASE NO.:

114 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

1  However, this also relativizes the war guilt of the Germans in the Second World War. The war

2  crimes were committed by the SS, a satanic multinational sect

3  The Nazis are responsible for the liability, then as now. The Nazis no longer call themselves the

4  National Socialist German Workers' Party (NSDAP), but the World Economic Forum (WEF)

5  and Young Global Leaders.

6  The fact that there is no public discussion of the fact that the World War has not ended and that,

7  with the German State of Bavaria leading the way, a National Socialist dictatorship is once again

   dominating the EU is clearly due to the WEF.

8  310    The WHO is redefining the term pandemic so that a moderate flu becomes a pandemic.

9  Members of the WEF prophetically announce a pandemic.

10 On behalf of the US government, Mr. David Martin has registered the patents that could be used

11 to produce biological warfare agents. He listed all the patents on coronaviruses. The research was

12 carried out in Wuhan. The US health advisor Mr. Fauci has acquired patents on it, as has Google,

13 for example. Mr. David Martin points out that Mr. Fauci describes himself as a Jesuit. Jesuits are

14 known to place obedience above knowledge. The purchase of Twitter by Mr. Elon Musk reveals

15 how Twitter was censored by Mr. Fauci and the FBI in relation to corona comments. Mr. David

16 Martin states that 2/3 of the WEF board are responsible for the corona measures. From

17 completely different sources, the Dutchman Mr. Adamah comes to very similar conclusions. He

18 notes, for example, that the German news magazine "Spiegel" was financed by Mr. Bill Gates

19 with €2′000′000,-. All of a sudden, "fact-checkers" were founded, all of whom were bought by

20 the government. They are now calling for the corona measures to be investigated. But the fact

21 that Ivermectin is a reliable, very well-tolerated remedy is being concealed. Where it has been

22 used, e.g. in Mexico or Guatemala, there have been no corona cases. In the Netherlands, Mr.

23 Feike Sijbesma has banned the sale of Ivermectin under threat of punishment. In Austria, the

   Austrian Medical Chamber banned pharmacists from selling Ivermectin.

24 These bans are responsible for corona deaths and corona victims and must be brought before an

25 international criminal court.

26 311    How, for example, is this to be negotiated in the Netherlands against the Dutchman Mr.

27 Feike Sijbesma? Who was responsible for Mr. Feike Sijbesma becoming a corona

28 commissioner? Dutch Prime Minister Mark Rutte had to resign because he had lost confidence in

TITLE OF DOCUMENT: <u>Lawsuit</u>                              CASE NO.:

PAGE NO. ____ OF ___    [JDC TEMPLATE]

the rule of law. Nevertheless, he was reappointed as Prime Minister. Mr. Geert Wilders received the most votes, but the head of the secret service was appointed prime minister.

The Netherlands has a whistleblower policy, the Dutch Corporate Governance Code, comparable to the Sarbanes-Oxley Act in the USA. In this Dutch Corporate Governance Code, of course, everything is well regulated for the protection of whistleblowers and that violations must be reported. But just like the Code of Business Conduct of Koninklijken DSM N. V., it is violated to the greatest possible extent. For example, the Dutch lawyer Bekius from the law firm nysingh in Abesldorn/Netherlands violates it and threatens his fellow lawyers. He threatens Dr. Hospers with criminal prosecution because he lies to the court in Heerlen in the Netherlands.

The court in Heerlen learns about this. Instead of providing clarification itself, the court in Heerlen sent the documents back so that there would be no evidence of criminal acts in the files. The supreme judge is the King. The King is Young Global Leader. With whom does the Netherlands conclude treaties? With the King of the Netherlands or a Young Global Leader?

Does the King represent the interests of the Dutch or the WEF?

312    The father of the founder and director of the WEF, Mr. Klaus Schwab, worked for a Swiss armaments company with a branch in Germany during the Second World War. He often traveled to Switzerland with his family. The Nazis would not have allowed this if he had not been a reliable Nazi. Prince Bernhard of the Netherlands was a member of the National Socialist Workers' Party (NSDAP). He formed the Bilderberg Group. Mr. Klaus Schwab regularly attends the meetings. It could be that Klaus Schwab's father and Prince Bernhard already knew each other. In any case, there is a close connection between Klaus Schwab and the Bilderbergers.

313    The Dutch royal family is no longer legitimized under the Dutch Constitution due to the flight to England. After the Second World War, the Netherlands wanted to expand its territory by 30% at the expense of Germany. The Dutch royal family was recognized by the British as the

TITLE OF DOCUMENT: Lawsuit                           CASE NO.:

116 / 128
PAGE NO. ___ OF ___    [JDC TEMPLATE]

legal representative of the Netherlands. Did the Dutch refrain from electing a new king because they hoped to be supported in their claims by the British?

314    Is King Charles possibly one of the conspirators? After all, his "green" attitude is well known. He employed Mrs. Geraldine Matchett for one of his foundations. Mrs. Geraldine Matchett is the successor of Mr. Feike Sijbesma as CEO at Koninklijken DSM N. V. She was seen at a meeting with Mr. Guterres, Secretary General of the UN.

315    It appears that the Netherlands is dominated by the Young Global Leader, the King of the Netherlands and Mr. Feike Sijbesma and therefore Mr. Feike Sijbesma can be sure to take responsibility for the most serious crimes, safe in the knowledge that he will not be prosecuted.

316    The President of France, Mr. Macron, was highly acclaimed by the WEF and the press and has now been crushingly rejected by the French. Germany is de facto ruled by the Young Global Leader, Foreign Minister Ms. Bearbock and Economics Minister Habeck, both from the "Greens". 80 years ago, the Greens would probably be in the SS.

**The end of Nazi rule**

317    Ever since the Plaintiff brought arbitration proceedings against Koninklijke DSM N. V., the WEF has obviously been panicking. All attempts to destroy the arbitral award of Oct. 14, 2014 have failed. The Plaintiff has been deprived of his liberty and should not leave prison. Dr. Hospers was forced to hire a lawyer. In the Netherlands, Dr. Hospers was threatened with criminal charges so that she would withdraw the arbitration ruling.

Finally, the Plaintiff initiated court proceedings in the USA so that the facts of the case could be seen by everyone and conducted new arbitration proceedings. This proved for the whole world to see that arbitration tribunals take precedence over state courts.

The coronavirus outbreak therefore had to happen earlier than planned. Then the "Green Deal" had to happen faster than planned. Farmers were not to suffer in one country after another, but all at the same time. The previous plan was for the Netherlands to set an example and for the others to follow suit. Now agriculture had to be restricted everywhere at the same time. This made it

clear that this "Green Deal" was not a national decision but was dictated from outside. Now they are trying to quickly ignite the Third World War.

But with all these hastily implemented measures, citizens are realizing that they are not being governed by their representatives or by a corrupt elite, but from "outside". Only the connections are not yet seen with complete clarity.

This is now changing with this complaint.

318    The fact that only a few people belong to the close leadership class of the Nazis is only now becoming apparent again, with the re-election of the German Ms. Ursula von der Leyen as EU Commission President.

Ms. Ursula von der Leyen's father was the Minister President of Lower Saxony, Mr. Albrecht. Ms Ursula von der Leyen must therefore know very well that the Two-plus-Four Treaty has not been implemented. She must know that Bavaria is once again a National Socialist dictatorship.

The EU Commission is responsible for ensuring that long-standing and serious violations of the Charter of Fundamental Rights of the EU are reported. As President of the EU Commission, Ursula von der Leyen is responsible for ensuring that these easily verifiable facts are not made public.

Prosecution has now been initiated against Ms. von der Leyen on suspicion of corruption because she bought "vaccinations" from Pfizer for the EU but did not disclose the negotiation documents.

319    The biggest crime in this deal is being concealed. That is that Ms. Ursula von der Leyen bought 2´000´000´000 vaccine doses, 5 per inhabitant of the EU. So she obviously knew that a "vaccination" does not create immunity and does not protect anyone from infection.

But Mr. Feike Sijbesma and the other EU governments, for example, also knew this.

320    Now Ms von der Leyen has been reappointed as EU Commission President by French President Mr. Macron, Mr. Mark Rutte and German Chancellor Olaf Scholz. But their parties only received 16% of the vote in the EU elections.

Mr. Mark Rutte from the Netherlands has been appointed as the new NATO Secretary General. Mr. Mark Rutte was Dutch Prime Minister and had to resign after a scandal that destroyed

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

118 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

confidence in the rule of law. Mr. Mark Rutte's party only has an approval rating of around 15%. But Mr. Mark Rutte is responsible for Ukraine receiving F-16 bombers. He has given permission for them to be used to attack targets in the Russian Federation, which constitutes a declaration of war from Ukraine to the Russian Federation. Even those who only read the Nazi press should know that the war in Ukraine is only about whether the eastern Ukrainian regions receive autonomous status or are governed entirely from Kiev.

The Russian side is therefore already considering that a nuclear bomb on the Dutch dams would be enough to bring the economy in almost all of Western Europe to a standstill.

Ms. Kaja Kallas, a Yong Global Leader and strong supporter of Ukraine, has been appointed as the EU's top diplomat.

So, Ms. Ursula von der Leyen is a very strong supporter of war against Ukraine, as is French President Macron, who even wants to send ground troops to Ukraine because Ukraine itself no longer has enough idiots for NATO to officially become a war party. Mr. Rutte effectively authorizes the attack on the Russian Federation so that NATO officially becomes a belligerent, and Ms. Kaja Kallas also wants NATO to become a belligerent.

German Chancellor Olaf Scholz is being asked to deliver Taurus missiles to Ukraine. On the German side, the "Greens" in particular, but also politicians from the CDU/CSU, who are loudly quoted by the Nazi press, are campaigning for this. This is intended to create the impression that all Germans want this, except Mr. Scholz. The opposition is demanding that the CDU/CSU deliver it. It was voted on in parliament. 2/3 are against it. But a handful of politicians, who are again quoted by the Nazi press, continue to demand the delivery. The vote was taken again. Again, 2/3 of the MPs rejected it. Although there is a parliamentary group constraint, not even all CDU/CSU party members voted in favor. It was debated in secret. But this debate is made public. In this debate it is explained that the deployment of the Taurus missiles would in fact mean the involvement of NATO. Nevertheless, the debate continues. The staunch opponents of support for Ukraine are labeled Nazis and the supporters of the war are labeled democrats by the Nazi press.

TITLE OF DOCUMENT: Lepswit                                          CASE NO.:

119 / 128

PAGE NO. ____ OF ___   [JDC TEMPLATE]

However, Ms. von der Leyen warns at the WEF meeting in Davos that the greatest danger to humanity is not the climate crisis and wars, but disinformation. This is why the internet is being increasingly censored in the EU.

321    If one compares the situation with the last century, then one can

- compare the massive falsification of the court minutes of the trial at the District Court of Coburg/Bavaria/Federal Republic of Germany on March 30, 2006 with the introduction of Nazi laws in Danzig in 1935
- the political reorganization of the Free City of Danzig in 2008 with the fact that the people of Danzig said: "Not with us."
- the violation of the European Convention on Extradition with Switzerland and thus of the general rules of international law, expressly because of the Free City of Danzig, can be compared with the attack on Danzig in 1939
- the Arbitral Award of Oct. 14, 2015, when the British said we would fight until the Nazis surrendered completely
- the second Arbitral Award of Oct. 21, 2020 in the same case as in the Arbitral Award of Oct. 14, 2015 can be compared to Stalingrad

The Nazis are getting nowhere. They can no longer oppose anything.

- The corona measures can be equated with the Nazis' decision to decimate the population through mass murder
- the "Green Deal" with the fact that the Nazis decided to use the last energy reserves for the production of explosives instead of fertilizer
- and the declaration that they would support Ukraine to the end with the Volkssturm, which the Nazis had ordered in order to commit as much mass murder as possible, even though defeat was inevitable.

Now we can say that we are in September 1944, when preparations are being made for the Nuremberg War Crimes Trials and the post-war order is being planned.

**Personal claims of the Plaintiff**

322    The Plaintiff's grandfather wanted to settle in Iringa in East Africa, the ancestral land of the Wahehe, and had agricultural equipment imported for this purpose. But the German colonial administration feared that he might establish his own kingdom. He was therefore only able to

settle in the Usambara Mountains. The agricultural equipment was useless there. After the First World War, the family had to leave East Africa. They were in fact held jointly and severally liable, in contrast to the other Germans, who were only jointly liable.

323    The Plaintiff's father was probably the most successful entrepreneur in Africa. He arrived with nothing in his pocket. In 1940, the British sent the Plaintiff's father to the German Reich to resist the Nazis. Therefore, he did not charge the Germans for his loss of earnings, but the United Nations in New York in the amount of Shs. 10´133´332,50.

This was only the loss of earnings from his property (special crops). It did not include his loss of earnings as a subcontractor for other farmers. He employed up to 3'000 seasonal workers.

After the war, he produced socks with a thicker heel and elastic band for the first time. To do this, he had to buy machines on credit. Dr. Dr. Langguth immediately retained most of the 3% of his receivables. He therefore had to sell the machines again and stop production. Today, figuratively speaking, the whole world is wearing the socks of the Plaintiff's father. If only 5% had been paid out, the Plaintiff's family would be one of the richest in the world. The Plaintiff's father then sued the largest insurance company at the time, Gerling, for years and won. All car insurance contracts had to be rewritten.

324    As a forestry official, the Plaintiff has fulfilled the target of 45 years of work in only 15 years without ever having demanded or received compensation. As evidenced by the logbook, the Plaintiff worked the target of 160 hours/month in only 10 days. A civil servant serves. As a salaried employee, the Plaintiff would not have worked overtime for nothing. But the Plaintiff would not have accepted a position as a salaried employee. The Plaintiff has delivered the best comparable operating results. If he had not become a civil servant, he would have become a forestry contractor and would probably manage large parts of the state forests. The Plaintiff had to take early retirement due to overwork (herniated disc in the cervical spine). Instead of receiving 75% of his last salary as agreed, the Plaintiff only receives 58%. After the Plaintiff founded a construction company to build his house, he used his experience to set up a management consultancy specializing in company pension schemes and financing. Without the political persecution, the Plaintiff would certainly be the largest asset manager in Germany and there would be less poverty in old age. To diversify his assets, the Plaintiff wanted to invest in

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

PAGE NO. ____ OF ___    [JDC TEMPLATE]

121 / 128

reforestation in Brazil in collaboration with Prof. Dr. Rudi Seitz. Pine trees grow there at a rate of up to 50m³/ha/year, compared to just 5m³/year in Germany.

Without the political persecution, there would be more forest.

325    In 2010, the Plaintiff claimed €48,000,000 in damages through the Coburg Regional Court.

On his extradition from Dec. 21, 2012 - Oct. 18, 2013, the Plaintiff offered €1,344,000 as bail, secured by 6 guarantors. This bail offer was rejected by Judge Dr. Koch as too low to release the Plaintiff from custody even one day earlier. 300 days x 1`344`000.-€ = 402`300`000.-€. This claim was served on the German Presidential Office by fax, registered letter and bailiff with file number and thus as a public document and was not objected to. This claim is therefore recognized. Of course, the Plaintiff again provided all of his assets as bail when he was arrested on April 15, 2016. Again, this offer was rejected. 403`200`000 x 363 days in custody = approx. 160`000`000`000,-. This claim was also not contested in 2020.

In the meantime, a massive devaluation of money has taken place due to the Corona measures, with costs amounting to 800`000`000`000,-€ and finally due to the devastating economic policy. Poland has doubled its reparation claims. Therefore, the Plaintiff also doubled his claims. The Plaintiff has submitted his claims with his tax number and thus as a public document to the Federal Ministry of Finance and his local tax office. No objection has been made and thus recognized.

326    How can anyone demand justice as long as the Danzigers, who were under international occupation and not allowed to defend themselves militarily, who had first resisted the Nazis and suffered the greatest losses in %, were not compensated?

The Defendants are responsible for compensating the Plaintiff. The Plaintiff's father had submitted his claims for compensation to the United Nations in New York. He was put off until the final reparation payments were completed.

327    The "Germans" completely failed to fulfill the conditions of the Potsdam Agreement due to their own incessant efforts to preserve the free democratic state under the rule of law. But so have the Austrians and the entire EU no longer upholds the rule of law. They all blindly follow the Bavarian de facto National Socialist dictatorship.

TITLE OF DOCUMENT: Lawsuit                          CASE NO.:

122 / 128

PAGE NO. ___ OF __    [JDC TEMPLATE]

1  The entire post-war order created by the five victorious powers is now only on paper.

2  Who wants to blame the Germans now?

3  328    What does the Plaintiff do with the money?

4  The Plaintiff studied forestry. The task of a forester is to create the largest possible biomass in terms of mass and value.

5  After the largest snowfall in the private forest, the Plaintiff promoted mixed stands. Until then, only spruce had been planted in the private forest district of Steinberg/Forstamt Kronach/Bavaria. The Plaintiff has only promoted reforestation with at least 6 different tree species. The success is already visible. Some of the spruce trees have been destroyed by bark beetles. Nevertheless, there is still a forest due to the other tree species.

10  In the Gleisenau forest district of the Coburg Forestry and Domain Office, which was previously 99% coniferous forest, the Plaintiff has transformed it into a hardwood district with over 20 different tree and shrub species. To this end, the Plaintiff had tree species planted out of his own pocket for which the forestry office management did not want to spend money. The Plaintiff bought meadows and reforested them. The strongest tree planted by the Plaintiff, an Abies Grandies, already has a trunk diameter of over 50 cm at a height of 1.3 meters.

16  So the Plaintiff will prove to the participants in Montreal how, on the one hand, food production can be increased and, at the same time, biodiversity can be enhanced in favor of rural agriculture.

**Proposal as to which perpetrators of the liability the 5 Powers can hold harmless.**

18  329    The expropriation of the following companies should lead to a public discussion of what is probably the greatest fraud of mankind and a negotiation of the results of the First and Second World Wars. It should lead to a result recognized by all sides and thus finally seal world peace and minimize arms expenditure.

22  **a. The Koninklijke DSM N. V**

23  330    Koninklijke DSM N. V. has taken sides to the detriment of the Plaintiff, in the knowledge that the Plaintiff is entitled to reparations, in favor of the nationals of the National Socialist German Reich who are obliged to pay reparations. The Plaintiff is obliged to file a binding complaint against violations of the Code of Business Conduct of Koninklijken DSM N. V. in the future as well, otherwise he himself will be held liable. The Swiss Confederation, apparently

28  TITLE OF DOCUMENT: Layout                                    CASE NO.:

            123 / 128
PAGE NO. ____ OF ____    [JDC TEMPLATE]

instigated by the DSM Group, has taken sides with the DSM Group and deliberately deprived the Plaintiff of his freedom because of his right to reparation.

In the meantime, Koninklijke DSM N. V. has merged with the Swiss companies Firmenich to form dsmfirmenich.

The Plaintiff can best fulfill its contractual obligation under the Code of Business Conduct if dsmfimenich is owned by the Plaintiff. This company should be expropriated in favor of the Plaintiff.

> We are now dsm-firmenich : Innovators in nutrition, health and beauty. Read more about our new company at dsm-firmenich.com or continue here to read more on the incredible solutions and services that we offer; Geraldine Matchett & Dimitri de Vreeze (co-CEO) DSM FIRMENICH; AGEuronext; CH1216478797 – Stock

**b. Banks**

331    Banks generally grant loans to finance imports. Goldman Sachs, for example, granted Greece generous loans for this purpose. Banks trade internally with each other and are closely interlinked. This was demonstrated by the banking crisis in 2008. Lehmann Brothers Bank had to file for insolvency. Suddenly all the banks were bankrupt and had to be rescued by the taxpayer. The German government provided €250,000,000,000 to rescue the domestic banks and €750,000,000,000 for European banks. The banks with their legal departments must know that the Federal Republic of Germany is not a state under the rule of law and should complain about this. But the banks benefit from the fact that their customers cannot sue for their rights.

332    The Plaintiff therefore recommends that **Deutsche Bank** be expropriated in favor of the Plaintiff. Deutsche Bank could in any case be expropriated without compensation in favor of the Danziger. After all, DSL Bank sold the Plaintiff's shares and committed fraud. DSL Bank is now part of Deutsche Bank. Deutsche Bank can sue the German government for damages.

> It is registered in the Commercial Register of the Frankfurt am Main District Court under the number HRB 30 000 and the share number is: Deutsche Bank Aktie - WKN: 514000 | Symbol: DBK.

TITLE OF DOCUMENT: Lawsuit                                CASE NO.:

124 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

333    There are also calls for the Swiss **UBS Bank** to be expropriated in favor of the Plaintiff. UBS also had to be rescued with taxpayers' money. The Swiss took sides in favor of the Nazis, to the detriment of the Plaintiff, and therefore fall under the same rules of international law.

UBS can also sue the Swiss government for damages and thus restore the rule of law in Switzerland.

> ("UBS") is a public limited company under Swiss law with its registered office in Zurich. UBS is listed on the Swiss Stock Exchange (SIX) and the New York Stock Exchange (NYSE).
> The UBS share with the securities number 24476758 and ISIN CH0244767585 ...

334    Furthermore, the Plaintiff demands the expropriation of the Austrian **BAWAG Bank** for the same reasons. BAWAG Bank has only a few foreign representative offices. BAWAG Bank has 78,600,000 shares, price €60/share = €4,716,000,000.

The USA equity fund Blackrock holds 5% of the shares. This is a seizable asset of Blackrock in the USA in the amount of 235 800 000.-€ x 1,07 = 250 000 000 $.

BlackRock, Inc, 50 Hudson Yards, New York, NY 10001, (212) 810-5800

> Company type: Public; NYSE: BLK; S&P 100 component; S&P 500 componentISIN : US450614482

335    It is also requested that **Rabobank** be released in favor of the Plaintiff.

State: Netherlands; Registered office: Utrecht (Netherlands); Legal form: Cooperative without liability; BIC:RABONL2UXXX;

The wholly owned subsidiaries of Rabobank are:

> The Rabobank Group currently consists of the following divisions:[citation needed]

- Rabobank Nederland – the facilitary and staff organisation that serves the local banks. It currently performs the following core activities:
- Market (staff) support for the domestic retail banking business
- Group functions i.e., ICT, Legal and other facilitary departments
- Wholesale banking and international rural and retail banking
- Local Banks – Approximately 89 cooperative local banks in the Netherlands
- Rabo Wholesale Rural & Retail – Rabobank's wholesale banking and investment division
- Rabo Vastgoed Groep – Project developer, real estate
- DLL (De Lage Landen) – vendor finance, leasing and trade finance
- Rembrandt Fusies & Overnames – corporate finance
- Schretlen & Co – asset management, private banking sector

TITLE OF DOCUMENT: Lawsuit                    CASE NO.:

125 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

- Obvion – mortgage intermediary
- Rabobank Ireland plc
- Rabobank New Zealand Limited - a registered bank in New Zealand
- Rabo AgriFinance, headquartered in St Louis, Missouri
- ACC Loan Management, Ireland
- Utrecht-America Holdings, Inc. - New York City-based U.S. financial holding company
- Rabo Mobiel – a mobile virtual network operator in the Netherlands (2005–2014)
- Rabo Partnerships, with advisory services and minority participations in various international markets, including: Tanzania, Zambia, Malawi, Mozambique, Ecuador, Brazil and Paraguay.

336    It is also claimed that the Belgian **KBC Group** should be expropriated in favor of the Plaintiff.

(Belgian universal multi-channel bank-insurer)
Headquarters Havenlaan 2, B-1080, Brussels, Belgium
Comany type: Naamloze vennootscchap; Trade das; Euronext Brussels:
KBC; LuxSE: KBC; BEL 20 component: Aktiennummer: BE0003565737 Euronext Brussels BE 003565737

**c. Gold holdings of the Federal Republic of Germany**

337    The gold holdings of the Federal Republic of Germany at the FED in the USA, New York and the Bank of London are claimed.

<u>VI. CLAIMS</u>

**WHEREFORE,** Plaintiff BEOWULF VON PRINCE prays for the following relief:
to rule in favor of the Plaintiff against the Defendants on all pleas in law set forth herein;

a.  that the Defendants be ordered to prosecute the aforementioned persons.

Mr. Klaus Schwab, founder and director of the World Economic Forum (WEF) and Young Global Leader, CH-1223 Cologny, national of the National Socialist German Reich

Mr. Feike Sijbesma, former CEO of Koninklijken DSM N. V. and, among other things, member of the Supervisory Board of the Dutch Central Bank, nationality Kingdom of the Netherlands

TITLE OF DOCUMENT: <u>Lawsuit</u>                                          CASE NO.:

126 / 128

PAGE NO. ____ OF ___   [JDC TEMPLATE]

Ms. Klett, Federal Judge at the Federal Court of Lausanne, Swiss nationality

Mr. Philippe Nordmann, Attorney-at-law, CH- 4001 Basel,

Ms. Ursula Frei, Head of the Romanshorn Tax Office, CH-8590 Romanshorn, Swiss nationality

Ms. Monika Trachsel, Swiss Federal Office of Justice, CH- 3003 Bern, Swiss nationality

Ms. Ursula Haderlein, President of the Bamberg Regional Court, D-9500 Bamberg, nationality of the National Socialist German Reich,

Mr. State Security (SS) Chief inspector (KHK) Bergner, Coburg Police Station, D- 96450 Coburg,

Ms. Ulrike Barausch, Director of the Coburg Local Court, D-96450 Coburg

Mr. Judicial officer of the Land Register Coburg Wagner- D-96450 Coburg

Mr. Jochen Schneider and Mr. Bertram Schneider, D-96271 Grub am Forst

Judge Wolfgang Schwarz, District Court Feldkirch, Churerstrasse 13, AT-6800 Feldkirch, ancestors from 1938 - April 16, 1945 nationals of the National Socialist German Reich. From April 17, 1945 to ? citizen of Austria, now again according to the Nationality Act of the National Socialist German Reich, again this national and confirmed by free expression of will.

b. that the Defendants be ordered to pay the Plaintiff his claim in the amount of € 320,000,000,000 jointly and severally liable.

For this purpose, the Defendants are to expropriate the company dsmfirmenich in favor of the Plaintiff.

The value of dsmfirmenich will be offset against the claims.

c. that the Defendants, the United States of America and the United Kingdom of Great Britain and Northern Ireland be ordered that the gold holdings of the Federal Republic of

TITLE OF DOCUMENT: Lawsuit                                    CASE NO.:

127 / 128

PAGE NO. ____ OF ___    [JDC TEMPLATE]

Germany, which are stored at the FED in New York and at the Bank of London in London, be declared to be the property of the Plaintiff.

The value will be offset against the claims

Date: _Juli 08. 2024_     Name: _Beowulf von Prince_

BEOWULF VON PRINCE
Schweizer Strasse 38
AT-6830 Rankweil
Austria

I hereby certify that this is the true signature and signed and solemnly affirmed in my presence of von Prince, Beowulf Adalbert, born on 27 December of 1953 in Ebern, citizen of Germany, residing in Schweizer Straße 38, Top 7, AT-6830 Rankweil, Austria and identified himself by presentation of his valid Passport-No. C9CWMZ8PK

Place:   9425 Thal, CH     Date: _July 8 2024, N am_

_____

Signature of public notary

M.A. HSG in Law Ilona Zürcher

Exhibits:
1 official confirmation as a Danzig national by the Government of Lower Franconia/Bavaria/ FRG
2 Official confirmation of the United Nations as a Danzig national
3 Extract from the father's claim for damages, submitted to the United Nations
4 Nationality Act of the Free City of Danzig
5 Examples of repealed laws
6 Concrete criminal acts against Dr. Hospers

TITLE OF DOCUMENT: Lawsuit                                CASE NO.:

PAGE NO. ____ OF ___   [JDC TEMPLATE]